**Fill in this information to identify the case:**

Debtor **Eagle Art Academy, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Florida**
(State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Alba Olivera, Juan**
2180 White Pine Circle, Apt C
Greenacres, FL 33415

As of the petition filing date, the claim is: $ **996.71**      $ **996.71**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June - August 2018**

Basis for the claim: Employee - Payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 a )

**2.2** Priority creditor's name and mailing address
**Axelrod, Britany**
10403 Carmen Lane
Royal Palm Beach, FL 33411

As of the petition filing date, the claim is: $ **6,313.48**      $ **6,313.48**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June - August 2018**

Basis for the claim: Empoyee - Payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

**2.3** Priority creditor's name and mailing address
**Barlett, Maria M**
11775 Laurel Valley Circle
Wellington, FL 33414

As of the petition filing date, the claim is: $ **6,266.04**      $ **6,266.04**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**June - August 2018**

Basis for the claim: Employee - Payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 a )

Debtor **Eagle Art Academy, Inc.**
Name

Case number (if known)_____

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.4** Priority creditor's name and mailing address

$ **3,990.00**          $ **3,990.00**

**Berrie, Donna**
20563 S. Charleston
Boca Raton, FL 33434

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.5** Priority creditor's name and mailing address

$ **5,468.80**          $ **5,468.80**

**Blood, Monique S**
1693 Ripley Run
Wellington, FL 33414

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.6** Priority creditor's name and mailing address

$ **15,833.36**          $ **15,833.36**

**Blount, Gregory James**
760 NW 4th Court
Boca Raton, FL 33432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - Payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.7** Priority creditor's name and mailing address

$ **120.00**          $ **120.00**

**Broder, Stacey**
740 Malibu Bay Drive, Apt 304
West Palm Beach, FL 33401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee- Payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

Debtor  **Eagle Art Academy, Inc.**
_____  Case number *(if known)*_____
Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

$ **7,083.36**    $ **7,083.36**

**Chase, Melinda**
17143 63rd Road N.
Loxahatchee, FL 33470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - payroll

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 - a )

---

**2.9** Priority creditor's name and mailing address

$ **7,333.36**    $ **7,333.36**

**Cook, Henry**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - payroll

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    a )

---

**2.10** Priority creditor's name and mailing address

$ **6,012.88**    $ **6,012.88**

**Cunningham, Christina**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - payroll

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    a )

---

**2.11** Priority creditor's name and mailing address

$ **6,833.33**    $ **6,833.33**

**Fiebach, Emma**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - payroll

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4    a )

Debtor  **Eagle Art Academy, Inc.**
_____
Name

Case number (*if known*)_____

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |

---

2.12 Priority creditor's name and mailing address

**Georgopulos, Yvonne**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

$ **7,000.00**   $ **7,000.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee-payroll

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

2.13 Priority creditor's name and mailing address

**Guzman, Luz**
4623 Holly Lake Drive
Lake Worth, FL 33463

$ **1,270.50**   $ **1,270.50**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee payroll

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

2.14 Priority creditor's name and mailing address

**Heinonen, Mari**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

$ **5,666.67**   $ **5,666.67**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee- payroll

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 a )

---

2.15 Priority creditor's name and mailing address

**Irizarry, Jeffry**
2209 Amesbury Ct.
Wellington, FL 33414

$ **6,666.68**   $ **6,666.68**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
Employee - Payroll

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 4 of 24

Debtor    **Eagle Art Academy, Inc.**
_____
Name

Case number (if known)_____

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.16** Priority creditor's name and mailing address

$ 802.75          $ 802.75

**Issurdatt-Hafeez, Ruth Ann**
7374 Brunswick Circle
Boynton Beach, FL 33472

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: Employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.17** Priority creditor's name and mailing address

$ 6,666.68          $ 6,666.68

**Kirschenbaum, Mark Adam**
2170 Polo Gardens Drive #207
Wellington, FL 33414

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: Employee - Payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.18** Priority creditor's name and mailing address

$ 8,349.20          $ 8,349.20

**Kolbenschlag, Kristin**
73 Lariat Circle
Boca Raton, FL 33487

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: Employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.19** Priority creditor's name and mailing address

$ 5,959.04          $ 5,959.04

**Martinelli, Krista J.**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: Employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

| Debtor | **Eagle Art Academy, Inc.** | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name                         |                        |

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.20** Priority creditor's name and mailing address

$ 4,646.40        $ 4,646.40

**Matta, Mira**
6857 Hendry Drive
Lake Worth, FL 33463

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.21** Priority creditor's name and mailing address

