UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Eagle Arts Academy, Inc.                    Case No. 19-13770-MAM
                                            Chapter 7
     Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS BY CREDITOR CHARTER PB WELLINGTON 2, LLC**

    PLEASE TAKE NOTICE that the undersigned law firm hereby enters its appearance in this case on behalf of creditor CHARTER PB WELLINGTON 2, LLC (the "Creditor") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

David Neal Stern, Esq.
Fla. Bar No. 040398
FRANK WEINBERG & BLACK, P.L.
1875 NW Corporate Boulevard, Suite 100
Boca Raton, Florida 33431
Telephone:  (561) 989-0700
Facsimile: (954) 474-9850

    PLEASE TAKE NOTICE that this request includes, without limitations, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telefax, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the Creditor with respect to: (a) debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession,

custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by the Creditor.

PLEASE TAKE NOTICE that the Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall affect (1) the Creditor's right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) the Creditor's right to trial by jury in any proceeding so triable in this case or any case, or proceeding related to this case, (3) the Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies the Creditor expressly reserves.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing on March 27, 2019, upon the following:

Office of the United States Trustee (USTPRegion21.MM.ECF@usdoj.gov)

Ned R. Nashban, Esq. (NNashban@baritzcolman.com) on behalf of Debtor

Michael R. Bakst, Esq., Trustee (efilemrb@gmlaw.com)

/s/ David Neal Stern
David Neal Stern, Esq.
Florida Bar No.: 040398
FRANK, WEINBERG & BLACK, P.L.
*Attorneys for CHARTER PB WELLINGTON 2, LLC*
1875 NW Corporate Boulevard, Suite 100
Boca Raton, Florida 33431
Telephone: (561) 989-0700
Facsimile:  (954) 474-9850
E-mail:        dnstern@fwblaw.net
Secondary:  rbyrnes@fwblaw.net