THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Eagle Arts Academy, Inc.              Case No. 19-13770-MAM

       Debtor                                    Chapter: 7

## CORPORATE OWNERSHIP STATEMENT

COMES NOW the Debtor, with the assistance of undersigned counsel and, in accordance with F.R.B.P. 1007 (a)(1) and Local Rule 1002-1(A)(2), hereby files its Corporate Ownership Statement and discloses that there are no entities to report under F.R.B.P. 7007.1(a).

Eagle Arts Academy, Inc.
PO Box 1268
Boca Raton, Florida 33429

March 27, 2019                    By: _____
                                  Gregory James Blount,
                                  Executive Director

                                  Baritz & Colman LLP

                                  By: _____
                                  Ned R. Nashban, Esq.    FBN 717230
                                  Counsel for Debtor
                                  1075 Broken Sound Parkway NW #102
                                  Boca Raton, Florida 33487
                                  561-864-5100
                                  nnashban@baritzcolman.com