UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No.: 19-13770-MAM
                                                                          Chapter 7
**EAGLE ARTS ACADEMY, INC.,**

    Debtor.
_____/

## TRUSTEE'S EMERGENCY APPLICATION TO APPOINT ATTORNEY NUNC PRO TUNC TO MARCH 27, 2019 (EXPEDITED HEARING REQUESTED)

Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc. respectfully requests an Order of the Court authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP, to represent the Trustee in this case and states:

### REASON FOR THE EXIGENCY

1.    It will be necessary for the Trustee to retain counsel on an emergency basis to avoid immediate and irreparable harm to the bankruptcy estate pursuant to Federal Rule of Bankruptcy Procedure 6003. This application is filed as an emergency because of the immediate and irreparable harm that could arise in waiting 21 days after the filing of the case to hire counsel in that because this is a corporate case, with unique legal and accounting issue, that need to be addressed immediately, including addressing legal causes of action held by the estate for suits that are currently pending. The Debtor's §341 First Meeting of Creditors is scheduled for May 1, 2019. The Trustee seeks a hearing within the next seven (7) days or, if the Court deems appropriate, that the Court grant the relief ex parte.

39101855

**RELIEF REQUESTED**

2. Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., respectfully requests an Order of the Court authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP, nunc pro tunc to March 27, 2019, being the date when counsel was required to provide services on behalf of the estate. As explained above, the Trustee has filed this motion on an emergency basis because this case involves significant legal issues for which counsel will be necessary, for which counsel should be retained immediately. The Trustee seeks nunc pro tunc employment to March 27, 2019, being the first date that prospective counsel began handling this matter and providing services.

3. Attached to this application is the proposed attorney's affidavit demonstrating Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP, are disinterested parties as required by 11 U.S.C. §327(a) and a verified statement as required under FRBP 2014.

4. The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, creditors and other parties.

5. All anticipated services normally performed by counsel for a Chapter 7 Trustee, including the bringing of adversary proceedings and taking the Rule 2004 examination.

6. There is no separate written retainer agreement between the Trustee and prospective counsel. Counsel's compensation shall be determined pursuant to the provisions of 11 U.S.C. §330.

7. The attorney has stated that he has run a conflict check through a computerized data base maintained by his law firm and has made every effort to input the names of any known potentially adverse party, including the debtors, as well as known insiders of the debtors whom he believes could potentially be adverse to the Trustee. The data base includes names of current and previous clients of the firm, current and previous adverse parties of such clients, and names of related parties within such matters. Where any potential names come up which indicate a possible conflict,

39101855

he has reviewed the specifics of the matter to verify that any such involvement of his law firm or himself does not present any facts that would render himself or his firm to not be disinterested or create a conflict of interest. In appropriate situations he has also communicated with other attorneys at his law firm that may be more familiar with such client or matter in order to confirm that representation by himself and his law firm complies with §327.

8. The law firm of Greenspoon Marder, LLP has several offices throughout the United States and the State of Florida with more than 200 lawyers practicing in various legal fields. Among the firm's clients includes several banking institutions, some of which could be creditors in this estate. However, neither the attorney nor his law firm would be representing any such banking institution within this estate, and if it becomes necessary for the Trustee to be adverse to any such entity, neither the attorney nor his law firm would handle such matter, but instead the Trustee would obtain special counsel for purposes of handling such contested matter.

9. The attorney does not hold or represent any interest adverse to the estate, and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP, to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§327 and 330, and finding that such relief is appropriate on an expedited basis to avoid immediate and irreparable harm pursuant to Federal Rule of Bankruptcy Procedure 6003, and approving such employment nunc pro tunc to March 27, 2019, being the first date that counsel began providing legal services.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties listed below in the manner indicated on the 28 day of March 2019.

Respectfully submitted,

_____
MICHAEL R. BAKST, TRUSTEE
P.O. Box 211087
West Palm Beach FL 33421
(561) 795-9640

39101855

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu1401@gmlaw.com;efileu1857@gmlaw.com;efileu1093@gmlaw.com

- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**All Parties on the Court's Mailing Matrix, a copy attached hereto**

39101855

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 19-13770-MAM
                                                    Chapter 7
**EAGLE ARTS ACADEMY, INC.,**

    Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA
COUNTY OF PALM BEACH

    MICHAEL R. BAKST, ESQ. being duly sworn, says:

    1.    I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and am qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

    2.    I am employed by the law firm of Greenspoon Marder LLP, with offices located at 525 Okeechobee Blvd, Suite 900, West Palm Beach, Florida 33401.

