UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No.: 19-13770-MAM
                                                                        Chapter 7
**EAGLE ARTS ACADEMY, INC.,**

    Debtor.
_____/

## TRUSTEE'S EMERGENCY APPLICATION TO APPOINT ACCOUNTANT NUNC PRO TUNC TO MARCH 27, 2019 (EXPEDITED HEARING REQUESTED)

    Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc. respectfully requests an Order of the Court authorizing the employment of Soneet R. Kapila, CPA, to represent the Trustee in this case and states:

### REASON FOR THE EXIGENCY

    1.    It will be necessary for the Trustee to retain accountants on an emergency basis to avoid immediate and irreparable harm to the bankruptcy estate pursuant to Federal Rule of Bankruptcy Procedure 6003. This application is filed as an emergency because of the immediate and irreparable harm that could arise in waiting 21 days after the filing of the case to hire an accountant is that because this is a corporate case, with unique accounting issues, that need to be addressed immediately, including securing data and storage of such data. The Debtor's §341 First Meeting of Creditors is scheduled for May 1, 2019. The Trustee seeks a hearing within the next seven (7) days or, if the Court deems appropriate, that the Court grant the relief ex parte.

### RELIEF REQUESTED

    2.    Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., respectfully requests an Order of the Court authorizing the employment of Soneet R. Kapila, CPA, and KapilaMukamal, nunc pro tunc to March 27, 2019, being the date when an accountant was required

39101855

to provide services on behalf of the estate. As explained above, the Trustee has filed this motion on an emergency basis because this case involves significant accounting issues for which an accountant will be necessary and should be retained immediately. The Trustee seeks nunc pro tunc employment to March 27, 2019, being the first date that the prospective accountant began handling this matter and providing services.

3. Attached to this application is the proposed accountant's affidavit demonstrating Soneet R. Kapila, CPA, and KapilaMukamal, are disinterested parties as required by 11 U.S.C. §327(a) and a verified statement as required under FRBP 2014.

4. The Trustee believes that the accountant is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, creditors and other parties.

5. All anticipated services normally performed by an accountant for a Chapter 7 Trustee, including litigation assistance, tax returns, and forensic analysis.

6. KapilaMukamal, has agreed to perform the foregoing services at the ordinary and usual hourly billing rates of its members who will perform services in this matter. The firm will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement. KapilaMukamal, recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. §330.

7. KapilaMukamal as Accountants, neither holds nor represents any interest adverse to the estate in the matters upon which it is to be employed, and its employment would be in the best interest of the estate and its creditors. Attached to this application is KapilaMukamal, Certified Public Accountants' affidavit demonstrating that they are disinterested parties as required by 11 U.S.C. §101(14) and 327(a).

8. The accountants do not hold or represent any interest adverse to the estate, and the Trustee believes that the employment of these accountants would be in the best interest of the estate.

9. Attached hereto is the retention contract the Trustee has entered into with the prospective accountant for all matters, which would apply here as well.

39101855

Trustee believes that the employment of these accountants would be in the best interest of the estate.

9. Attached hereto is the retention contract the Trustee has entered into with the prospective accountant for all matters, which would apply here as well.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of KapilaMukamal, Certified Public Accountants, to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §§327 and 330, and finding that such relief is appropriate on an expedited basis to avoid immediate and irreparable harm pursuant to Federal Rule of Bankruptcy Procedure 6003, and approving such employment nunc pro tunc to March 27, 2019, being the first date that accountants began providing legal services.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties listed below in the manner indicated on the 28th day of March 2019.

MICHAEL R. BAKST, TRUSTEE

_____
MICHAEL R, BAKST
P.O. Box 407
West Palm Beach FL 33401
Telephone: (561) 838-4539
Email: baksttrustee@gmlaw.com

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu1401@gmlaw.com;efileu1857@gmlaw.com;efileu1093@gmlaw.com

- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**All Parties on the Court's Mailing Matrix, a copy attached hereto**

39101855

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:                                                                  Case No. 19-13770-BKC-MAM
                                                                        Chapter 7

Eagle Arts Academy, Inc.

_____ Debtor. /

## AFFIDAVIT OF ACCOUNTANT

STATE OF FLORIDA    )
COUNTY OF BROWARD )

    SONEET R. KAPILA, being duly sworn, states:

    1. I am a duly licensed certified public accountant in the State of Florida and a partner in the independent public accounting firm of KapilaMukamal ("KM"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316. I am familiar with the matters set forth herein and make this affidavit in support of the application for approval of KM as accountants for the Trustee.

