**Fill in this information to identify the case:**

Debtor name ___Eagle Arts Academy Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Florida___
(State)

Case number (If known): ___19-13770-MAM___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/2016<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $5,358.637.00 |
| **For prior year:** | From 07/2015<br>MM / DD / YYYY | to | 06/2016<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $5,097,881.00 |
| **For the year before that:** | From 07/2014<br>MM / DD / YYYY | to | 06/2015<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $4,886,984.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  Eagle Arts Academy Inc.
Name

Case number (If known) 19-13770-MAM

<h1>Part 2: List Certain Transfers Made Before Filing for Bankruptcy</h1>

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | Creditor's name / Street / City State ZIP Code | | $ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other |
| 3.2. | Creditor's name / Street / City State ZIP Code | | $ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name / Street / City State ZIP Code / Relationship to debtor | | $ | |
| 4.2. | Insider's name / Street / City State ZIP Code / Relationship to debtor | | $ | |

Debtor  **Eagle Arts Academy Inc.**
_____
Name

Case number (*if known*) _19-13770-MAM_____

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | TeqLease<br>Creditor's name<br>23801 Calabasas Road Ste 101<br>Street<br>Calabasa    CA    91302<br>City    State    ZIP Code | Apple Computer Equipment | 07/2018 | $ unknown |
| 5.2. | Omni Capital/US Bank<br>Creditor's name<br>PO 790448<br>Street<br>St. Louis    MO 63179-0448<br>City    State    ZIP Code | Computers | 07/2018 | $ unknown |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name<br>Street<br>City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3:   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Feibach v. Eagle Arts Academy<br>Case number<br>502018CA015073XXXXMB AD | Debt | 15th Judicial Circuit PB<br>Name<br>205 N. Dixie Hwy<br>Street<br>West Palm Beach Fl 33401<br>City    State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Eagle ARts Academy Inc.v School Bd of Palm Bch Cty<br>Case number<br>502018CA009611XXXXMB AG | | 15 Judicial Circuit PB<br>Name<br>205 N. Dixie Hwy<br>Street<br>West Palm Beach FL 33401<br>City    State    ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  Eagle Arts Academy, Inc.                          Case Number 19-13700-MAM
        Name                                              Chapter 7

Continuation Statement of Financial Affairs

## Part 3:        Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court accounts, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

| | Case title | Nature of case | Court or agency name and address | Status of case |
|---|---|---|---|---|
| 7.3 | Eagle Arts Academy , Inc. v School Board of Palm Beach County <br><br> Case No. 502018CA009463XXXXMB AO | | 15th Judicial Circuit Palm Beach 205 N. Dixie Hwy West Palm Beach, Fl 33401 | Open |
| 7.4 | School Board of Palm Beach. v Eagle Arts Academy Inc. <br><br> Case No. 502018CA008681XXXXMB AA | Business Transaction | 15th Judicial Circuit Palm Beach 205 N. Dixie Hwy West Palm Beach, Fl 33401 | Closed |
| 7.5 | Charter PB Willington 2, LLC v Eagle Arts Academy Inc. <br><br> Case No. 502018CA007862XXXXMB AI | Contract Debt | 15th Judicial Circuit Palm Beach 205 N. Dixie Hwy West Palm Beach, Fl 33401 | Open |
| 7.6 | Eagle Arts Academy Inc. v School Board of Palm Beach Cty <br><br> Case No. 4D18-2995, 4th DCS | | Fourth District Court of Appeal 110 S. Tamarind Ave West Palm Beach, Fl 33401 | Pending |

7.7    Palm Beach County School Bd. v            Fourth District Court of Appeal          Pending
       Eagle Arts Academy Inc.,                  110 S. Tamarind Ave
                                                 West Palm Beach, Fl 33401

