Fill in this information to identify the case:

Debtor name: Eagle Arts Academy Inc.

United States Bankruptcy Court for the: Southern District of Florida (State)

Case number (If known): 19-13770-MAM

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $0

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $366,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $366,000.00

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................. $0

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...................................................................... $215,929.41

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................................... + $1,404,337.91

4. **Total liabilities**........................................................................................................................................ $1,620,267.32
    Lines 2 + 3a + 3b

Official Form 206Sum        Summary of Assets and Liabilities for Non-Individuals        page 1