

ORDERED in the Southern District of Florida on April 23, 2019.

Mindy A. Mora, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                          CASE NO.: 19-13770-MAM
                                                Chapter 7
EAGLE ARTS ACADEMY, INC.,

    Debtor
_____/

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL TO PURSUE COLLECTION OF ATTORNEY FEE JUDGMENT AND DEFEND PRESENT APPEAL

THIS MATTER came before the Court in West Palm Beach, Florida on the 23 day of April, 2019, pursuant to Trustee's *Motion to Approve Employment of Special Counsel to Pursue Collection of Attorney Fee Judgment and Defend Present Appeal* ("Motion") [ECF#15], the Court having heard argument of counsel, and upon the representations that William Berger and the law firm of Weiss, Handler & Cornwell, PA. hold no interest

39740575v1

adverse to the estate in the matters upon which they are engaged, that William Berger and the law firm of Weiss, Handler & Cornwell, PA. are disinterested persons as required by U.S.C. § 327(a) and have disclosed any connections with parties as set forth in FRBP 2014, and that their employment is necessary and would be in the best interests of the estate, it is

ORDERED AND ADJUDGED as follows:

1. The Trustee's *Motion to Approve Employment of Special Counsel to Pursue Collection of Attorney Fee Judgment and Defend Present Appeal* is granted.

2. The Trustee is authorized to employ William Berger and the law firm of Weiss, Handler & Cornwell, PA. as special counsel in regard to the underlying Attorney Fee Judgment and the present appeal held by the estate, upon the terms and conditions set forth in the Trustee's *Motion to Approve Employment of Special Counsel to Pursue Collection of Attorney Fee Judgment and Defend Present Appeal*.

3. All compensation is subject to review by the Court and must be approved by the Court and the Trustee.

4. Special counsel is further notified pursuant to this order that any settlement must be noticed to all creditors and must be approved by the Court and Trustee before it shall become effective.

5. Any funds obtained from the suit or settlement must be distributed by the Trustee.   The total terms of employment are consistent with the Florida Bar guidelines.

(i) 33-1/3% as to Eagle Arts Academy, Inc., v School Board of Palm Beach

39740575v1

County, Case No. 502018CA009463, Palm Beach Circuit Court and Eagle Arts Academy, Inc., v School Board of Palm Beach County, Case No.502018CA009611, Palm Beach Circuit Court.

6.  The Court approves a contingency fee to proposed special counsel of eighty (80%) percent as to the attorney fee judgment of $98,700.00 which is currently the subject of an appeal in Palm Beach County School Board v Eagle Arts Academy, Inc., Case No. 4D19-0192, Fourth District Court of Appeals. Such amount would be paid from the attorney fee judgment.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523   F:   (561) 514-3423
Email: michael.bakst@gmlaw.com
emb 29511-0514

**Electronic Mail Notice List**
- Michael R Bakst     efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Ned R Nashban     NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern     dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

39740575v1

William Berger, Esq.
Weiss, Handler & Cornwell, P.A.
One Boca Place
2255 Glades Road, Suite 218
Boca Raton, Fl 33431

All creditors on the Court Matrix

39740575v1