UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:   CASE NO.: 19-13770-MAM
         Chapter 7

EAGLE ARTS ACADEMY, INC.,

      Debtor

_____/

### EX-PARTE MOTION FOR SUPPLEMENTAL ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., by and through undersigned counsel, hereby files this Ex-parte Motion for Supplemental Order Approving Employment of Special Counsel and states:

1. This voluntary Chapter 7 bankruptcy proceeding was filed on March 25, 2019. Michael R. Bakst has been appointed as the Chapter 7 Trustee.

2. On April 8, 2019, (ECF#15), the Trustee filed an Application to Employ William Berger of the law firm of Weiss, Handler & Cornwell, P.A. as Special Counsel. (ECF#15)

3. The Notice of Hearing filed on April 8, 2019 (ECF#16) was scheduled to be heard on April 23, 2019 at 10:00 a.m.

4. On April 23, 2019, (ECF#35), an Order Granting Application to Employ William Berger as Special Counsel was entered by the Court.

5. Special counsel, William Berger, has informed the Trustee that opposing counsel within the state court litigation intends to object to the substitution of the Trustee as a party Plaintiff because they dispute whether the order entered by the Court is specific enough as to all

39899984.1

matters in which special counsel has been employed. The Trustee does not agree with this position, but quite frankly, rather than litigate in the state court over the matter, it is simpler to just obtain a supplemental order from this Court that is entirely consistent with the underlying Motion to Employ listing each and every state court matter in which special counsel has been employed. The language would provide:

6. The Trustee is authorized to employ William Berger and the law firm of Weiss, Handler & Cornwell, P.A. as special counsel in regard to the following cases upon the terms and conditions set forth in the Trustee's Motion to Approve Employment of Special Counsel to Pursue Collection of Attorney Fee Judgment and Defend Present Appeal: Palm Beach County School Board v. Eagle Arts Academy, Inc., Case No. 4D19-0192, Fourth District Court of Appeal; Eagle Arts Academy, Inc. v. School Board of Palm Beach County, Case No. 502018CA009463, Palm Beach Circuit Court; and Eagle Arts Academy, Inc. v. School Board of Palm Beach County, Case No. 502018CA009611, Palm Beach Circuit Court.

**WHEREFORE**, the Trustee, Michael R. Bakst, by and through undersigned counsel, respectfully requests that the Court enter a supplemental order as follows:

(i) authorizing the employment of William Berger and the law firm of Weiss, Handler & Cornwell, P.A. as special counsel in regard to the following cases upon the terms and conditions set forth in the Trustee's Motion to Approve Employment of Special Counsel to Pursue Collection of Attorney Fee Judgment and Defend Present Appeal, (ECF#15):

(ii) Palm Beach County School Board v. Eagle Arts Academy, Inc., Case No. 4D19-0192, Fourth District Court of Appeal;

(iii) Eagle Arts Academy, Inc. v. School Board of Palm Beach County, Case No. 502018CA009463, Palm Beach Circuit Court;

(iv) Eagle Arts Academy, Inc. v. School Board of Palm Beach County, Case No. 502018CA009611, Palm Beach Circuit Court.

(v) plus that the Court grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** a true and correct copy of the foregoing has been furnished by regular U.S. Mail to all parties on the attached mailing list, this the 2 day of May, 2019.

**GREENSPOON MARDER LLP**

_____
MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No. 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
(561) 838-4523
(561) 514-3423 (facsimile)

emb/29511-0514

**Electronic Mail Notice List**
- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

39899984.1

## Manual Mail List

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

William Berger, Esq.
Weiss, Handler & Cornwell, P.A.
One Boca Place
2255 Glades Road, Suite 218
Boca Raton, Fl   33431

