UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:                                                   CASE NO.: 19-13770-BKC-MAM
                                                         Chapter 7
**EAGLE ARTS ACADEMY INC**

     **Debtor(s).**
_____/

### TRUSTEE'S REPORT OF ABANDONMENT

THE FOLLOWING ITEMS of property were abandoned by MICHAEL R. BAKST, Trustee in Bankruptcy herein, at the Sec. 341 Meeting of Creditors held on May 1, 2019.

<u>Item Abandoned</u>                                     <u>Name of Lienholder</u>

| Item Abandoned | Name of Lienholder |
|---|---|
| 1) 7 Black Box - storage carts | |
| 2) 13 Anywhere Car - storage carts | |
| 3) 1 Bretford - storage cart | |
| 4) 1 TV | |
| 5) 1 Monitor | |
| 6) 1 Printer | |
| 7) 15 Tablets | |
| 8) 9 Switch boards | |
| 9) 1 Projector | |
| 10) 1 Camera | |
| 11) 1 Handset | |
| 12) Computer Charging Cards | |

1

DATED:      05/01/19

*[signature]*

MICHAEL R. BAKST, TRUSTEE
P.O. Box 407
West Palm Beach FL 33402
Telephone:    (561) 838-4539
e-mail:  baksttrustee@gmlaw.com