UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                            Case No. 19-13770-MAM
                                                                                  CHAPTER 7
EAGLE ARTS ACADEMY, INC.,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that CHARLES I. COHEN and the law firm of FURR COHEN, appears as counsel in this bankruptcy case for **THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA** in the above-captioned case. As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone number and facsimile are as follows:

        CHARLES I. COHEN, ESQ.
        FURR COHEN
        2255 Glades Rd., Ste 301 E
        Boca Raton, FL 33431
        Telephone: (561) 395-0500
        Facsimile: (561) 338-7532
        E-mail: ccohen@furrcohen.com

Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned at the address provided.

Dated this 2nd of May 2019
        FURR COHEN
        2255 Glades Road, Suite 301E
        Boca Raton, FL 33431
        Telephone:    (561) 395-0500

        BY: /s/ *Charles I. Cohen*_____
            Charles I. Cohen
            Florida Bar No.: 224121
            E-Mail: ccohen@furrcohen.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case and the Debtor.

BY:  /s/ *Charles I. Cohen*
Charles I. Cohen

## Electronic Mail Notice List

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

## Manual Notice List

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316