UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No.: 19-13770-MAM
                                                            Chapter 7
EAGLE ARTS ACADEMY, INC.,

    Debtor.
_____/

## TRUSTEE, MICHAEL R. BAKST'S MOTION FOR ENTRY OF ORDER APPROVING SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN LEASE AGREEMENT BETWEEN CHARTER PB WELLINGTON 2, LLC A FLORIDA LIMITED LIABILITY COMPANY AND EAGLE ARTS ACADEMY, IN.C, A FLORIDA NON PROFIT CORPORATION

Michael R. Bakst, Chapter 7 Trustee of the Bankruptcy Estate of Eagle Arts Academy, Inc., (the "Trustee"), by and through undersigned counsel, and pursuant to 11 U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 2002, 6003 and 6004, and Local Rule 6004-1, files his Motion for Entry of Order Approving Sale of Estate's Right, Title and Interest in a Lease Agreement between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation, pursuant to 11 U.S.C. §363 ("LLC's") (the "Motion"), and as good cause for same, states as follows:

### I. Jurisdiction and Venue

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.     This is a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).

3.     Venue is proper in this jurisdiction pursuant to 28 U.S.C. §§ 1408 and 1409.

40046310.1

## II. Procedural and Factual Background

4.     This case commenced on March 23, 2019 (the "Petition Date"), with the filing of a voluntary Chapter 7 bankruptcy petition by the Debtor, Eagle Arts Academy, Inc., [ECF#1] (the "Petition"). Michael R. Bakst is the duly appointed and acting Chapter 7 Trustee.

### The Asset

5.     Prepetition, Debtor had leased real property located at 1000 Wellington Trace, Wellington, Fl 33414 pursuant to a written lease agreement between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc. Also prepetition the Debtor failed to pay rent and vacated the property. ESJ SL Goldenrod, LLC, a Florida Limited Liability Company ("Purchaser") has offered to purchase the estate's right, title and interest within the lease, whatever it may be, for the sum of $7,500.00.

6.     This Motion to Approve Sale of Estate's Right, Title and interest is only seeking to sell lease rights held by the estate, which may or may not even exist any longer. The sale specifically excludes any claims of right, title, lien or interest in any personal property of the Debtor which may have been located at the leasehold premises, including, but not limited to, furniture, fixtures, equipment, text books and teaching materials.

40046310.1

### III. The Proposed Sale

7. Upon the bankruptcy being filed, the Debtor's ownership interest, whatever it may have been, in the Lease Agreement by and between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation became property of the estate pursuant to 11 U.S.C. §541. The Trustee had been in contact with the attorney for the prospective purchaser to discuss the facts surrounding the Debtor's pre-petition eviction form the leasehold premises. Notwithstanding same, the Purchaser wishes to purchase whatever rights under the lease may remain – which the Purchaser understands does not include any rights to personal property of the Debtor which may have been located at the leased premises.

8. The Trustee is seeking to sell the estate's right, title and interest in the Lease for the sum of $7,5000.0 to be paid with ten (10) days of Court approval, without any warranties or representations of any type by the Trustee or his counsel, as is, where is, subject to any and all liens and encumbrances, if any.

9. The Trustee has determined it to be in the estate's best interest to sell any rights under the lease for the sum of $7,500.00 to be paid within ten (10) days of Court approval which specifically excludes any claims of right, title, lien or interest in any personal property of the Debtor which may have been located at the leasehold premises, including, but not limited to, furniture, fixtures, equipment, text books and teaching materials.

10. The Trustee is making no warranties or representations of any type as to this conveyance beyond the fact that he will seek an order from the Court providing that the sale

40046310.1

is approved without any warranties or representations of any type by the Trustee or his counsel, as is, where is, subject to any and all liens and encumbrances, if any.

11. The Trustee believes that the proposed sale is the best way to monetize the estate's right, title and interest in the lease between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation. The Debtor had no paid rent under the lease and had been evicted prior to the bankruptcy filing. The Trustee has evaluated any possible claims the Debtor could have under the lease agreement, and other than the right to personal property as described above which is not being sold, it is the Trustee's sound business judgment determination that the sale for $7,500.00 to ESJ SL Goldenrod, LLC, a Florida Limited Liability Company is in the best interest of the estate and all creditors.

### IV. Requested Relief

12. Accordingly, the Trustee requests that this Court to approve the proposed sale outside of the ordinary course of business, pursuant to 11 U.S.C. § 363, which states: "[t]he Trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." The Trustee's seeks Court approval to sell estate's interest in the Lease between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation to ESJ SL Goldenrod, LLC, a Florida Limited Liability Company for the sum of $7,500.00 to be paid within ten (10) days of Court Approval, subject to higher or better offers to be submitted and received by the Trustee no later than the time this Motion is scheduled for hearing by the Court. As stated many times above, the sale specifically

40046310.1

excludes any claims of right, title, lien or interest in any personal property of the Debtor which may have been located at the leasehold premises, including, but not limited to, furniture, fixtures, equipment, text books and teaching materials.

