UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 19-13770-MAM
                                                                Chapter 7
EAGLE ARTS ACADEMY, INC.,

   Debtor.
_____/

### TRUSTEE, MICHAEL R. BAKST'S EX PARTE MOTION FOR ENTRY OF ORDER APPROVING THE TURNOVER OF RECORDS AND ELECTRONICS TO THE SCHOOL BOARD OF PALM BEACH COUNTY

Michael R. Bakst, Chapter 7 Trustee of the Bankruptcy Estate of Eagle Arts Academy, Inc., (the "Trustee"), by and through undersigned counsel, files his Ex Parte Motion for Entry of Order Approving the Turnover of Records and Electronics to the School Board of Palm Beach County and as good cause for same, states as follows:

1. This case commenced on March 23, 2019 (the "Petition Date"), with the filing of a voluntary Chapter 7 bankruptcy petition by the Debtor, Eagle Arts Academy, Inc., [ECF#1] (the "Petition"). Michael R. Bakst is the duly appointed and acting Chapter 7 Trustee.

2. The Trustee announced at the first meeting of creditors that there were certain boxes containing records that appeared to be student files and files relating to various teachers for which he would be filing a motion to allow such files to be destroyed, unless the School Board of Palm Beach County ("School Board") wished to obtain such records. It is the Trustee's position that the School Board would be the entity that should maintain such records and he is allowing them to obtain such

1

boxes of records and electronics. A list providing general descriptions of what is being turned over is attached hereto as Exhibit "1".

3. On May 2, 2019 the Trustee filed a Report of Abandonment [ECF#38]. The Trustee takes the position that the records and electronics are no longer property of the estate because of the abandonment but such items are still within a storage unit which contained property of the Debtor on the date of the bankruptcy filing.

4. The School Board asserts an ownership interest within such electronics but it is not necessary for Trustee to take a position on such contention because he has already abandoned such items.

5. In an abundance of caution, the Trustee is seeking an order from the Court approving the turn over of such records by the Trustee to the Palm Beach County School Board. Such order would also be a means by which any students or teachers would be put on notice that such files are now with the Palm Beach County School Board. The Trustee would be serving a copy of the resulting order from the instant motion on all creditors listed on the matrix but would not be separately sending out the order to individual students, primarily because they are mostly all still minors and because there may be other privacy concerns as to such a mail out.

6. Accordingly, the Trustee seeks an ex parte order from the Court authorizing the Trustee to turn over to the Palm Beach County School Board the boxes of records and electronics referenced on the Exhibit "1" attached hereto, which consists primarily of student files and teacher files.

**WHEREFORE**, Michael R. Bakst, as Chapter 7 Trustee of the Bankruptcy Estate of

2

Eagle Arts Academy, Inc., by and through undersigned counsel, respectfully requests the Court enter an order granting Trustee's Ex Parte Motion for Order Approving Turnover of Records and Electronics to the Palm Beach County School Board and granting such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. mail to all parties on the attached mailing list this 4th day of June 2019.

> **GREENSPOON MARDER LLP**
>
> /s/ MICHAEL R. BAKST
> _____
> MICHAEL R. BAKST, ESQ.
> Attorney for Trustee
> Florida Bar No. 866377
> 525 Okeechobee Blvd., Suite 900
> West Palm Beach FL 33401
> (561) 838-4523 (561) 514-3423 (fax)

kb/29511-0514

## Electronic Mail Notice List

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com

3

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com

- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

ESJ SL Goldenrod, LLC,
a Florida Limited Liability Company.
c/o Scott A. Orth, Esq.
Law Offices of Scott Alan Orth, PA
3860 Sheridan Street, Suite A
Hollywood, Fl 33021

4

# EAGLE ARTS ACADEMY, INC. A/K/A EAGLE ARTS ACADEMY CHARTER SCHOOL FOR THE ARTS
## Case No. 19-13770-BKC-MAM
### United States Bankruptcy Court
### Southern District of Florida
### West Palm Beach Division

