

**ORDERED in the Southern District of Florida on June 10, 2019.**

Mindy A. Mora, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Case No.: 19-13770-MAM** |
| | **Chapter 7** |
| **EAGLE ARTS ACADEMY, INC.,** | |
|     Debtor. | |
| _____/ | |

### ORDER GRANTING TRUSTEE, MICHAEL R. BAKST'S EX PARTE MOTION FOR ENTRY OF ORDER APPROVING TURNOVER OF RECORDS AND ELECTRONICS TO THE SCHOOL BOARD OF PALM BEACH COUNTY

THIS MATTER having come before the Court in Chambers in West Palm Beach, Florida, on the 6th day of June, 2019, pursuant to the Trustee, Michael R. Bakst's, Ex Parte Motion for Entry of Order Approving the Turnover of Records and Electronics to the School Board of Palm Beach County (the "Motion") (ECF#51), the Court having reviewed the motion, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1

40131749.1

1. The Trustee, Michael R. Bakst's Motion for Entry of Order Approving the Turnover of Records and Electronics to the School Board Palm Beach County is hereby **GRANTED.**

2. The Trustee, Michael R. Bakst is hereby authorized to turnover to the Palm Beach County School Board all of the boxes contained within Exhibit "1" attached hereto, as well as the various items of electronics abandoned by the Trustee on May 2, 2019 [ECF#38].

###

Submitted by:
MICHAEL R. BAKST, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, Florida 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-4545
kb/29511.0514

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

[Michael R. Bakst, Esq. shall furnish a conformed copy of the Order to the parties listed below and shall file a certificate of service with the Court]

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218

Boca Raton, FL 33431


Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

ESJ SL Goldenrod, LLC,
a Florida Limited Liability Company.
c/o Scott A. Orth, Esq.
Law Offices of Scott Alan Orth, PA
3860 Sheridan Street, Suite A
Hollywood, Fl 33021

**All creditors on the Court matrix**

3

40131749.1