## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In re:                                           Case No.: 19-13770-MAM
                                                 Chapter 7
EAGLE ARTS ACADEMY, INC.,

    Debtor.
_____/

### TRUSTEE, MICHAEL R. BAKST'S EX PARTE MOTION TO APPROVE REIMBURSEMENT TO KAPILAMUKAMAL FOR  PAYMENT OF RENT ON STORAGE UNITS AND EX PARTE MOTION FOR ORDER ALLOWING PAYMENT OF STORAGE CHARGES TO EXTRA SPACE STORAGE FOR ONGOING RENT

Michael R. Bakst, Chapter 7 Trustee of the Bankruptcy Estate of Eagle Arts Academy, Inc., (the "Trustee"), by and through undersigned counsel, files his Ex Parte Motion to Allow Payment to KapilaMukamal for Payment of Rent on Storage Units and Order Allowing Payment of Storage Charges to Extra Space Storage for Ongoing Rent, and as good cause for same, states as follows:

1.       This case commenced on March 23, 2019 (the "Petition Date"), with the filing of a voluntary Chapter 7 bankruptcy petition by the Debtor, Eagle Arts Academy, Inc., [ECF#1] (the "Petition"). Michael R. Bakst is the duly appointed and acting Chapter 7 Trustee.

2.       On March 28, 2019 undersigned filed an Emergency Application to Employ Soneet R. Kapila CPA and the accounting firm of KapilaMukamal as accountants [ECF#10].  On April 19, 2019, the Court entered an Order Granting Trustee's Application to Employ Soneet R. Kapila CPA and the accounting firm of KapilaMukamal Nunc Pro Tunc to March 27, 2019 [ECF#33].

3.       On April 2, 2019, KapilaMukamal paid SST II 1341 State Rd 7, LLC the sum of

1

$275.00 representing the May 2019 rent on storage unit A2154 containing the records and various electronics owned by the Debtor.  A copy of the receipt reflecting said payment is attached hereto as Exhibit "1".

4.      On May 1, 2019, KapilaMukamal paid Extra Space Storage the sum of $84.56 representing the May 2019 rent on storage unit #4212 containing the business records of the Debtor. A copy of the receipt reflecting said payment is attached hereto as Exhibit "2".

5.      It is necessary for the Trustee to secure the continued storage of business records and other assets of the Debtor at Extra Space Storage, Unit 4212.

6.      Accordingly, the Trustee seeks an ex parte order from the Court authorizing the Trustee to reimburse KapilaMakamul the sum of $359.56 for the May 2019 rent paid on the two storage units containing the books, records and electronics owned by the Debtor and allowing the Trustee to pay Extra Space Storage for the ongoing rent for storage unit #4212 beginning with the month of June 2019 in the amount of $100.63 per month.

**WHEREFORE**, Michael R. Bakst, as Chapter 7 Trustee of the Bankruptcy Estate of Eagle Arts Academy, Inc., by and through undersigned counsel, respectfully requests the Court enter an order granting Trustee's Ex Parte Motion for Order Approving Reimbursement to KapilaMukamal for Payment of Rent on Storage Units in the amount of $359.56 and Authorizing Trustee to pay the ongoing monthly storage changes to Extra Space Storage for unit #4212 beginning with the month of June 2019 in the amount of $100.63 per month, and granting such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for

2

the Southern District of Florida and I am in compliance with the additional qualifications to practice

in this Court set forth in Local Rule 2090-1(A).

      **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by

regular U.S. mail to all parties on the attached mailing list this 19th day of June, 2019.

