

**ORDERED in the Southern District of Florida on June 24, 2019.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Case No.: 19-13770-MAM** |
| | **Chapter 7** |
| **EAGLE ARTS ACADEMY, INC.,** | |
|     Debtor. | |
| _____/ | |

### ORDER GRANTING TRUSTEE, MICHAEL R. BAKST'S EX PARTE MOTION FOR ENTRY OF ORDER APPROVING REIMBURSEMENT TO KAPILAMUKAMAL FOR PAYMENT OF RENT ON STORAGE UNITS AND APPROVING PAYMENT OF STORAGE CHARGES TO EXTRA SPACE STORAGE FOR ONGOING RENT

     THIS MATTER having come before the Court in Chambers in West Palm Beach, Florida, pursuant to the Trustee, Michael R. Bakst's, Ex Parte Motion for Entry of Order Approving Reimbursement to KapilaMukamal for Payment of Rent on Storage Units and Approving Payment of Storage Charges to Extra Space Storage for Ongoing Rent (the "Motion") (ECF#59), the Court having reviewed the motion, and being otherwise fully advised in the premises, it is

1

40401905.1

ORDERED AND ADJUDGED as follows:

1. The Trustee, Michael R. Bakst's Motion for Entry of Order Approving Reimbursement to KapilaMukamal for Payment of Rent on Storage Units and Allowing Payment of Storage Charges to Extra Space Storage for Ongoing Rent, is hereby **GRANTED**.

2. The Trustee is hereby authorized to pay KapilaMukalmal the sum of $359.56 representing storage charges paid on storage units #A2154 and #4212 for the month of May, 2019.

3. The Trustee is hereby authorized to pay ongoing monthly storage charges to Extra Space Storage for unit #4212 beginning June 2019, in the amount of $100.63.

###

Submitted by:
MICHAEL R. BAKST, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, Florida 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-4545
kb/29511.0514

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**[Michael R. Bakst, Esq. shall furnish a conformed copy of the Order to the parties listed below and shall file a certificate of service with the Court]**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

ESJ SL Goldenrod, LLC,
a Florida Limited Liability Company.
c/o Scott A. Orth, Esq.
Law Offices of Scott Alan Orth, PA
3860 Sheridan Street, Suite A
Hollywood, Fl 33021

**All creditors on the Court matrix**