UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 19-13770-MAM

**EAGLE ARTS ACADEMY, INC.**

    Debtor.
_____

## NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

    The Trustee, **Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc.** by and through undersigned counsel, will examine **Annette M. Iraola, as Registered Agent/ Mgr, of Wellington School Property LLC or any other person or persons with the most knowledge of the existence of personal property located at 1000 Wellington Trace, Wellington, Fl 33414,** under oath on **July 16, 2019, at 2:00 p.m.**, at the law offices of **Greenspoon Marder LLP, 525 Okeechobee Blvd., Suite 900, West Palm Beach, FL 33401**. The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

    The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

    **The examinee is further requested to bring to the examination all of the documents described on the attached Exhibit "A".**

    **IT IS THE DEPONENT'S RESPONSIBILITY TO PROVIDE AND PAY FOR A TRANSLATOR IF ONE IS NEEDED AT THIS DEPOSITION.**

    **All interested parties that plan on attending the examination should contact undersigned counsel=s office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

1

40478945.1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below, and in the manner indicated on this 26 day of June, 2019.

GREENSPOON MARDER LLP

_____
MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No. 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423

29511-0514 emb

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com
- Adam D Farber    afarber@adamfarberlaw.com, elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

2

40478945.1

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Annette M. Iraola
Registered Agent/Mgr.
Wellington School Property LLC
6457 Sunset Drive
Miami, Fl 33143
By process server


cc: Suncoast Reporters

## EXHIBIT "A"

**NOTE: IN ADDITION TO ANY PERIODS OF TIME REFERENCED IN EACH REQUEST BELOW, THE DEPONENT IS TO PROVIDE DOCUMENTATION FOR THE CURRENT YEAR AS WELL.**

1. Your complete file, including all emails, texts, contracts, inventories and photographs evidencing and relating to the purchase of the Real Property located at 1000 Wellington Trace, Wellington, Fl 33414, including anything demonstrating items of personal property within the subject location on the date of your purchase of same, through to the current date. The Trustee is not seeking any attorney client privileged communications from you.

40478945.1