**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                           Case No.: 19-13770-MAM

**EAGLE ARTS ACADEMY, INC.**

    Debtor.

_____

## TRUSTEE'S AGREED APPLICATION FOR TURNOVER OF DISPLACED STUDENT GRANT FUNDS

**Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc.,** by and through undersigned counsel, hereby files this Trustee's Agreed Application for Turnover of Displaced Student Grant Funds and states:

1.    This voluntary Chapter 7 proceeding was filed on March 25, 2019. Michael R. Bakst has been appointed as the Chapter 7 Trustee.

2.    The Trustee has received a notice from the School Board of Palm Beach County ("School Board") advising him that The Florida Department of Education (FLDOE) has been awarded funds from the federal government through the Temporary Emergency Impact Aid for Displaced Students (Emergency Impact Aid) grant in the amount of ninety thousand one hundred thirty eight dollars and no cents ($90,138.00). The School Board is in possession of such funds and has informed the Trustee that they will turnover such funds upon the Trustee obtaining an agreed order requiring same.

3.    These grant funds were to assist eligible school districts with the cost of educating students displaced by Hurricane Harvey, Irma or Maria, or the California wild fires during the 2017-18 school year. Eagle Arts Academy, Inc., was awarded grant funds in the amount of ninety thousand one hundred thirty eight dollars and no cents ($90,138.00) which have not been provided to Eagle Arts Academy, Inc. as of this date.

40507718.1

This grant is an asset of the bankruptcy estate that needs to be turnover to the Trustee, to be administered by the Trustee, for the benefit of the bankruptcy estate.

4      11 U.S.C. § 542(a) provides:

> "Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the trustee may use, sell, or lease under section 363 of this title, or that the debtor may exempt under section 522 of this title, shall deliver to the trustee, and account for, such property or the value of such property unless such property is of inconsequential value or benefit to the estate."

5.      Accordingly, the Trustee seeks an order from the Court requiring the School Board of Palm Beach County to turn over to the Trustee the sum of ninety thousand one hundred thirty eight dollars and no cents ($90,138.00) as being funds awarded from the federal government through the Temporary Emergency Impact Aid for Displaced Students (Emergency Impact Aid) grant.

6.      The parties agree to this Motion.

**WHEREFORE, Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc.,** by and through undersigned counsel, respectfully requests that the Court enter an order granting the Trustee's application for turnover as follows:

(i)      Requiring the School Board of Palm Beach County to turn over to the Trustee the sum of ninety thousand one hundred thirty eight dollars and no cents ($90,138.00) that has been awarded from the federal government through the Temporary Emergency Impact Aid for Displaced Students (Emergency Impact Aid) grant, to be administered by the Trustee for the benefit of the estate, within ten (10) days of the date of the Court's Order.

(ii)    plus that the Court grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties on the attached mailing list, this ___ day of ___July___, 2019.

GREENSPOON MARDER LLP

MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No.: 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523
Email: michael.bakst@gmlaw.com

29511 0514 emb

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com,
  rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com

40507718.1

- Adam D Farber    afarber@adamfarberlaw.com,
  elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.doc
  ketbird.com;farberar77622@notify.bestcase.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net,
  mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Robert Furr, Esq
Furr and Cohen, P.A.
2255 Glades Rd. Suite 301E
Boca Raton, Fl  33431