UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No.: 19-13770-MAM

**EAGLE ARTS ACADEMY, INC.**

   Debtor.
_____

### NOTICE TO CLERK OF FILING ORIGINAL
### RETURN OF NON- SERVICE

**MICHAEL R. BAKST, Trustee in Bankruptcy for Eagle Arts Academy, Inc.,** by and through his undersigned attorneys, files this Notice to Clerk of Filing *Original Return of Non-Service on Annette M. Iraola, as Registered Agent/ Mgr, of Wellington School Property LLC of the Rule 2004 Examination Duces Tecum, Production of Documents and Exhibit A, Notice of Intent to Serve Subpoena.*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true copy of the Notice to Clerk of Filing *Original Return of Non-Service on Annette M. Iraola, as Registered Agent/ Mgr, of Wellington School Property LLC of the Rule 2004 Examination Duces Tecum, Production of Documents and Exhibit A, Notice of Intent to Serve Subpoena* and served simultaneously upon the Court's docketing thereof on all parties

40624251.1

registered to receive Notices of Electronic Filing in this proceeding, this 17 day of July, 2019.

**GREENSPOON MARDER LLP**

/s/ MICHAEL R. BAKST

_____
MICHAEL R. BAKST, ESQ
Attorneys for Trustee
Florida Bar No.: 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523

Facsimile: (561) 514-3423

29511-0514 emb

**Electronic Mail Notice List**

- Michael R Bakst     efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com

- Michael R. Bakst     efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

- Rilyn A Carnahan     rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;melissa.bird@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

- Charles I Cohen     ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com

- Adam D Farber     afarber@adamfarberlaw.com, elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com

- Ned R Nashban     NNashban@baritzcolman.com, service@baritzcolman.com

- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

- David Neal Stern     dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

40624251.1

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Annette M. Iraola
Registered Agent/Mgr.
Wellington School Property LLC
6457 Sunset Drive
Miami, Fl 3314

40624251.1

## RETURN OF NON-SERVICE

## UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

Case Number: 19-13770-MAM

vs.

Debtor:
**IN RE: EAGLE ARTS ACADEMY, INC.,**

For:
Michael Bakst, Esq. Trustee
GREENSPOON MARDER, P.A.
Cityplace Tower
525 Okeechobee Blvd, Suite 900
West Palm Beach, FL 33401

Received by SIGNED, SEALED & DELIVERED INC. on the 26th day of June, 2019 at 3:16 pm to be served on **ANNETTE M IRAOLA, REGISTERED AGENT/MANAGER., WELLINGTON SCHOOL PROPERTY LLC, 6457 SUNSET DRIVE, MIAMI, FL 33143.**

I, RAMON ALMONTE, do hereby affirm that on the **15th day of July, 2019** at **6:55 pm, I:**

**NON-SERVED** the **SUBPOENA FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS and EXHIBIT A; NOTICE OF INTENT TO SERVE SUBPOENA; NOTICE OF RULE 2004 EXAMINATION DUCES TECUM and EXHIBIT A; ATTACHED $134.60 WITNESS FEE CHECK** Read the comments below for further details.

**Additional Information pertaining to this Service:**
7/2/2019 1:00 pm Attempted service. This is a residence. No answer and no contact made. No vehicles observed.
7/6/2019 10:00 am Attempted service. No answer at the door and no contact made. No vehicles observed.
7/10/2019 7:00 pm Attempted service. No answer at the door and no contact made. There was a Ford Focus parked outside, TAG: Y42 KNL. Waited several minutes, but no one came to the door.
7/13/2019 9:35 am Attempted service. No answer at the door and no contact made. No vehicles parked outside.
7/15/2019 6:55 pm Attempted service. No answer the door and no contact made. No activity inside. No lights. No information from neighbors.



## RETURN OF NON-SERVICE For 19-13770-MAM

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. UNDER PENALTY OF PERJURY, I declare that I have read the foregoing proof of service and that the facts stated in it are true.(F.S.92.525) NO NOTARY REQUIRED PURSUANT TO F.S.92.525S).

**RAMON ALMONTE**
Process Server 1790

**SIGNED, SEALED & DELIVERED INC.**
**P.O. Box 15255**
**West Palm Beach, FL 33416**
**(561) 655-0205**

Our Job Serial Number: SSD-2019000858