UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 19-13770-MAM
                                                    Chapter 7
**EAGLE ARTS ACADEMY, INC.,**

   Debtor.
_____/

### TRUSTEE'S EX-PARTE MOTION FOR A COURT ORDER ALLOWING THE TRUSTEE TO PAY SUN COAST REPORTERS INVOICE FOR PER DIEM-DEPOSITION OF ANNETTE IRAOLA

**Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc.,** by and through undersigned counsel, hereby files this *Ex-parte Motion for a Court Order Allowing the Trustee to Pay Sun Coast Reporters Invoice for the Per Diem-Deposition of Annette Iraola* and states:

1. This case commenced on March 23, 2019 (the "Petition Date"), with the filing of a voluntary Chapter 7 bankruptcy petition by the Debtor, Eagle Arts Academy, Inc., [ECF#1] (the "Petition"). Michael R. Bakst is the duly appointed and acting Chapter 7 Trustee.

2. On August 8, 2019, (ECF#71), the Trustee filed a Notice of Taking Rule 2004 Examination Duces Tecum of Annette M. Iraola as Registered Agent of Wellington School Property LLC to be held on August 22, 2019 at 1:30 p.m.

3. The court reporter, Sun Coast Reporters has an invoice due as follows:

   (i)   Per diem for deposition of Annette Iraola ----- $80.00.

**WHEREFORE,** Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., by and through undersigned counsel, respectfully requests that the Court enter

1

41156612.1

an Ex-parte Order allowing him to pay the Court Reporter expense as reflected on the invoice attached as Exhibit "1".

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail as indicated on the attached service list, this the 30 day of August, 2019.

**GREENSPOON MARDER LLP**

/s/ MICHAEL R. BAKST

---

MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Attorney for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523 F: (561) 514-3423
Email: michael.bakst@gmlaw.com

29511-0514-emb

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com
- Adam D Farber    afarber@adamfarberlaw.com, elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com

2

41156612.1

- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

3

41156612.1

```
                    SUN COAST REPORTERS                         1
                      P. O. Box 221164
                  West Palm Beach, Florida  33422
                         561-640-9621


                         I N V O I C E


BILL TO:

Michael Bakst, Esquire
Greenspoon Marder
525 Okeechobee Boulevard, Suite 900
West Palm Beach, Florida  33401
                                     Invoice No.: JM19-48

                                     Date: August 23, 2019
```

In Re: Eagle Arts Academy, Inc., Debtor
       19-13770-MAM

Assignment Date: August 22, 2019

Per Diem - deposition of Annette Iraola---------------$80.00

**EXHIBIT 1**