$ 3,600.00        $ 3,600.00

**McCoy, Pamela**
127 Victory Circle
Boynton Beach, FL 33436

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.22** Priority creditor's name and mailing address

$ 6,833.33        $ 6,833.33

**Mia, Rokshana**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee- payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.23** Priority creditor's name and mailing address

$ 7,000.00        $ 7,000.00

**Millard, William**
9811 Spanish Isles Drive
Boca Raton, FL 33496

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

Debtor    **Eagle Arts Academy, Inc.**                   Case number (*if known*) _____

Name

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.24** Priority creditor's name and mailing address      $ 6,916.67      $ 6,916.67

**Ortiz, Marlene**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: Employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

**2.25** Priority creditor's name and mailing address      $ 2,042.32      $ 2,042.32

**Rich, Robert Lee**
922 SW 11th Terrace
Delray Beach, FL 33444

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: employee- payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

**2.26** Priority creditor's name and mailing address      $ 8,333.32      $ 8,333.32

**Russo, Joseph A**
712 Sunny Pine Way, A-2
Greenacres, FL 33415

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: employee - payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.27** Priority creditor's name and mailing address      $ 7,000.00      $ 7,000.00

**Ryerson, Anita**
12262 Areaca Drive
Wellington, FL 33414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: employee- payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

Debtor    **Eagle Art Academy, Inc.**
_____    Case number (if known) _____
         Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.    **Total claim**    **Priority amount**

---

**2.28** Priority creditor's name and mailing address

$ **1,095.25**    $ **1,095.25**

**Scardaccione, Deborah J**
1660 Renaissance Commons, #2504
Boynton Beach, FL 33426

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee - payroll

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.29** Priority creditor's name and mailing address

$ **7,333.33**    $ **7,333.33**

**Searing, Colleen**
1322 Denlow Lane
Royal Palm Beach, FL 33411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee - payroll

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.30** Priority creditor's name and mailing address

$ **6,505.16**    $ **6,505.16**

**Summerlin, Amy**
3196 N. Jog Road, Apt 6201
West Palm Beach, FL 33411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee payroll

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.31** Priority creditor's name and mailing address

$ **6,833.67**    $ **6,833.67**

**Talerico, Sommer D**
c/o Scott Wagner & Assoc PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim:
employee payroll

Last 4 digits of account
number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4a )

---

Debtor **Eagle Art Academy, Inc.**
_____
Name

Case number (if known)_____

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |

**2.32** Priority creditor's name and mailing address

$ 4,711.56      $ 4,711.56

**Vega, Rosa**
13131 55th Road N
West Palm Beach, FL 33411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: employee payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.33** Priority creditor's name and mailing address

$ 1,248.00      $ 1,248.00

**Villegas Santos, Ivonne**
1200 Waterway Village Court, #1117
Greenacres, FL 33413

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: employee payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4b )

---

**2.34** Priority creditor's name and mailing address

$ 1,350.00      $ 1,350.00

**Weiss, Charles L**
12140 56th Place N
West Palm Beach, FL 33411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: employee payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

---

**2.35** Priority creditor's name and mailing address

$ 4,654.00      $ 4,654.00

**Welch, Vivian**
2412 Avenue S
Lake Worth, FL 33404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
June - August 2018

Basis for the claim: employee payroll

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )

Debtor **Eagle Art Academy, Inc.**

Name

Case number *(if known)* _____

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

**2.36** Priority creditor's name and mailing address

$ **5,150.04**    $ **5,150.04**

**Willse, Kevin**
5183 Pinetree Drive
Delray Beach, FL 33484

**Date or dates debt was incurred**
June - August 2018

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4a )**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** employee - payroll

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

$ _____    $ _____

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

$ _____    $ _____

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

$ _____    $ _____

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Eagle Arts Academy
_____
Name

Case number (if known)_____

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Active Alarms Inc.

7512 Dr. Phillips Blvd Suite 50-503

Orlando, Fl 32819

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ $1,494.20

Date or dates debt was incurred    April-July 2018
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Amtrust North America

PO Box 6939

Cleveland, OH 44101-1939

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ $8,549.00

Date or dates debt was incurred    2017
Last 4 digits of account number    3573 ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Amtrust North America

PO Box 6939

Cleveland, OH 44101-1939

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ $845.00

Date or dates debt was incurred    2018
Last 4 digits of account number    0365 ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
A & S Transportation

649 Fifth Avenue South

Naples, Fl

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ $157,422.50

Date or dates debt was incurred    12/2017-07/2018
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Age of Learning for Schools, Inc