    3.    I have run a conflict check through a computerized database maintained by this law firm where I have made every effort to input the names of any known potentially adverse party, including the debtor, as well as known insiders of the debtor whom I believe could potentially be adverse to the Trustee. The database includes names of current and previous clients of the firm, current and previous adverse parties of such clients, and names of related parties within such matters. Where any potential names come up which indicate a possible conflict, I have reviewed the specifics of the matter to verify that any such involvement of this law firm or myself does not present any facts that would render myself or the firm to not be disinterested or create a conflict of interest. In appropriate situations, I have also communicated with other attorneys at this law firm that may be more familiar with such client or matter in order to confirm that representation by myself and this law firm complies with §327.

39093340

4.     The law firm of Greenspoon Marder, LLP has several offices throughout the State of Florida with more than 200 lawyers practicing in various legal fields. Among the firm's clients includes several banking institutions, some of which could be creditors in this estate. However, neither I nor this firm would be representing any such banking institution within this estate, and if it becomes necessary for the Trustee to be adverse to any such entity, neither I nor this firm would handle such matter, but instead the Trustee would obtain special counsel for purposes of handling such contested matter.

5.     There is no separate written retainer agreement between the Trustee and prospective counsel. Counsel's compensation shall be determine pursuant to the provisions of 11 U.S.C. §330.

6.     The law firm of Greenspoon Marder, LLP, nor any of its attorneys hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

**FURTHER AFFIANT SAYETH NAUGHT.**

GREENSPOON MARDER, LLP

_____
MICHAEL R. BAKST, ESQ.

Sworn and subscribed before me this ___ day of March 2019.

_____
Notary Public, State of Florida

Jennifer D. Johnson
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG047408
Expires 11/15/2020

03282019/jdj
29110.0677

39093340

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-13770-MAM<br>Southern District of Florida<br>West Palm Beach<br>Thu Mar 28 13:29:20 EDT 2019 | Charter PB Wellington 2, LLC<br>Frank Weinberg & Black, P.L.<br>David Neal Stern, Esq.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431-8550 | Eagle Arts Academy, Inc.<br>PO Box 1268<br>Boca Raton, Fl 33429-1268 |
| A & S Transportation<br>649 Fifth Avenue South<br>Naples, FL 34102-6601 | Access Receivables Management<br>PO Box 1377<br>Cockeysville, MD 21030-6377 | Active Alarms Inc.<br>7512 Dr. Phillips Blvd Suite 50-503<br>Orlando, FL 32819-5420 |
| Age of Learning for Schools, Inc.<br>101 N. Brand Blvd 8th Floor<br>Glendale, CA 91203-2639 | Alba Olivera, Juan<br>2180 White Pine Circle, Apt C<br>Greenacres, FL 33415-6175 | Allen Maxwell & Silver<br>PO Box 540<br>Fair Lawn, NJ 07410-0540 |
| Amtrust North America<br>PO Box 6939<br>Cleveland, OH 44101-1939 | Anne Gannon Tax Collector PBC<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | Apple Financial<br>PO Box 458<br>Souderton, PA 18964-0458 |
| Axelrod, Britany<br>10403 Carmen Lane<br>Royal Palm Beach, FL 33411-3013 | BB&T Huffaker Insurance<br>PO Box 89063<br>Charlotte, NC 28289-0635 | Barlett, Maria M.<br>11775 Laurel Valley Circle<br>Wellington, FL 33414-5923 |
| Berrie, Donna<br>20563 S. Charleston<br>Boca Raton, FL 33434-5904 | Blood, Monique S.<br>1693 Ripley Run<br>Wellington, FL 33414-6180 | Blount Gregory James<br>760 NE 4th Court<br>Boca Raton, FL 33432 |
| Booster Enterprises<br>10400 Old Alabama Rd Connector #400<br>Alpharetta, GA 30022-8270 | Broder Stacy<br>740 Malibu Bay Drive Apt 304<br>West Palm Beach, FL 33401-8401 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Charter PB Wellington 2, LLC<br>19950 W Country Club Dr., Suite 800<br>Aventura, FL 33180-4603 | Charter School Management Corporation<br>43460 Ridge Park Dr., Suite 100<br>Temecula, CA 92590-3600 | Chase, Melinda<br>17143 63rd Road N.<br>Loxahatchee, FL 33470-6014 |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH 45263-0910 | Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | Companion Corporation<br>1831 Fort Union Blvd.<br>Salt Lake City, UT 84121-3041 |
| Cook, Henry<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Cunningham, Christina<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 | Curriculum Associates LLC<br>PO Box 4119<br>Woburn, MA 01888-4119 |