    2. I am a founding partner of KM, together with Barry E. Mukamal.

    3. The Trustee has requested KM to represent him for the reasons stated in the said application.

    4. While employed by the Trustee, KM will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. § 327(a). To the best of my knowledge, KM does not have nor has it had any connection with the Debtors, their affiliates, creditors and any of their attorneys or accountants in matters related to this case or with any person employed in the office of the U.S. Trustee, as required by Fed. R. Bank, § 2014 except as set forth below.

1

a CPA, CIRA, CFE, and CFF. He is also Accredited in Business Valuation (ABV) and a Personal Financial Specialist (PFS).

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
SONEET R. KAPILA, CPA, CFF, CIRA, CFE

The foregoing instrument was acknowledged before me this 28th day of March, 2019, by Soneet R. Kapila who is personally know to me.

*[signature]*
Signature of Notary Public

My Commission Expires: 6-30-2022

Notary Public State of Florida
Nancy A O'Donnell
My Commission GG 218200
Expires 06/30/2022

3



CPAs, Forensic and Insolvency Advisors

January 23, 2019

Michael R. Bakst
PO Box 407
West Palm Beach, FL 33402

Dear Mr. Bakst:

This letter confirms the arrangements for tax services that we will perform for you.

In order to ensure a more complete understanding of the nature and extent of the services we agree to perform, your responsibilities, and our fee arrangements, we have set forth in the following paragraphs our understanding of these agreements and responsibilities.

## SCOPE

You have requested that KapilaMukamal be appointed as accountants to the Trustee in certain bankruptcy cases in which you are acting Trustee. Upon our appointment being approved by the Bankruptcy Court, we will prepare the appropriate federal corporate, partnership or individual income tax returns and associated state tax returns, if any, from information furnished to us by you on each case for the years required. We will not audit or independently verify the data you submit. However, we may ask for clarification of some of the information.

## FEES

Our fee for these services will be based upon the amount of required time, billed at our standard billing rates, in addition to out-of-pocket charges for computer processing services and any other out-of-pocket costs. We recognize that our fees are subject to approval by the Bankruptcy Court and payable from the available funds in the bankruptcy estate in accordance with the Bankruptcy Code. There is no personal liability on your part for our fees should there be no assets available in the estate. We will prepare and submit fee applications for each case as our work progresses.

## OTHER

We will also be available to answer inquiries on specific tax matters, or to assist you in planning to minimize income or estate taxes. All returns are subject to review by the taxing authorities. In the event of such government tax examination, we will be available, upon request, to represent or assist you. Such additional services are not included in our fee for preparation of the return.

*Kapila Building*
*1000 South Federal Highway, Suite 200*
*Fort Lauderdale, Florida 33316*
P 954·761·1011   F 954·761·1033

[K/M]
www.KapilaMukamal.com
**Affiliated Office in London, England**

*SunTrust International Center*
*1 SE 3rd Avenue, Suite 2150*
*Miami, Florida 33131*
P 786·517·5771   F 786·517·5772

Michael R. Bakst
January 22, 2019
Page 2 of 2

Fiduciaries, Bankruptcy estates, Receiverships, Assignments for the Benefit of Creditors are as a general rule required to file annual income tax returns, information returns, payroll tax returns, etc. For this reason, we will advise the Trustee as the responsible party, of any federal and/or state tax returns that may be required.

The Taxing Authorities impose deadlines and expect timely compliance by responsible parties even if all information necessary to file such returns is not immediately available, and may levy cumulative penalties plus compounded interest in the absence of required compliance. Increasingly the Taxing Authorities are making the determination that an inability to obtain critical/accurate financial information cannot provide reasonable cause to avoid penalties for failure to timely file a tax return(s).

Certain communications involving tax advice between you and our firm may be privileged, and not subject to disclosure to the IRS. By disclosing the contents of those communications to anyone, or by turning over information about those communications to the government, you may be waiving this privilege. To protect your right to privileged communication between yourself and our firm, please consult with us or your attorney prior to disclosing any information about our tax advice.

Our services will be provided on a continuing basis from year to year under the arrangements discussed above. In the event that the scope of our engagement changes or circumstances arise which mandate a change in services, it may be necessary to issue a revised engagement letter.

We appreciate the opportunity to serve you and look forward to a continuing, mutually satisfying relationship.

Yours sincerely,

*[signature]*

Soneet R. Kapila

SRK/kjj

The foregoing is in accordance with my understanding of your engagement to provide tax services. The terms described in this letter are acceptable and are hereby agreed to.