       Case No.
       4D19-0192, 4th DCS


7.8    Tri-City Electric Co. Inc. v              11th Judicial Circuit Miami-Dade     Pending
       Eagle Arts Academy Inc.                   73 W. Flagler St
                                                 Miami , FL 33130
       Case No.
       2015-024559CA 01

Form 207          Statement of Financial Affairs for Non-Individuals Filing Bankruptcy          Page 3

Debtor   Eagle Arts Academy Inc.          Case number *(If known)* 19-13770-MAM
             _____
             Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | **Case number** | Name |
| City          State      ZIP Code | | Street |
| | **Date of order or assignment** | City          State      ZIP Code |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 4

Debtor    Eagle Arts Academy Inc.
     Name

Case number (if known)_____19-13770-MAM_____

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Baritz & Colman LLP | | 03/15/2019 | $7,500.00 |

**Address**
1075 Broken Sound Parkway NW
Street
Suite 102

Boca Raton    FL    33487
City            State    ZIP Code

**Email or website address**
nnashban@baritzcolman.com

**Who made the payment, if not debtor?**
Gregory James Blount
Dr. Jon Robertson

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ |

**Address**

Street

City            State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor      Eagle Arts Academy Inc._____      Case number (if known)_19-13770-MAM_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Who received transfer? | | | $ |
| 13.2. | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 1000 Wellington Trace | From | 06/2014 | To  06/2018 |
| | Street | | | |
| | Wellington        FL        33414 | | | |
| | City          State     ZIP Code | | | |
| 14.2. | | From | | To |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |

Debtor    Eagle Arts Academy Inc.                        Case number (if known)    19-13770-MAM
          Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
Facility name _____

| Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

Check all that apply:
☐ Electronically
☐ Paper

City _____ State _____ ZIP Code _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
Facility name _____

| Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

Check all that apply:
☐ Electronically
☐ Paper

City _____ State _____ ZIP Code _____

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained. Employee personal identifiable Info
                                                                   Electronic and paper

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

---

Debtor   Eagle Arts Academy Inc.                          Case number (if known) 19-13770-MAM
         Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Hope<br>Name<br>1655 W.Redondo Beach Blvd<br>Street<br>#300<br>Gardena      CA      33414<br>City        State    ZIP Code | XXXX– 1  4  4  9 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |
| 18.2. | Suntrust<br>Name<br>PO Box 305183<br>Street<br><br>Nashville   TN 37230-5183<br>City        State    ZIP Code | XXXX– 1  9  3  4 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other Operating Acct | 11/30/2018 | $ .86 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State   ZIP Code | _____<br>_____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| SmartStop<br>Name<br>State Rd 7<br>Street<br>Wellington FL   33414<br>City    State   ZIP Code | Gregory James Blount<br>_____<br>_____<br>Address<br>_____ | Corporate files                *<br>Computer Cards / Server<br>Office Supplies<br>*Keys to Storage given to<br>Trustee | ☐ No<br>☐ Yes |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 8

Debtor  _Eagle Arts  Academy, Inc._____         Case Number 19-13700-MAM
       Name                                      Chapter 7

Continuation Statement of Financial Affairs

## Part 10:     Certain Financial Accounts

### 18. Closed Financial Accounts

| | Financial Institution | Last 4 digits Acct No. | Type | Date account was closed Account was closed | Last Balance |
|---|---|---|---|---|---|
| 18.3 | Suntrust PO Box 305183 Nashville TN 37230 | 1959 | Checking Principal Acct | 11/30/2018 | $51.40 |
| 18.4 | Suntrust PO Box 305183 Nashville TN 37230 | 1975 | Restricted Student Student Activities | 09/30/2018 | $0 |
| 18.5 | Suntrust PO Box 305183 Nashville TN 37230 | 1967 | School Fund | 09/30/2018 | $0 |

Form 207                                                                                 8 a

Debtor  Eagle Arts Academy Inc.
Name

Case number (if known)  19-13770-MAM

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Eagle Arts Academy Inc.
_____
Name