All creditors on the Court Matrix attached herein

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-13770-MAM<br>Southern District of Florida<br>West Palm Beach<br>Wed May  1 13:28:40 EDT 2019 | Charter PB Wellington 2, LLC<br>Frank Weinberg & Black, P.L.<br>David Neal Stern, Esq.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431-8550 | Eagle Arts Academy, Inc.<br>PO Box 1268<br>Boca Raton, Fl 33429-1268 |
| A & S Transportation<br>649 Fifth Avenue South<br>Naples, FL 34102-6601 | Access Receivables Management<br>PO Box 1377<br>Cockeysville, MD 21030-6377 | Active Alarms Inc.<br>7512 Dr. Phillips Blvd Suite 50-503<br>Orlando, FL 32819-5420 |
| Age of Learning for Schools, Inc.<br>101 N. Brand Blvd 8th Floor<br>Glendale, CA 91203-2639 | Alba Olivera, Juan<br>2180 White Pine Circle, Apt C<br>Greenacres, FL 33415-6175 | Allen Maxwell & Silver<br>PO Box 540<br>Fair Lawn, NJ 07410-0540 |
| Amtrust North America<br>PO Box 6939<br>Cleveland, OH 44101-1939 | Anne Gannon Tax Collector PBC<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 | Apple Financial<br>PO Box 458<br>Souderton, PA 18964-0458 |
| Axelrod, Britany<br>10403 Carmen Lane<br>Royal Palm Beach, FL 33411-3013 | BB&T Huffaker Insurance<br>PO Box 89063<br>Charlotte, NC 28289-0635 | Barlett, Maria M.<br>11775 Laurel Valley Circle<br>Wellington, FL 33414-5923 |
| Berrie, Donna<br>20563 S. Charleston<br>Boca Raton, FL 33434-5904 | Blood, Monique S.<br>1693 Ripley Run<br>Wellington, FL 33414-6180 | Blount Gregory James<br>760 NE 4th Court<br>Boca Raton, FL 33432 |
| Booster Enterprises<br>10400 Old Alabama Rd Connector #400<br>Alpharetta, GA 30022-8270 | Broder Stacy<br>740 Malibu Bay Drive Apt 304<br>West Palm Beach, FL 33401-8401 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 |
| Charter PB Wellington 2, LLC<br>19950 W Country Club Dr., Suite 800<br>Aventura, FL 33180-4603 | Charter School Management Corporation<br>43460 Ridge Park Dr., Suite 100<br>Temecula, CA 92590-3600 | Chase, Melinda<br>17143 63rd Road N.<br>Loxahatchee, FL 33470-6014 |
| Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH 45263-0910 | Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | Companion Corporation<br>1831 Fort Union Blvd.<br>Salt Lake City, UT 84121-3041 |
| Cook, Henry<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Cunningham, Christina<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 | Curriculum Associates LLC<br>PO Box 4119<br>Woburn, MA 01888-4119 |

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Dixie Marketing
PO Box 634
Hartselle, AL 35640-0634

E Rate Advantage, LLC
106 Lilac Drive
Annandale, NJ 08801-3450


Eagle Arts Academy Inc.
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Element Management Group Inc.
760 NE 4th Court
Boca Raton, FL 33432

FPL
General Mail Facility
Miami, FL 33188-0001


Federal Express
PO Box 660481
Dallas, TX 75266-0481

Feibach, Emma
c/o Scott Wagner & Assoc.. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Florida Department of Health
4052 Bald Cypress Way Bid-Bol
Tallahassee, FL 32399-1729


Florida Department of Health PBC
PO Box 29 4th Floor
West Palm Beach, FL 33402-0029

Florida Department of Revenue
2468 Mentrocentre Blvd
West Palm Beach, FL 33407-3105

Florida Department of Revenue
Payroll Taxes
PO Box 6510
Tallahassee, FL 32314-6510


Frank, Weinberg & Black, PL
David W. Black, Esq.
7805 SW 5th Court
Plantation, FL 33324

Frog Street Press Inc.
800 Industrial Blvd., Suite 100
Grapevine, TX 76051-8634

GG IT Tech
13131 55th Road N.
West Palm Beach, FL 33411-8353


Georgopulos, Yvonne
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Haile Shaw & Pfaffenberg
660 U.S. Highway One, 3rd Floor
North Palm Beach, FL 33408-4628

Heather Ferrin
5509 Descartes Cir
Boynton Beach, Fl 33472-2410


Hill York Services Corporation
PO Box 350155
Ft. Lauderdale, FL 33335-0155

IAN BOTTOM
17225 MURCOTT BLVD
LOXAHATCHEE, FL 33470-2768

Ian Bottom
17225 Murcott Bld
Loxahatchee, Fl 33470-2768


Irizarry, Jeffry
2209 Amesbury Ct.
Wellington, FL 33414-8021

Issurdatt-Hafeez, Ruth Ann
7374 Brunswick Circle
Boynton Beach, FL 33472-2536

King & Walker, CPAs, PL
2803 W. Busch Blvd #106
Tampa, FL 33618-4517


Kirschenbaum, Mark Adam
2170 Polo Gardens Drive #207
Wellington, FL 33414-2030

Kolbenschlag, Kristin
73 Lariat Circle
Boca Raton, FL 33487-1515

Maria R. Acevedo
1451 The 12th Fairway
Wellington, FL 33414-5708


Marie R. Acevdeo
1451 the 12th Fariway
Wellington, Fl 33414-5708

Martinelli, Krista J.
c/o c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Matta, Mira
6857 Hendry Drive
Lake Worth, FL 33463-7468

McCoy, Pamela
127 Victory Circle
Boynton Beach, FL 33436-2894

Mejia Cleaning Service
4366 Minerva Drive
Melbourne, FL 32904

Mia, Rokshana
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Millard, William
9811 Spanish Isles Drive
Boca Raton, FL 33496-1829

Morse Communications Inc.
393 East Drive
Melbourne, FL 32904

Office Depot
PO Box 1413
Charlotte, NC 28201-1413

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ortiz, Marlene
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Palm Beach Fire Equipment Co
3965 A-10 Investment Lane
Rivera Beach, FL 33404-1775