### A. Assignment, transfer and convey

13. Section 363(b) of the Bankruptcy Code states: "The trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." The Trustee relies upon this statutory authority.

### B. Sound Business Purpose

14. With respect to satisfying the elements of the "sound business purpose" test, the Trustee asserts that the proposed sale is the best way to realize any benefit for this estate. In addition, creditors and other parties in interest will receive accurate and reasonable notice of the terms of the Proposed Sale and proposed procedures through this Motion.

15. Finally, the Trustee seeks authority to execute any and all documents he deems reasonable and necessary to effectuate the sale of the estate's interest in the lease between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation to ESJ SL Goldenrod, LLC, a Florida Limited Liability Company for the sum of $7,500.00 to be paid within ten (10) days of Court Approval, who would be required to pay all documentary stamps and recording costs associated with the conveyance, if any are required by any governmental entity, and the Purchaser would otherwise be required to pay

40046310.1

any and all costs associated with the conveyance of the estate's right, title and interest in the Lease.

**WHEREFORE**, Michael R. Bakst, as Chapter 7 Trustee of the Bankruptcy Estate of Eagle Arts Academy, Inc., by and through undersigned counsel, respectfully requests the Court enter an order:

(i) granting the instant motion approving sale of the estate's right, title and interest in in the Lease between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation without any warranties or representations of any type by the Trustee or his counsel, as is, where is, subject to any and all liens and encumbrances, if any, with such sale specifically excluding any claims of right, title, lien or interest in any personal property of the Debtor which may have been located at the leasehold premises, including, but not limited to, furniture, fixtures, equipment, text books and teaching materials;

(ii) finding such sale to be within the Trustee's sound business judgment and authorized pursuant 11 U.S.C. § 363(b);

(iii) finding the sale to be in the best interest of the estate;

(iv) authorizing the Trustee to execute any and all documents he deems reasonable and necessary to effectuate the sale and transfer of the estate's interest in Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation to ESJ SL Goldenrod, LLC, a Florida Limited Liability Company for the sum of $7,500.00 to be paid within ten (10) days of Court Approval, or to such other purchaser that may offer a

40046310.1

higher and better offer, and,

(v) granting such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. mail to all parties on the attached mailing list this __15__ day of __May__, 2019.

GREENSPOON MARDER LLP

_____
MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No. 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
(561) 838-4523 (561) 514-3423 (fax)

emb/29511-0514

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com

40046310.1

- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

ESJ SL Goldenrod, LLC,
a Florida Limited Liability Company.
c/o Scott A. Orth, Esq.
Law Offices of Scott Alan Orth, PA
3860 Sheridan Street, Suite A
Hollywood, Fl 33021

**All creditors on the Court matrix attached herein.**

40046310.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-13770-MAM<br>Southern District of Florida<br>West Palm Beach<br>Wed May 15 09:49:22 EDT 2019 | Charter PB Wellington 2, LLC<br>Frank Weinberg & Black, P.L.<br>David Neal Stern, Esq.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431-8550 | Eagle Arts Academy, Inc.<br>PO Box 1268<br>Boca Raton, Fl 33429-1268 |
| The School Board of Palm Beach County, Flori<br>CHARLES I. COHEN, ESQ. FURR COHEN<br>2255 Glades Rd., Ste 301 E<br>Boca Raton, FL 33431-7382 | A & S Transportation<br>649 Fifth Avenue South<br>Naples, FL 34102-6601 | Access Receivables Management<br>PO Box 1377<br>Cockeysville, MD 21030-6377 |
| Active Alarms Inc.<br>7512 Dr. Phillips Blvd Suite 50-503<br>Orlando, FL 32819-5420 | Age of Learning for Schools, Inc.<br>101 N. Brand Blvd 8th Floor<br>Glendale, CA 91203-2639 | Alba Olivera, Juan<br>2180 White Pine Circle, Apt C<br>Greenacres, FL 33415-6175 |
| Allen Maxwell & Silver<br>PO Box 540<br>Fair Lawn, NJ 07410-0540 | Amtrust North America<br>PO Box 6939<br>Cleveland, OH 44101-1939 | Anne Gannon Tax Collector PBC<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 |
| Apple Financial<br>PO Box 458<br>Souderton, PA 18964-0458 | Axelrod, Britany<br>10403 Carmen Lane<br>Royal Palm Beach, FL 33411-3013 | BB&T Huffaker Insurance<br>PO Box 89063<br>Charlotte, NC 28289-0635 |
| Barlett, Maria M.<br>11775 Laurel Valley Circle<br>Wellington, FL 33414-5923 | Berrie, Donna<br>20563 S. Charleston<br>Boca Raton, FL 33434-5904 | Blood, Monique S.<br>1693 Ripley Run<br>Wellington, FL 33414-6180 |
| Blount Gregory James<br>760 NE 4th Court<br>Boca Raton, FL 33432 | Booster Enterprises<br>10400 Old Alabama Rd Connector #400<br>Alpharetta, GA 30022-8270 | Broder Stacy<br>740 Malibu Bay Drive Apt 304<br>West Palm Beach, FL 33401-8401 |
| (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Charter PB Wellington 2, LLC<br>19950 W Country Club Dr., Suite 800<br>Aventura, FL 33180-4603 | Charter School Management Corporation<br>43460 Ridge Park Dr., Suite 100<br>Temecula, CA 92590-3600 |
| Chase, Melinda<br>17143 63rd Road N.<br>Loxahatchee, FL 33470-6014 | Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH 45263-0910 | Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101-0601 |
| Companion Corporation<br>1831 Fort Union Blvd.<br>Salt Lake City, UT 84121-3041 | Cook, Henry<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Cunningham, Christina<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 |