## Documents/Equipment to Abandon

| Box No. | Category | Location | Period | Description |
|---|---|---|---|---|
| 1 | Misc. files | Wellington Storage | | Templates, note sheets, security logs, electronic devices, letters. |
| 2 | FTE | Wellington Storage | | FTE verification forms and surveys |
| 3 | Student | Wellington Storage | | Exam scores and standardized tests |
| 4 | Electronics | Wellington Storage | 2015-2016 | Electronics, projector lamp, case for go pro, Epson power light, clock. |
| 5 | FTE | Wellington Storage | 2015-2016 | FTE verification forms and surveys, daily attendance worksheets, enrollment summaries. |
| 6 | FTE | Wellington Storage | 2017-2018 | FTE 2017-2018 - attendance |
| 8 | FTE | Wellington Storage | 2016-2017 | FTE verification forms and surveys 2016-2017 |
| 12 | Student | Wellington Storage | | Student residency questionnaire, accident reports, student record transmittal requests. |
| 13 | Student | Wellington Storage | 2017-2018 | Aftercare - little eaglets, preschool and aftercare records |
| 15 | HR | Wellington Storage | 2015-2016 | PTO Binders, PTO Leave requests, IDEA support (ESE) |
| 16 | HR | Wellington Storage | | Preschool employee files. |
| 17 | HR | Wellington Storage | 2014-2015 | Requests for leave, return to work or school forms, PTO. |
| 18 | Admin | Wellington Storage | | Blood born pathology exposure plan, crisis response plans, doomsday box for how to respond to various school incidents. Material safety data sheets. |
| 19 | Admin | Wellington Storage | 2014-2015 | Maintenance agreement, field trip permission releases |
| 21 | Student | Wellington Storage | | Student registrations, student applications, student enrollment. |
| 24 | Admin | Wellington Storage | | Employee evaluations |
| 26 | Admin | Wellington Storage | 2016-2017 | Aftercare binders, Store Sales binders |
| 27 | HR | Wellington Storage | 2014-2015 | Humana applications, Humana befits coverage, visitors log, charter review, charter authorization forms, Teacher LEAD binder, employee contracts. |
| 28 | HR | Wellington Storage | 2015-2016 | PTO membership, Lottery, Vision insurance, Linq Benefit proposal, Humana benefits coverage, reminder insurance group property coverage. |
| 31 | Student | Wellington Storage | | Student recommitment forms and misc. student documents. |
| 33 | Student/HR | Wellington Storage | 2017 | Student rosters, student contact information, new hire procedures, maps of building, job descriptions, misc. administrative. |
| 36 | Student | Wellington Storage | | Security check list, FSA Math session, exam sign in sheet, misc. testing documents. |
| 37 | Supplies | Wellington Storage | | Office supplies |
| 39 | HR | Wellington Storage | | Employee files |
| 40 | HR | Wellington Storage | | Employee files |
| 41 | HR | Wellington Storage | | Employee files |
| 42 | HR | Wellington Storage | | Employee files |

EXHIBIT 1

**EAGLE ARTS ACADEMY, INC. A/K/A EAGLE ARTS ACADEMY CHARTER SCHOOL FOR THE ARTS**
**Case No. 19-13770-BKC-MAM**
United States Bankruptcy Court
Southern District of Florida
West Palm Beach Division

## Documents/Equipment to Abandon

| Box No. | Category | Location | Period | Description |
|---|---|---|---|---|
| 43 | HR | Wellington Storage | | Employee files |
| Not boxed | Electronics | Wellington Storage | | 7 Black Box - storage carts |
| Not boxed | Electronics | Wellington Storage | | 13 Anywhere Car - storage carts |
| Not boxed | Electronics | Wellington Storage | | 1 Bretford - storage cart |
| Not boxed | Electronics | Wellington Storage | | 1 TV |
| Not boxed | Electronics | Wellington Storage | | 1 Monitor |
| Not boxed | Electronics | Wellington Storage | | 1 Printer |
| Not boxed | Electronics | Wellington Storage | | 15 Tablets |
| Not boxed | Electronics | Wellington Storage | | 9 Switch broads |
| Not boxed | Electronics | Wellington Storage | | 1 projector |
| Not boxed | Electronics | Wellington Storage | | 1 cameras |
| Not boxed | Electronics | Wellington Storage | | 1 Handsets |