            **GREENSPOON MARDER LLP**

            _____

            MICHAEL R. BAKST, ESQ.
            Attorney for Trustee
            Florida Bar No. 866377
            525 Okeechobee Blvd., Suite 900
            West Palm Beach FL 33401
            (561) 838-4523 (561) 514-3423 (fax)

kb/29511-0514

**Electronic Mail Notice List**

- Michael R Bakst   efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386
  @gmlaw.com
- Michael R. Bakst   efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386
  @gmlaw.com
- Charles I Cohen   ccohen@furrcohen.com,
  rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp
  @furrcohen.com
- Ned R Nashban   NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern   dnstern@fwblaw.net,
  mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316


ESJ SL Goldenrod, LLC,
a Florida Limited Liability Company.
c/o Scott A. Orth, Esq.
Law Offices of Scott Alan Orth, PA
3860 Sheridan Street, Suite A
Hollywood, Fl 33021

**All creditors on the Court matrix attached hereto.**



www.extraspace.com

# INVOICE

Extra Space Storage
1850 Miami Rd
Fort Lauderdale, FL 33312
954-488-2537

| Invoice Date: | 5/1/2019 |
|---|---|
| Account #: | 1005632705 |
| Due Date: | 5/1/2019 |
| Total Due: | **$84.56** |

Eagle Art Academy/ c/o Michael Bakst, Chapter 7 Trustee
PO Box 407
West Palm Beach, FL 33402

## IMPORTANT INFORMATION from EXTRA SPACE STORAGE

Please pay the Total Due on or before the Due Date above. You can pay online, by mail, over the phone, or at the facility. In store payments can be made by (1) credit card (2) check* (3) cashier's check (4) or cash (except by mail) depending on where you make your payment. A late fee will be assessed to your account if rent is not paid according to the late fee structure outlined in your lease. If you have opted into our Customer Protection Plan, your policy is automatically terminated if a payment is 90 days or more overdue. Refer to the "Termination of Insurance" and "Cancellation" provisions of your policy.

Forget about due dates and potential late charges by using Easy Pay each month your payment is automatically charged to your credit card on the date it's due. This option is FREE OF CHARGE! Just ask us for Easy Pay and we'll do the rest.

| Unit # | Months* | Rent* | Insurance* | Tax* | Fees | Credit | Unit Total |
|---|---|---|---|---|---|---|---|
| 4212 | 1 | $42.00 | $11.00 | $5.88 | $25.68 | | $84.56 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

* If the unit is delinquent by more than 35 days (will vary by state) checks will not be accepted. The only method of payment accepted is card, cash, money order, or certified funds. Business accounts will still be allowed to pay by check.

**Questions about your bill? Please call your Extra Space Storage Manager at the telephone number listed above.**



# 1

SST II 1341 State Rd 7, LLC
1341 State Rd 7
Wellington, FL 33414
(561) 531-9907

**Payment Receipt**

| | |
|---|---|
| **Transaction Date:** | Apr 02, 2019 |
| **Transaction Number:** | 1054130621 |
| **Account Name:** | Greg Blount |
| **Account Number:** | 1004273532 |
| **Agent:** | I Elias |

Greg Blount
Unknown

Chicago, IL 60585

| Charge Date | Item Description | Amount |
|---|---|---|
| Apr 01, 2019 | Unit A2154 Rent: (Apr 1, 2019 thru Apr 30, 2019) | $264.00 |
| Apr 01, 2019 | Insurance 2,000 coverage: (Apr 1, 2019 thru Apr 30, 2019) | $11.00 |

**Charges Summary:**

| | |
|---|---|
| **Charges:** | $275.00 |
| **HST:** | $.00 |
| **Total Charges:** | $275.00 |

**Payment Summary:**

| | |
|---|---|
| **Total Tendered:** | $275.00 |
| **Change:** | $.00 |

Customer Signature

| Payment Method | Reference | Amount |
|---|---|---|
| Visa | xxxxx8821 | $275.00 |

 

Label Matrix for local noticing
113C-9
Case 19-13770-MAM
Southern District of Florida
West Palm Beach
Tue Jun 18 12:34:41 EDT 2019

Charter PB Wellington 2, LLC
Frank Weinberg & Black, P.L.
David Neal Stern, Esq.
1875 NW Corporate Blvd.
Suite 100
Boca Raton, FL 33431-8550