101 N. Brand Blvd 8th Floor

Glendale, CA 91203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ $72.00

Date or dates debt was incurred    5/2018
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Apple Financial

PO Box 458

Souderton, PA 18964-0458

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ $1,781.56

Date or dates debt was incurred    07/2018
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 11 of 24

Debtor    Eagle Arts Academy Inc.
          _____    Case number (if known)_____
          Name

**Part 2:    Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.7** Nonpriority creditor's name and mailing address

Anne Gannon Tax Collector PBC

PO Box 3715

West Palm Beach FL 33402

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$  383.75

Basis for the claim: _____

Date or dates debt was incurred    2019
Last 4 digits of account number    9818

Is the claim subject to offset?
☑ No
☐ Yes

**3.8** Nonpriority creditor's name and mailing address

BB&T Huffaker Insurance

PO Box 890635

Charlotte NC 28289-0635

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  $915.00

Basis for the claim: _____

Date or dates debt was incurred    06/2018
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.9** Nonpriority creditor's name and mailing address

Booster Enterprises

10400 Old Alabama Rd Connector #400

Alpharetta, GA 30022

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  $944.50

Basis for the claim: _____

Date or dates debt was incurred    09/2017
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address

Charter School Management Corporation

43460 Ridge Park Dr., Suite 100

Temecula, CA 92590

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  $23,967.00

Basis for the claim: _____

Date or dates debt was incurred    May-July 2018
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address

Comcast Business

PO Box 37601

Philadelphia, PA 19101-0601

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$  $31,355.47

Basis for the claim: _____

Date or dates debt was incurred    Feb 2018-April 2019
Last 4 digits of account number    3227___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Eagle Arts Academy Inc.
          _____
          Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**

**Nonpriority creditor's name and mailing address**

Companion Corporation
_____
1831 Fort Union Blvd.
_____
Salt Lake City, UT 84121-3041
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ 159.00

**Date or dates debt was incurred**    03/2018

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**

Curriculum Associates LLC
_____
PO Box 4119
_____
Woburn, MA 01888-4119
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 4000.00

**Date or dates debt was incurred**    July-Aug 2017

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14**

**Nonpriority creditor's name and mailing address**

Cintas Corporation
_____
PO Box 630910
_____
Cincinnaiti,
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 5900.56

**Date or dates debt was incurred**    Feb-April 2018

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**

Dixie Marketing
_____
PO Box 634
_____
Hartselle, AL 35640
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ $1,479.00

**Date or dates debt was incurred**    Feb-May 2018

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16**

**Nonpriority creditor's name and mailing address**

E Rate Advantage, LLC
_____
106 Lilac Drive
_____
Annandale, NJ 08801
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ $2460.57

**Date or dates debt was incurred**    Feb 2017

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Eagle Arts Academy Inc.
_____          Case number (if known)_____
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address
De Lage Landen Financial Services

PO Box 41602

Philadelphia, PA 19101-1602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  March-June 2018

Last 4 digits of account number      5488 ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,438.45

---

**3.18** Nonpriority creditor's name and mailing address
Element Management Group Inc.

760 NE 4th Court

Boca Raton, Fl 33432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   March-June 2018

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,364.44

---

**3.19** Nonpriority creditor's name and mailing address
Florida Department of Health PBC

PO Box 29 4th Floor

West Palm Beach, FL 33402-0029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1891.25

---

**3.20** Nonpriority creditor's name and mailing address
FPL

General Mail Facility

Miami,Fl 33188-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  MAY-JULY 2018

Last 4 digits of account number     8468 ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 35352.14

---

**3.21** Nonpriority creditor's name and mailing address
Florida Department of Health

4052 Bald Cypress Way Bid-Bo1

Tallahassee, Fl 32399-1729

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   March 2017

Last 4 digits of account number    0317 ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1417.50

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 14 of 24

Debtor   Eagle Arts Academy Inc.
_____
        Name

Case number (if known)_____

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
Federal Express

PO Box 660481

Dallas, TX 75266-0481

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$   149.18

Date or dates debt was incurred      2018
Last 4 digits of account number      1262

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
Florida Department of Revenue

2468 Mentrocentre Bld

West Palm Beach, Fl 33407

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$   50.00

Date or dates debt was incurred      08/2018
Last 4 digits of account number      8953

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
Frog Street Press Inc.

800 Industrial Blvd. Suite 100

Grapevine, TX 76051

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$   500.00

Date or dates debt was incurred      11/2017
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
GG IT Tech

13131 55th Road N.