| | | |
|---|---|---|
| De Lage Landen Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Dixie Marketing<br>PO Box 634<br>Hartselle, AL 35640-0634 | E Rate Advantage, LLC<br>106 Lilac Drive<br>Annandale, NJ 08801-3450 |
| Element Management Group Inc.<br>760 NE 4th Court<br>Boca Raton, FL 33432 | FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| Feibach, Emma<br>c/o Scott Wagner & Assoc.. PA<br>250 S. Central Blvd. #104-A<br>Jupiter, FL 33458-8812 | Florida Department of Health<br>4052 Bald Cypress Way Bid-Bol<br>Tallahassee, FL 32399-1729 | Florida Department of Health PBC<br>PO Box 29 4th Floor<br>West Palm Beach, FL 33402-0029 |
| Florida Department of Revenue<br>2468 Mentrocentre Blvd<br>West Palm Beach, FL 33407-3105 | Florida Department of Revenue<br>Payroll Taxes<br>PO Box 6510<br>Tallahassee, FL 32314-6510 | Frank, Weinberg & Black, PL<br>David W. Black, Esq.<br>7805 SW 5th Court<br>Plantation, FL 33324 |
| Frog Street Press Inc.<br>800 Industrial Blvd., Suite 100<br>Grapevine, TX 76051-8634 | GG IT Tech<br>13131 55th Road N.<br>West Palm Beach, FL 33411-8353 | Georgopulos, Yvonne<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd. #104-A<br>Jupiter, FL 33458-8812 |
| Haile Shaw & Pfaffenberg<br>660 U.S. Highway One, 3rd Floor<br>North Palm Beach, FL 33408-4628 | Hill York Services Corporation<br>PO Box 350155<br>Ft. Lauderdale, FL 33335-0155 | Irizarry, Jeffry<br>2209 Amesbury Ct.<br>Wellington, FL 33414-8021 |
| Issurdatt-Hafeez, Ruth Ann<br>7374 Brunswick Circle<br>Boynton Beach, FL 33472-2536 | King & Walker, CPAs, PL<br>2803 W. Busch Blvd #106<br>Tampa, FL 33618-4517 | Kirschenbaum, Mark Adam<br>2170 Polo Gardens Drive #207<br>Wellington, FL 33414-2030 |
| Kolbenschlag, Kristin<br>73 Lariat Circle<br>Boca Raton, FL 33487-1515 | Martinelli, Krista J.<br>c/o c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Matta, Mira<br>6857 Hendry Drive<br>Lake Worth, FL 33463-7468 |
| McCoy, Pamela<br>127 Victory Circle<br>Boynton Beach, FL 33436-2894 | Mejia Cleaning Service<br>4366 Minerva Drive<br>Melbourne, FL 32904 | Mia, Rokshana<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 |
| Millard, William<br>9811 Spanish Isles Drive<br>Boca Raton, FL 33496-1829 | Morse Communications Inc.<br>393 East Drive<br>Melbourne, FL 32904 | Office Depot<br>PO Box 1413<br>Charlotte, NC 28201-1413 |