ACKNOWLEDGED AND AGREED:
SIGNATURE: *[signature]*
TITLE: Trustee in Bankruptcy
DATE: 1/23/19

Y:\Firm\Eng Letters KM\2018 Annual Tax - Ttee Engage Ltrs\2019 TRUSTEE\2019 TTEE EL

**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-13770-MAM<br>Southern District of Florida<br>West Palm Beach<br>Thu Mar 28 13:29:20 EDT 2019 | Charter PB Wellington 2, LLC<br>Frank Weinberg & Black, P.L.<br>David Neal Stern, Esq.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431-8550 | Eagle Arts Academy, Inc.<br>PO Box 1268<br>Boca Raton, Fl 33429-1268 |
| A & S Transportation<br>649 Fifth Avenue South<br>Naples, FL 34102-6601 | Access Receivables Management<br>PO Box 1377<br>Cockeysville, MD 21030-6377 | Active Alarms Inc.<br>7512 Dr. Phillips Blvd Suite 50-503<br>Orlando, FL 32819-5420 |
| Age of Learning for Schools, Inc.<br>101 N. Brand Blvd 8th Floor<br>Glendale, CA 91203-2639 | Alba Olivera, Juan<br>2180 White Pine Circle, Apt C<br>Greenacres, FL 33415-6175 | Allen Maxwell & Silver<br>PO Box 540<br>Fair Lawn, NJ 07410-0540 |
| Amtrust North America<br>PO Box 6939<br>Cleveland, OH 44101-1939 | Anne Gannon Tax Collector PBC<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | Apple Financial<br>PO Box 458<br>Souderton, PA 18964-0458 |
| Axelrod, Britany<br>10403 Carmen Lane<br>Royal Palm Beach, FL 33411-3013 | BB&T Huffaker Insurance<br>PO Box 89063<br>Charlotte, NC 28289-0635 | Barlett, Maria M.<br>11775 Laurel Valley Circle<br>Wellington, FL 33414-5923 |
| Berrie, Donna<br>20563 S. Charleston<br>Boca Raton, FL 33434-5904 | Blood, Monique S.<br>1693 Ripley Run<br>Wellington, FL 33414-6180 | Blount Gregory James<br>760 NE 4th Court<br>Boca Raton, FL 33432 |
| Booster Enterprises<br>10400 Old Alabama Rd Connector #400<br>Alpharetta, GA 30022-8270 | Broder Stacy<br>740 Malibu Bay Drive Apt 304<br>West Palm Beach, FL 33401-8401 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Charter PB Wellington 2, LLC<br>19950 W Country Club Dr., Suite 800<br>Aventura, FL 33180-4603 | Charter School Management Corporation<br>43460 Ridge Park Dr., Suite 100<br>Temecula, CA 92590-3600 | Chase, Melinda<br>17143 63rd Road N.<br>Loxahatchee, FL 33470-6014 |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH 45263-0910 | Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | Companion Corporation<br>1831 Fort Union Blvd.<br>Salt Lake City, UT 84121-3041 |
| Cook, Henry<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Cunningham, Christina<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 | Curriculum Associates LLC<br>PO Box 4119<br>Woburn, MA 01888-4119 |

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Dixie Marketing
PO Box 634
Hartselle, AL 35640-0634

E Rate Advantage, LLC
106 Lilac Drive
Annandale, NJ 08801-3450

Element Management Group Inc.
760 NE 4th Court
Boca Raton, FL 33432

FPL
General Mail Facility
Miami, FL 33188-0001

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Feibach, Emma
c/o Scott Wagner & Assoc.. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Florida Department of Health
4052 Bald Cypress Way Bid-Bol
Tallahassee, FL 32399-1729

Florida Department of Health PBC
PO Box 29 4th Floor
West Palm Beach, FL 33402-0029

Florida Department of Revenue
2468 Mentrocentre Blvd
West Palm Beach, FL 33407-3105

Florida Department of Revenue
Payroll Taxes
PO Box 6510
Tallahassee, FL 32314-6510

Frank, Weinberg & Black, PL
David W. Black, Esq.
7805 SW 5th Court
Plantation, FL 33324

Frog Street Press Inc.
800 Industrial Blvd., Suite 100
Grapevine, TX 76051-8634

GG IT Tech
13131 55th Road N.
West Palm Beach, FL 33411-8353

Georgopulos, Yvonne
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Haile Shaw & Pfaffenberg
660 U.S. Highway One, 3rd Floor
North Palm Beach, FL 33408-4628

Hill York Services Corporation
PO Box 350155
Ft. Lauderdale, FL 33335-0155

Irizarry, Jeffry
2209 Amesbury Ct.
Wellington, FL 33414-8021

Issurdatt-Hafeez, Ruth Ann
7374 Brunswick Circle
Boynton Beach, FL 33472-2536

King & Walker, CPAs, PL
2803 W. Busch Blvd #106
Tampa, FL 33618-4517

Kirschenbaum, Mark Adam
2170 Polo Gardens Drive #207
Wellington, FL 33414-2030

Kolbenschlag, Kristin
73 Lariat Circle
Boca Raton, FL 33487-1515

Martinelli, Krista J.
c/o c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Matta, Mira
6857 Hendry Drive
Lake Worth, FL 33463-7468