Case number *(if known)* 19-13770-MAM
_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ | _____ | _____ | |
| _____ _____ _____ City    State    ZIP Code | _____ _____ _____ City    State    ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ | _____ | |
| | _____ _____ _____ City    State    ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | _____ Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ | | |
| | _____ _____ _____ City    State    ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | _____ Name | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | _____ Street | _____ | **Dates business existed** |
| | _____ | | |
| | _____ _____ _____ City    State    ZIP Code | | From _____   To _____ |

Debtor    Eagle Arts Academy Inc.
          _____
          Name

Case number (if known) 19-13770-MAM

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Donna Berrie - Bookkeeper<br>Name<br>20563 S. Charleston<br>Street<br><br>Boca Raton          FL      33434<br>City                State   ZIP Code | From 2015  To 2018 |
| 26a.2. | King & Walker, CPA's PL    - Accountants<br>Name  2803 W. Busch Blvd #106<br>Street<br><br>Tampa                FL      33618<br>City                 State   ZIP Code | From 2015  To 2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Palm Beach School District<br>Name<br>3300 Forest Hill Blvd<br>Street<br><br>West Palm Beach      FL      33406<br>City                 State   ZIP Code | From 03/2018 To 05/2018 |
| 26b.2. | Name  Charter School Management Corporation<br>Street  43460 Ridge Park Dr. Suite 100<br><br>Temecula             CA      92590<br>City                 State   ZIP Code | From 2016  To 2019 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Gregory James Blount<br>Name<br>760 NW 4th Court<br>Street<br><br>Boca Raton          FL      33432<br>City                State   ZIP Code | _____<br>_____<br>_____<br>_____ |

---

Debtor   Eagle Arts Academy Inc.
         _____
         Name

Case number (if known) 19-13770-MAM
_____

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
| | Street _____ | _____ |
| | | _____ |
| | City _____ State _____ ZIP Code _____ | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | Palm Beach School District |
|---|---|
| | Name |
| | 3300 Forest Hill Blvd |
| | Street |
| | West Palm Beach          FL          33406 |
| | City                    State        ZIP Code |

**Name and address**

| 26d.2. | Bank of Hope |
|---|---|
| | Name |
| | 1655 W. Redondo Beach Blvd #300 |
| | Street |
| | Gardena          CA          33414 |
| | City            State        ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

| 27.1. | _____ |
|---|---|
| | Name |
| | _____ |
| | Street |
| | _____ |
| | City          State        ZIP Code |

Debtor   Eagle Arts Academy Inc.                                    Case number (if known) 19-13770-MAM
_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  _____
        Name

        _____
        Street

        _____

        _____
        City                State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory James Blount | 760 NW 4th Court BR Fl 33432 | Executive Director | none |
| Donna McGowan | PO Box 1268, BR FL 33429-1268 | Director | none |
| Jon Robertson Dr. | PO Box 1268, BR FL 33429-1268 | Director | none |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
    ☐ No
    ☑ Yes. Identify below.

| Name | Address All were at the address below | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Colleen Kirk | 1000 Wellington Trace | Director | From 2017 To 2018 |
| Lisa Kaplan | Wellington Fl 33414 | Director | From 2017 To 2018 |
| Timothy Quinn | | Director | From 2017 To 2018 |
| Sheri Klostermeyer | | Director | From 2017 To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
    ☑ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____ Name | _____ | _____ | _____ |
| _____ Street | | | |
| _____ | | _____ | |
| _____ City        State    ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |
| | | _____ | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 13

Debtor     Eagle Arts Academy Inc.         Case number (If known)_____
         Name

---

**Name and address of recipient**

30.2

_____
Name

_____
Street

_____

_____
City          State     ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:**     **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4  8  2019
        MM / DD / YYYY

✗ _____     Printed name   Gregory James Blount
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Executive Director

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

---