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Prime Rate Premium Finance Corp.
PO Box 580016
Charlotte, NC 28258-0016

Progressus Therapy
75 Remittance Drive Suite 6221
Chicago, IL 60675-6221

Protective Pest Control
8211 Bama Lane, Suite 2
West Palm Beach, FL 33411-3786

Revenue Systems
PO Box 15257
Clearwater, FL 33766-5257

Rich, Robert Lee
922 SW 11th Terrace
Delray Beach, FL 33444-7737

Russo, Joseph A.
712 Sunny Pine Way, A-2
Greenacres, FL 33415-8969

Ryerson, Anita
12262 Areaca Drive
Wellington, FL 33414-4102

Scardaccione, Deborah J.
1660 Renaissance Commons, #2504
Boynton Beach, FL 33426-7226

Scott Albano
9561 Majestic Way
Boynton Beach
Florida 33437
9561 Majestic Way, FL 33437-3324

Scott Albano
9561 Majestic Way
Boynton Beach, Fl 33437-3324

Searing, Colleen
1322 Denlow Lane
Royal Palm Beach, FL 33411-4012

Simplex Ginnell
Dept Ch 10320
Palatine, IL 60055-0320

Studies Weekly Inc.
1140 North 1430 West
Orem, UT 84057-6405

Summerlin, Amy
3196 N. Jog Road, Apt 6201
West Palm Beach, FL 33411-7434

Sun Life Financial
PO Box 843300
Kansas City, MO 64184-3300

Suntrust Bank
PO Box 404468
Atlanta, GA 30384-4468

Supplyworks
PO Box 404468
Atlanta, GA 30384-4468

SurTec Insurance Company
P.O. Box 5005
Woodland Hills CA 91365-5005

Synter Resource Group LLC
PO Box 63247
North Charleston, SC 29419-3247

Szabo Associates Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1395

| | | |
|---|---|---|
| Talerico, Sommer D<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Tandem Interactive Inc.<br>1700 E. Las Olas Blvd., Suite 301<br>Fort Lauderdale, FL 33301-2407 | The Village of Wellington<br>12300 Forest Hill Blvd.<br>Wellington, FL 33414-7699 |
| Thyssen Krupp Elevator Corporation<br>PO Box 933004<br>Atlanta, GA 31193-3004 | Toshibia Business Solutions USA<br>PO Box 402709<br>Atlanta, GA 30384-2709 | Toshibia Financial Services<br>PO Box 790448<br>St Louis, MO 63179-0448 |
| US Bank Equipment Finance<br>PO Box 790448<br>St. Louis, MO 63179-0448 | United Healthcare<br>PO Box 94017<br>Palatine, IL 60094-4017 | UnitedHealthcare Insurance Company<br>CDM-ATTN: Bankruptcy<br>185 Asylum Street<br>03B<br>Hartford, CT 06103-3408 |
| Var Technology Finance<br>PO Box 790448<br>St. Louis, MO 63179-0448 | Vega, Rosa<br>13131 55th Road N<br>West Palm Beach, FL 33411-8353 | Villegas Santos, Ivonne<br>1200 Waterway Village Court, #1117<br>Greenacres, FL 33413-2173 |
| Voss & Klein<br>49 N Federal Hwy Suite 316<br>Pompano Beach, FL 33062-4304 | WPTV-Scripps Media Inc.<br>PO Box 116871<br>Atlanta, GA 30368-6871 | Walsworth<br>PO Box 310287<br>Des Moines, IA 50331-0287 |
| Waste Management Inc. of Florida<br>PO Box 105453<br>Atlanta, GA 30348-5453 | Weiss Handler & Cornwell PA<br>2255 Glades Road Suite 218-A<br>Boca Raton, FL 33431-7392 | Weiss, Charles L<br>12140 56th Place N<br>West Palm Beach, FL 33411-8532 |
| Welch, Vivian<br>2412 Avenue S<br>Lake Worth, FL 33404-4035 | Wellington Utilities<br>PO Box 31632<br>Tampa, FL 33631-3632 | Willse, Kevin<br>5183 Pinetree Drive<br>Delray Beach, FL 33484-1128 |
| Windstream Holdings LLC<br>PO Box 9001013<br>Louisville, KY 40290-1013 | Michael R Bakst<br>P. O. Box 407<br>West Palm Beach, FL 33402-0407 | Ned R Nashban<br>Baritz & Colman LLP<br>1075 Broken Sound Parkway<br>Suite 102<br>Boca Raton, FL 33487-3541 |
| Soneet Kapila<br>1000 S Federal Hwy #200<br>Fort Lauderdale, FL 33316-1237 | William J Berger<br>Weiss, Handler & Cornwell, P.A.<br>2255 Glades Rd #218<br>Boca Raton, FL 33431-7391 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Heather Ferrin
5509 Descartes Cir.
Boynton Beach, FL 33472-2410

End of Label Matrix
Mailable recipients   115
Bypassed recipients     2
Total                 117