| | | |
|---|---|---|
| Curriculum Associates LLC<br>PO Box 4119<br>Woburn, MA 01888-4119 | De Lage Landen Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Dixie Marketing<br>PO Box 634<br>Hartselle, AL 35640-0634 |
| E Rate Advantage, LLC<br>106 Lilac Drive<br>Annandale, NJ 08801-3450 | Eagle Arts Academy Inc.<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Element Management Group Inc.<br>760 NE 4th Court<br>Boca Raton, FL 33432 |
| FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 | Feibach, Emma<br>c/o Scott Wagner & Assoc.. PA<br>250 S. Central Blvd. #104-A<br>Jupiter, FL 33458-8812 |
| Florida Department of Health<br>4052 Bald Cypress Way Bid-Bol<br>Tallahassee, FL 32399-1729 | Florida Department of Health PBC<br>PO Box 29 4th Floor<br>West Palm Beach, FL 33402-0029 | Florida Department of Revenue<br>2468 Mentrocentre Blvd<br>West Palm Beach, FL 33407-3105 |
| Florida Department of Revenue<br>Payroll Taxes<br>PO Box 6510<br>Tallahassee, FL 32314-6510 | Frank, Weinberg & Black, PL<br>David W. Black, Esq.<br>7805 SW 5th Court<br>Plantation, FL 33324 | Frog Street Press Inc.<br>800 Industrial Blvd., Suite 100<br>Grapevine, TX 76051-8634 |
| GG IT Tech<br>13131 55th Road N.<br>West Palm Beach, FL 33411-8353 | Georgopulos, Yvonne<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd. #104-A<br>Jupiter, FL 33458-8812 | Haile Shaw & Pfaffenberg<br>660 U.S. Highway One, 3rd Floor<br>North Palm Beach, FL 33408-4628 |
| Haile, Shaw & Pfaffenberger, P.A.<br>660 U.S. HIGHWAY ONE<br>THIRD FLOOR<br>Attn: S. Daversa<br>NORTH PALM BEACH, FL 33408-4629 | Heather Ferrin<br>5509 Descartes Cir<br>Boynton Beach, Fl 33472-2410 | Hill York Services Corporation<br>PO Box 350155<br>Ft. Lauderdale, FL 33335-0155 |
| IAN BOTTOM<br>17225 MURCOTT BLVD<br>LOXAHATCHEE, FL 33470-2768 | Ian Bottom<br>17225 Murcott Bld<br>Loxahatchee, Fl 33470-2768 | Irizarry, Jeffry<br>2209 Amesbury Ct.<br>Wellington, FL 33414-8021 |
| Issurdatt-Hafeez, Ruth Ann<br>7374 Brunswick Circle<br>Boynton Beach, FL 33472-2536 | Juan ali alba Olivera<br>2180 white pine cir apt C<br>Greenacres, FL 33415-6175 | King & Walker, CPAs, PL<br>2803 W. Busch Blvd #106<br>Tampa, FL 33618-4517 |
| Kirschenbaum, Mark Adam<br>2170 Polo Gardens Drive #207<br>Wellington, FL 33414-2030 | Kolbenschlag, Kristin<br>73 Lariat Circle<br>Boca Raton, FL 33487-1515 | Maria R. Acevedo<br>1451 The 12th Fairway<br>Wellington, FL 33414-5708 |

Marie R. Acevdeo
1451 the 12th Fariway
Wellington, Fl 33414-5708

Martinelli, Krista J.
c/o c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Matta, Mira
6857 Hendry Drive
Lake Worth, FL 33463-7468