Eagle Arts Academy, Inc.
PO Box 1268
Boca Raton, Fl 33429-1268

The School Board of Palm Beach County, Flori
CHARLES I. COHEN, ESQ. FURR COHEN
2255 Glades Rd., Ste 301 E
Boca Raton, FL 33431-7382

12140 56th p n
12140 56th pl n
west palm beach, FL 33411-8532

A & S Transportation
649 Fifth Avenue South
Naples, FL 34102-6601

Access Receivables Management
PO Box 1377
Cockeysville, MD 21030-6377

Active Alarms Inc.
7512 Dr. Phillips Blvd Suite 50-503
Orlando, FL 32819-5420

Age of Learning for Schools, Inc.
101 N. Brand Blvd 8th Floor
Glendale, CA 91203-2639

Alba Olivera, Juan
2180 White Pine Circle, Apt C
Greenacres, FL 33415-6175

Allen Maxwell & Silver
PO Box 540
Fair Lawn, NJ 07410-0540

Amtrust North America
PO Box 6939
Cleveland, OH 44101-1939

Anita K.  Ryerson
12262 Areaca Drive
Wellington, FL 33414-4102

Anne Gannon Tax Collector PBC
PO Box 3715
West Palm Beach, FL 33402-3715

Apple Financial
PO Box 458
Souderton, PA 18964-0458

Axelrod, Britany
10403 Carmen Lane
Royal Palm Beach, FL 33411-3013

BB&T Huffaker Insurance
PO Box 89063
Charlotte, NC 28289-0635

Barlett, Maria M.
11775 Laurel Valley Circle
Wellington, FL 33414-5923

Berrie, Donna
20563 S. Charleston
Boca Raton, FL 33434-5904

Blood, Monique S.
1693 Ripley Run
Wellington, FL 33414-6180

Blount Gregory James
760 NE 4th Court
Boca Raton, FL 33432

Booster Enterprises
10400 Old Alabama Rd Connector #400
Alpharetta, GA 30022-8270

Brittany Axelrod
800 high street
unit 316
Palo Alto, CA 94301-2455

Broder Stacy
740 Malibu Bay Drive Apt 304
West Palm Beach, FL 33401-8401

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Catherine Gonzalez
15249 97th Rd N
West Palm Beach, FL 33412-1760

Charter PB Wellington 2, LLC
19950 W Country Club Dr., Suite 800
Aventura, FL 33180-4603

Charter School Management Corporation
43460 Ridge Park Dr., Suite 100
Temecula, CA 92590-3600

Chase, Melinda
17143 63rd Road N.
Loxahatchee, FL 33470-6014

Christina Cunningham
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Cintas Corporation
PO Box 630910
Cincinnati, OH 45263-0910

Colleen Searing
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601

Companion Corporation
1831 Fort Union Blvd.
Salt Lake City, UT 84121-3041

Cook, Henry
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Cunningham, Christina
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Curriculum Associates LLC
PO Box 4119
Woburn, MA 01888-4119

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Deborah Scardaccione
632 Saxony N
Delray Beach, FL 33446-1055

Dixie Marketing
PO Box 634
Hartselle, AL 35640-0634

E Rate Advantage, LLC
106 Lilac Drive
Annandale, NJ 08801-3450

Eagle Arts Academy Inc.
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Element Management Group Inc.
760 NE 4th Court
Boca Raton, FL 33432

Emma Fiebach
4515 45th way
West palm beach, FL 33407-6847

FPL
General Mail Facility
Miami, FL 33188-0001

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Feibach, Emma
c/o Scott Wagner & Assoc.. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Florida Department of Health
4052 Bald Cypress Way Bid-Bol
Tallahassee, FL 32399-1729

Florida Department of Health PBC
PO Box 29 4th Floor
West Palm Beach, FL 33402-0029

Florida Department of Revenue
2468 Mentrocentre Blvd
West Palm Beach, FL 33407-3105

Florida Department of Revenue
Payroll Taxes
PO Box 6510
Tallahassee, FL 32314-6510