West Palm Beach, Fl 33411

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$   600.00

Date or dates debt was incurred      May-June 2018
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Haile Shaw & Pfaffenberg

660 U.S. Highway One, 3rd Floor

North Palm Beach, Fl 33408

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$33,866.75

Date or dates debt was incurred   Feb-August 2018
Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor     Eagle Arts Academy Inc.

Name

Case number (*if known*)_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

| | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address
Hill York Services Corporation

PO Box 350155

Ft. Lauderdale, Fl 33335-0155

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred  Oct 2017-April 2018

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,488.61

---

**3.28** Nonpriority creditor's name and mailing address
Charter PB Wellington 2, LLC

19950 W. Country Club Drive
Suite 800

Aventura, FL 33180

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  June 2018

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 794,465.59

---

**3.29** Nonpriority creditor's name and mailing address
King & Walker, CPAs, PL

2803 W. Busch Blvd #106

Tampa Fl 33618

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  May 2018

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,500.00

---

**3.30** Nonpriority creditor's name and mailing address
Mejia Cleaning Service

4366 Minerva Drive

Melbourne, Fl 32904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  Feburary 2018

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2000.00

---

**3.31** Nonpriority creditor's name and mailing address
Morse Communications Inc,

393 East Drive

Melbourne, Fl 32904

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred  June 2018

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 236.25

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___Eagle Arts Academy Inc._____     Case number (if known)_____
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address

Office Depot

PO Box 1413
Charlotte, NC 28201-1413

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 704.22

Date or dates debt was incurred     June 2018

Last 4 digits of account number     0459

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

Palm Beach Fire Equipment Co

3965 A-10 Investment Lane
Rivera Beach, Fl 33404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1625.00

Date or dates debt was incurred     January 2018

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Pitney Bowes

PO Box 371874
Pittsburgh PA 15250-7874

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1808.81

Date or dates debt was incurred     Sept 2018

Last 4 digits of account number     2955

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Progressus Therapy

75 Remittance Drive Suite 6221
Chicago, IL 60675-6221

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2118.41

Date or dates debt was incurred     April 2018

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Protective Pest Control Inc.

8211 Bama Lane      Suite 2
West Palm Beach, Fl 33411-3786

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1032.00

Date or dates debt was incurred     april-May 2018

Last 4 digits of account number     3702

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor ___Eagle Arts Academy Inc._____
         Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address
Prime Rate Premium Finance Corp

PO Box 580016

Charlotte, NC 28258-0016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 10,318.27

Date or dates debt was incurred  March - July 2018

Last 4 digits of account number    3110 _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
Suntrust Bank

PO Box 404468

Atlanta, GA 30384-4468

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 29,378.40

Date or dates debt was incurred  Dec 2017-May 2018

Last 4 digits of account number    1071

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address
Supplyworks

PO Box 404468

Atlanta GA 30384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 381.19

Date or dates debt was incurred    February 2018

Last 4 digits of account number    6006 _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
Sun Life Financial

PO Box 843300

Kansas City MO 64184-3300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1500.75

Date or dates debt was incurred  April 2018-June 2018

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
WPTV- Scripps Media Inc.

PO Box 116871

Atlanta GA 30368-6871

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2500.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Eagle Arts Academy Inc.
      Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.42** Nonpriority creditor's name and mailing address
Studies Weekly Inc.

1140 North 1430 West

Orem UT          84057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 4569.25

Date or dates debt was incurred     May 2017

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address
Thyssen Krupp Elevator Corporation

PO Box 933004

Atlanta GA 31193-3004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 3402.80

Date or dates debt was incurred   2017 and 2018

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address
Toshibia Financial Services

PO Box 790448

St. Louis, MO 63179-0448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4849.20

Date or dates debt was incurred  Jan 2018-April 2018

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.45** Nonpriority creditor's name and mailing address
Toshibia Business Solutions USA

PO Box 402709

Atlanta GA 30384-2709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 7053.71

Date or dates debt was incurred  10/17-05/18

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.46** Nonpriority creditor's name and mailing address
Simplex Ginnell

Dept Ch 10320

Palantine, IL 60055-0320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 1330.996

Date or dates debt was incurred     October 2017

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Eagle Arts Academy Inc.
_____
Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** Nonpriority creditor's name and mailing address

Tandem Interactive, Inc.
_____

1700 E. Las Olas Blvd Ste 301
_____
Fort Lauderdale, Fl 33301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1100.00

Basis for the claim: _____

**Date or dates debt was incurred**   April 2018

**Last 4 digits of account number**   _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

United Healthcare
_____

PO Box 94017
_____
Palatine, IL 60094-4017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,208.71