| | | |
|---|---|---|
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ortiz, Marlene<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 | Palm Beach Fire Equipment Co<br>3965 A-10 Investment Lane<br>Rivera Beach, FL 33404-1775 |
| Pitney Bowes<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 | Prime Rate Premium Finance Corp.<br>PO Box 580016<br>Charlotte, NC 28258-0016 | Progressus Therapy<br>75 Remittance Drive Suite 6221<br>Chicago, IL 60675-6221 |
| Protective Pest Control<br>8211 Bama Lane, Suite 2<br>West Palm Beach, FL 33411-3786 | Revenue Systems<br>PO Box 15257<br>Clearwater, FL 33766-5257 | Rich, Robert Lee<br>922 SW 11th Terrace<br>Delray Beach, FL 33444-7737 |
| Russo, Joseph A.<br>712 Sunny Pine Way, A-2<br>Greenacres, FL 33415-8969 | Ryerson, Anita<br>12262 Areaca Drive<br>Wellington, FL 33414-4102 | Scardaccione, Deborah J.<br>1660 Renaissance Commons, #2504<br>Boynton Beach, FL 33426-7226 |
| Searing, Colleen<br>1322 Denlow Lane<br>Royal Palm Beach, FL 33411-4012 | Simplex Ginnell<br>Dept Ch 10320<br>Palatine, IL 60055-0320 | Studies Weekly Inc.<br>1140 North 1430 West<br>Orem, UT 84057-6405 |
| Summerlin, Amy<br>3196 N. Jog Road, Apt 6201<br>West Palm Beach, FL 33411-7434 | Sun Life Financial<br>PO Box 843300<br>Kansas City, MO 64184-3300 | Suntrust Bank<br>PO Box 404468<br>Atlanta, GA 30384-4468 |
| Supplyworks<br>PO Box 404468<br>Atlanta, GA 30384-4468 | Synter Resource Group LLC<br>PO Box 63247<br>North Charleston, SC 29419-3247 | Szabo Associates Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1395 |
| Talerico, Sommer D<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Tandem Interactive Inc.<br>1700 E. Las Olas Blvd., Suite 301<br>Fort Lauderdale, FL 33301-2407 | The Village of Wellington<br>12300 Forest Hill Blvd.<br>Wellington, FL 33414-7699 |
| Thyssen Krupp Elevator Corporation<br>PO Box 933004<br>Atlanta, GA 31193-3004 | Toshibia Business Solutions USA<br>PO Box 402709<br>Atlanta, GA 30384-2709 | Toshibia Financial Services<br>PO Box 790448<br>St Louis, MO 63179-0448 |
| US Bank Equipment Finance<br>PO Box 790448<br>St. Louis, MO 63179-0448 | United Healthcare<br>PO Box 94017<br>Palatine, IL 60094-4017 | UnitedHealthcare Insurance Company<br>CDM-ATTN: Bankruptcy<br>185 Asylum Street<br>03B<br>Hartford, CT 06103-3408 |

| | | |
|---|---|---|
| Var Technology Finance<br>PO Box 790448<br>St. Louis, MO 63179-0448 | Vega, Rosa<br>13131 55th Road N<br>West Palm Beach, FL 33411-8353 | Villegas Santos, Ivonne<br>1200 Waterway Village Court, #1117<br>Greenacres, FL 33413-2173 |
| Voss & Klein<br>49 N Federal Hwy Suite 316<br>Pompano Beach, FL 33062-4304 | WPTV-Scripps Media Inc.<br>PO Box 116871<br>Atlanta, GA 30368-6871 | Walsworth<br>PO Box 310287<br>Des Moines, IA 50331-0287 |
| Waste Management Inc. of Florida<br>PO Box 105453<br>Atlanta, GA 30348-5453 | Weiss Handler & Cornwell PA<br>2255 Glades Road Suite 218-A<br>Boca Raton, FL 33431-7392 | Weiss, Charles L<br>12140 56th Place N<br>West Palm Beach, FL 33411-8532 |
| Welch, Vivian<br>2412 Avenue S<br>Lake Worth, FL 33404-4035 | Wellington Utilities<br>PO Box 31632<br>Tampa, FL 33631-3632 | Willse, Kevin<br>5183 Pinetree Drive<br>Delray Beach, FL 33484-1128 |
| Windstream Holdings LLC<br>PO Box 9001013<br>Louisville, KY 40290-1013 | Michael R Bakst<br>P. O. Box 407<br>West Palm Beach, FL 33402-0407 | Ned R Nashban<br>Baritz & Colman LLP<br>1075 Broken Sound Parkway<br>Suite 102<br>Boca Raton, FL 33487-3541 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients   104
Bypassed recipients     1
Total                 105