McCoy, Pamela
127 Victory Circle
Boynton Beach, FL 33436-2894

Mejia Cleaning Service
4366 Minerva Drive
Melbourne, FL 32904

Mia, Rokshana
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Millard, William
9811 Spanish Isles Drive
Boca Raton, FL 33496-1829

Morse Communications Inc.
393 East Drive
Melbourne, FL 32904

Office Depot
PO Box 1413
Charlotte, NC 28201-1413

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Protective Pest Control
8211 Bama Lane, Suite 2
West Palm Beach, FL 33411-3786

Russo, Joseph A.
712 Sunny Pine Way, A-2
Greenacres, FL 33415-8969

Searing, Colleen
1322 Denlow Lane
Royal Palm Beach, FL 33411-4012

Summerlin, Amy
3196 N. Jog Road, Apt 6201
West Palm Beach, FL 33411-7434

Supplyworks
PO Box 404468
Atlanta, GA 30384-4468

Talerico, Sommer D
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Thyssen Krupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

US Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179-0448

Ortiz, Marlene
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Prime Rate Premium Finance Corp.
PO Box 580016
Charlotte, NC 28258-0016

Revenue Systems
PO Box 15257
Clearwater, FL 33766-5257

Ryerson, Anita
12262 Areaca Drive
Wellington, FL 33414-4102

Simplex Ginnell
Dept Ch 10320
Palatine, IL 60055-0320

Sun Life Financial
PO Box 843300
Kansas City, MO 64184-3300

Synter Resource Group LLC
PO Box 63247
North Charleston, SC 29419-3247

Tandem Interactive Inc.
1700 E. Las Olas Blvd., Suite 301
Fort Lauderdale, FL 33301-2407

Toshibia Business Solutions USA
PO Box 402709
Atlanta, GA 30384-2709

United Healthcare
PO Box 94017
Palatine, IL 60094-4017

Palm Beach Fire Equipment Co
3965 A-10 Investment Lane
Rivera Beach, FL 33404-1775

Progressus Therapy
75 Remittance Drive Suite 6221
Chicago, IL 60675-6221

Rich, Robert Lee
922 SW 11th Terrace
Delray Beach, FL 33444-7737

Scardaccione, Deborah J.
1660 Renaissance Commons, #2504
Boynton Beach, FL 33426-7226

Studies Weekly Inc.
1140 North 1430 West
Orem, UT 84057-6405

Suntrust Bank
PO Box 404468
Atlanta, GA 30384-4468

Szabo Associates Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1395

The Village of Wellington
12300 Forest Hill Blvd.
Wellington, FL 33414-7699

Toshibia Financial Services
PO Box 790448
St Louis, MO 63179-0448

UnitedHealthcare Insurance Company
CDM-ATTN: Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408

| | | |
|---|---|---|
| Var Technology Finance<br>PO Box 790448<br>St. Louis, MO 63179-0448 | Vega, Rosa<br>13131 55th Road N<br>West Palm Beach, FL 33411-8353 | Villegas Santos, Ivonne<br>1200 Waterway Village Court, #1117<br>Greenacres, FL 33413-2173 |
| Voss & Klein<br>49 N Federal Hwy Suite 316<br>Pompano Beach, FL 33062-4304 | WPTV-Scripps Media Inc.<br>PO Box 116871<br>Atlanta, GA 30368-6871 | Walsworth<br>PO Box 310287<br>Des Moines, IA 50331-0287 |
| Waste Management Inc. of Florida<br>PO Box 105453<br>Atlanta, GA 30348-5453 | Weiss Handler & Cornwell PA<br>2255 Glades Road Suite 218-A<br>Boca Raton, FL 33431-7392 | Weiss, Charles L<br>12140 56th Place N<br>West Palm Beach, FL 33411-8532 |
| Welch, Vivian<br>2412 Avenue S<br>Lake Worth, FL 33404-4035 | Wellington Utilities<br>PO Box 31632<br>Tampa, FL 33631-3632 | Willse, Kevin<br>5183 Pinetree Drive<br>Delray Beach, FL 33484-1128 |
| Windstream Holdings LLC<br>PO Box 9001013<br>Louisville, KY 40290-1013 | Michael R Bakst<br>P. O. Box 407<br>West Palm Beach, FL 33402-0407 | Ned R Nashban<br>Baritz & Colman LLP<br>1075 Broken Sound Parkway<br>Suite 102<br>Boca Raton, FL 33487-3541 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients   104<br>Bypassed recipients     1<br>Total                  105 |