McCoy, Pamela
127 Victory Circle
Boynton Beach, FL 33436-2894

Mejia Cleaning Service
4366 Minerva Drive
Melbourne, FL 32904

Mia, Rokshana
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Millard, William
9811 Spanish Isles Drive
Boca Raton, FL 33496-1829

Morse Communications Inc.
393 East Drive
Melbourne, FL 32904

Office Depot
PO Box 1413
Charlotte, NC 28201-1413

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ortiz, Marlene
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Palm Beach Fire Equipment Co
3965 A-10 Investment Lane
Rivera Beach, FL 33404-1775

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Prime Rate Premium Finance Corp.
PO Box 580016
Charlotte, NC 28258-0016

Progressus Therapy
75 Remittance Drive Suite 6221
Chicago, IL 60675-6221

Protective Pest Control
8211 Bama Lane, Suite 2
West Palm Beach, FL 33411-3786

Revenue Systems
PO Box 15257
Clearwater, FL 33766-5257

Rich, Robert Lee
922 SW 11th Terrace
Delray Beach, FL 33444-7737

Russo, Joseph A.
712 Sunny Pine Way, A-2
Greenacres, FL 33415-8969

Ryerson, Anita
12262 Areaca Drive
Wellington, FL 33414-4102

Scardaccione, Deborah J.
1660 Renaissance Commons, #2504
Boynton Beach, FL 33426-7226

Scott Albano
9561 Majestic Way
Boynton Beach
Florida 33437
9561 Majestic Way, FL 33437-3324

Scott Albano
9561 Majestic Way
Boynton Beach, Fl 33437-3324

Searing, Colleen
1322 Denlow Lane
Royal Palm Beach, FL 33411-4012

Simplex Ginnell
Dept Ch 10320
Palatine, IL 60055-0320

Studies Weekly Inc.
1140 North 1430 West
Orem, UT 84057-6405

Summerlin, Amy
3196 N. Jog Road, Apt 6201
West Palm Beach, FL 33411-7434

Sun Life Financial
PO Box 843300
Kansas City, MO 64184-3300

Suntrust Bank
PO Box 404468
Atlanta, GA 30384-4468

Supplyworks
PO Box 404468
Atlanta, GA 30384-4468

SurTec Insurance Company
P.O. Box 5005
Woodland Hills CA 91365-5005

Synter Resource Group LLC
PO Box 63247
North Charleston, SC 29419-3247

Szabo Associates Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1395

Talerico, Sommer D
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Tandem Interactive Inc.
1700 E. Las Olas Blvd., Suite 301
Fort Lauderdale, FL 33301-2407

The Village of Wellington
12300 Forest Hill Blvd.
Wellington, FL 33414-7699

Thyssen Krupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

Toshibia Business Solutions USA
PO Box 402709
Atlanta, GA 30384-2709

Toshibia Financial Services
PO Box 790448
St Louis, MO 63179-0448

US Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179-0448

United Healthcare
PO Box 94017
Palatine, IL 60094-4017

UnitedHealthcare Insurance Company
CDM-ATTN: Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408

Var Technology Finance
PO Box 790448
St. Louis, MO 63179-0448

Vega, Rosa
13131 55th Road N
West Palm Beach, FL 33411-8353

Villegas Santos, Ivonne
1200 Waterway Village Court, #1117
Greenacres, FL 33413-2173

Voss & Klein
49 N Federal Hwy Suite 316
Pompano Beach, FL 33062-4304

WPTV-Scripps Media Inc.
PO Box 116871
Atlanta, GA 30368-6871

Walsworth
PO Box 310287
Des Moines, IA 50331-0287

Waste Management Inc. of Florida
PO Box 105453
Atlanta, GA 30348-5453

Weiss Handler & Cornwell PA
2255 Glades Road Suite 218-A
Boca Raton, FL 33431-7392

Weiss, Charles L
12140 56th Place N
West Palm Beach, FL 33411-8532

Welch, Vivian
2412 Avenue S
Lake Worth, FL 33404-4035

Wellington Utilities
PO Box 31632
Tampa, FL 33631-3632

Willse, Kevin
5183 Pinetree Drive
Delray Beach, FL 33484-1128

Windstream Holdings LLC
PO Box 9001013
Louisville, KY 40290-1013

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Ned R Nashban
Baritz & Colman LLP
1075 Broken Sound Parkway
Suite 102
Boca Raton, FL 33487-3541

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431-7391

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Heather Ferrin<br>5509 Descartes Cir.<br>Boynton Beach, FL 33472-2410 | End of Label Matrix<br>Mailable recipients   118<br>Bypassed recipients     2<br>Total                 120 |