Frank, Weinberg & Black, PL
David W. Black, Esq.
7805 SW 5th Court
Plantation, FL 33324

Frog Street Press Inc.
800 Industrial Blvd., Suite 100
Grapevine, TX 76051-8634

GG IT Tech
13131 55th Road N.
West Palm Beach, FL 33411-8353

Georgopulos, Yvonne
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Gregory James Blount
760 NW 4th Court
Boca Raton, FL 33432-2502

Haile Shaw & Pfaffenberg
660 U.S. Highway One, 3rd Floor
North Palm Beach, FL 33408-4628

Haile, Shaw & Pfaffenberger, P.A.
660 U.S. HIGHWAY ONE
THIRD FLOOR
Attn: S. Daversa
NORTH PALM BEACH, FL 33408-4629

Heather Ferrin
5509 Descartes Cir
Boynton Beach, Fl 33472-2410

Henry Cook
1240 Rosegate Blvd
Riviera Beach, FL 33404-1822

Hill York Services Corporation
PO Box 350155
Ft. Lauderdale, FL 33335-0155

IAN BOTTOM
17225 MURCOTT BLVD
LOXAHATCHEE, FL 33470-2768

Ian Bottom
17225 Murcott Bld
Loxahatchee, Fl 33470-2768

Irizarry, Jeffry
2209 Amesbury Ct.
Wellington, FL 33414-8021

Issurdatt-Hafeez, Ruth Ann
7374 Brunswick Circle
Boynton Beach, FL 33472-2536

James Solomon
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Johnson Controls Fire Protection
50 Technology Dr
Westminster, MA 01441-0001

Juan ali alba Olivera
2180 white pine cir apt C
Greenacres, FL 33415-6175

Kevin Willse
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

King & Walker, CPAs, PL
2803 W. Busch Blvd #106
Tampa, FL 33618-4517

Kirschenbaum, Mark Adam
2170 Polo Gardens Drive #207
Wellington, FL 33414-2030

Kolbenschlag, Kristin
73 Lariat Circle
Boca Raton, FL 33487-1515

Krista Martinelli
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Kristin Kolbenschlag
455 NE 37th Street
Boca Raton, FL 33431-5925

Mari Heinonen
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Maria M. Barlett
11775 Laurel Valley Circle
Wellington, FL 33414-5923

Maria R. Acevedo
1451 The 12th Fairway
Wellington, FL 33414-5708

Marie R. Acevdeo
1451 the 12th Fariway
Wellington, Fl 33414-5708

Marlene Ortiz
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Martinelli, Krista J.
c/o c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Matta, Mira
6857 Hendry Drive
Lake Worth, FL 33463-7468

McCoy, Pamela
127 Victory Circle
Boynton Beach, FL 33436-2894

Mejia Cleaning Service
4366 Minerva Drive
Melbourne, FL 32904

Melinda T. Chase
17143 63rd RD N
Loxahatchee, FL 33470-6014

Mia, Rokshana
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Millard, William
9811 Spanish Isles Drive
Boca Raton, FL 33496-1829

Morse Communications Inc.
393 East Drive
Melbourne, FL 32904

Office Depot
PO Box 1413
Charlotte, NC 28201-1413

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ortiz, Marlene
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Palm Beach County School Board
c/o Charles Cohen, Esq.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Palm Beach Fire Equipment Co
3965 A-10 Investment Lane
Rivera Beach, FL 33404-1775

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Prime Rate Premium Finance Corp.
PO Box 580016
Charlotte, NC 28258-0016

Progressus Therapy
75 Remittance Drive Suite 6221
Chicago, IL 60675-6221

Protective Pest Control
8211 Bama Lane, Suite 2
West Palm Beach, FL 33411-3786

ROKSHANA MIA
12681 WHITE CORAL DR
WELLINGTON, FL 33414-8092

Revenue Systems
PO Box 15257
Clearwater, FL 33766-5257

Rich, Robert Lee
922 SW 11th Terrace
Delray Beach, FL 33444-7737

Robert Lee Rich
922 Southwest 11th Terrance
Delray Beach, FL 33444-7737

Russo, Joseph A.
712 Sunny Pine Way, A-2
Greenacres, FL 33415-8969

Ryerson, Anita
12262 Areaca Drive
Wellington, FL 33414-4102

Scardaccione, Deborah J.
1660 Renaissance Commons, #2504
Boynton Beach, FL 33426-7226