Basis for the claim: _____

**Date or dates debt was incurred**   thru 08/2018

**Last 4 digits of account number**   6135

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

US Bank Equipment Finance
_____

PO Box 790448
_____
St. Louis, MO 63179-0448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,661.50

Basis for the claim: _____

**Date or dates debt was incurred**   Juan 2018- June 2018

**Last 4 digits of account number**   _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Var Technology Finance
_____

PO Box 790448
_____
St Louis, MO 63179-0448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,885.31

Basis for the claim: _____

**Date or dates debt was incurred**   Feb 2018-April 2018

**Last 4 digits of account number**   _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Walsworth
_____

PO Box 310287
_____
Des Moines, IA 50331-0287

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2221.72

Basis for the claim: _____

**Date or dates debt was incurred**   March 2017-June 2018

**Last 4 digits of account number**   3972

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Eagle Arts Academy Inc.
_____
          Name

Case number (if known)_____

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.52**  Nonpriority creditor's name and mailing address

Waste Management Inc of Florida

PO Box 105453

Atlanta, GA 30348-5453

Date or dates debt was incurred    2018

Last 4 digits of account number    3005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 3500.49

---

**3.53**  Nonpriority creditor's name and mailing address

Weiss Handler & Cornwell PA

2255 Glades Road Suite 218-A

Boca Raton, Florida 33431-7392

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 141,470.92

---

**3.54**  Nonpriority creditor's name and mailing address

Wellington Utilities

PO Box 31632

Tampa Florida    33631-3632

Date or dates debt was incurred    March 2018- May 2018

Last 4 digits of account number    1916

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1276.07

---

**3.55**  Nonpriority creditor's name and mailing address

Windstream Holdings LLC

PO Box 9001013

Louisville, KY 40290-1013

Date or dates debt was incurred

Last 4 digits of account number    9157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,141.01

---

**3.56**  Nonpriority creditor's name and mailing address

The Village of Wellington

12300 Forest Hill Blvd

Wellington, FL 33414

Date or dates debt was incurred    2018

Last 4 digits of account number    2615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 250.00

---

Debtor   Eagle Arts Academy Inc.
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.58**  Nonpriority creditor's name and mailing address

Florida Department of Revenue
Payroll Taxes
P.O. Box 6510
Tallahassee, FL 32314-6510

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   2017-2018

Last 4 digits of account number   0983 __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$   240,000.00

---

**3.__**  Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.__**  Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.__**  Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.__**  Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Debtor _____    Case number (if known) _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Revenue Systems<br>PO Box 15257<br>Clearwater Fl 33766-5257 | Line 3.3 <br>☐ Not listed. Explain _____ | 3162 |
| 4.2. | Synter Resource Group LLC<br>PO Box 63247<br>North Charleston SC 29419-3247 | Line 3.22 <br>☐ Not listed. Explain _____ | 1262 |
| 4.3. | Voss & Klein<br>49 N. Federal HWY    Suite 316<br>Pompano Beach, Florida 33062 | Line 3.27 <br>☐ Not listed. Explain _____ | |
| 4.4. | Caine & Weiner<br>PO Box 55848<br>Sherman Oaks, CA 91413 | Line 3.34 <br>☐ Not listed. Explain _____ | 2955 |
| 41. | | Line ____ <br>☐ Not listed. Explain _____ | |
| 4.5. | Allen Maxwell & Silver<br>PO Box 540<br>Fair Lawn NJ 07410 | Line 3.34 <br>☐ Not listed. Explain _____ | 2955 |
| 4.6. | Szabo Associates Inc<br>3355 Lenox Road NE Suite 945<br>Atlanta, Ga 30326-1332 | Line 3.41 <br>☐ Not listed. Explain _____ | |
| 4.7. | Access Receivables Management<br>PO Box 1377<br>Cockeysville MD 21030-6377 | Line 3.55 <br>☐ Not listed. Explain _____ | 9157 |
| 4.8. | Frank, Weinberg & Black, PL<br>David W. Black, Esq.<br>7805 SW 6th Court, Plantation Fl 33324 | Line 3.28 <br>☐ Not listed. Explain _____ | |
| 4.9. | | Line ____ <br>☐ Not listed. Explain _____ | |
| 4.10. | | Line ____ <br>☐ Not listed. Explain _____ | |
| 4.11. | | Line ____ <br>☐ Not listed. Explain _____ | |

Debtor    Eagle Arts Academy Inc.
          _____
          Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. Total claims from Part 1          5a.    $ 193,885.89
                                             _____

5b. Total claims from Part 2          5b. **+** $ 1,642,712.97
                                             _____

5c. Total of Parts 1 and 2            5c.    $ 1,836,598.86
    Lines 5a + 5b = 5c.