Scott Albano
9561 Majestic Way
Boynton Beach
Florida 33437
9561 Majestic Way, FL 33437-3324

Scott Albano
9561 Majestic Way
Boynton Beach, Fl 33437-3324

Searing, Colleen
1322 Denlow Lane
Royal Palm Beach, FL 33411-4012

Simplex Ginnell
Dept Ch 10320
Palatine, IL 60055-0320

Sommer Talerico
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Studies Weekly Inc.
1140 North 1430 West
Orem, UT 84057-6405

Summerlin, Amy
3196 N. Jog Road, Apt 6201
West Palm Beach, FL 33411-7434

Sun Life Financial
PO Box 843300
Kansas City, MO 64184-3300

Suntrust Bank
PO Box 404468
Atlanta, GA 30384-4468

Supplyworks
PO Box 404468
Atlanta, GA 30384-4468

SurTec Insurance Company
P.O. Box 5005
Woodland Hills CA 91365-5005

Synter Resource Group LLC
PO Box 63247
North Charleston, SC 29419-3247

Szabo Associates Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1395

Talerico, Sommer D
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Tandem Interactive Inc.
1700 E. Las Olas Blvd., Suite 301
Fort Lauderdale, FL 33301-2407

The Village of Wellington
12300 Forest Hill Blvd.
Wellington, FL 33414-7699

Thyssen Krupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

Toshibia Business Solutions USA
PO Box 402709
Atlanta, GA 30384-2709

Toshibia Financial Services
PO Box 790448
St Louis, MO 63179-0448

US Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179-0448


United Healthcare
PO Box 94017
Palatine, IL 60094-4017

UnitedHealthcare Insurance Company
CDM-ATTN: Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408

Var Technology Finance
PO Box 790448
St. Louis, MO 63179-0448


Vega, Rosa
13131 55th Road N
West Palm Beach, FL 33411-8353

Villegas Santos, Ivonne
1200 Waterway Village Court, #1117
Greenacres, FL 33413-2173

Vivian a Welch
2412 Avenue S
Riviera beach, FL 33404-4035


Voss & Klein
49 N Federal Hwy Suite 316
Pompano Beach, FL 33062-4304

WPTV-Scripps Media Inc.
PO Box 116871
Atlanta, GA 30368-6871

Walsworth
PO Box 310287
Des Moines, IA 50331-0287


Waste Management Inc. of Florida
PO Box 105453
Atlanta, GA 30348-5453

Weiss Handler & Cornwell PA
2255 Glades Road Suite 218-A
Boca Raton, FL 33431-7392

Weiss, Charles L
12140 56th Place N
West Palm Beach, FL 33411-8532


Welch, Vivian
2412 Avenue S
Lake Worth, FL 33404-4035

Wellington Utilities
PO Box 31632
Tampa, FL 33631-3632

William Millard
9811 Spanish Isles Dr
Boca Raton, FL 33496-1829


Willse, Kevin
5183 Pinetree Drive
Delray Beach, FL 33484-1128

Windstream Holdings LLC
PO Box 9001013
Louisville, KY 40290-1013

Yvonne Georgopulos
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812


Jeffry Irizarry
Law Offices of Adam Farber, P.A.
1500 GATEWAY BLVD., Suite 220
Boynton Beach, CA 33426-7233

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Ned R Nashban
Baritz & Colman LLP
1075 Broken Sound Parkway
Suite 102
Boca Raton, FL 33487-3541


Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431-7391


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Heather Ferrin
5509 Descartes Cir.
Boynton Beach, FL 33472-2410

End of Label Matrix
Mailable recipients    145
Bypassed recipients      2
Total                  147