UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No.: 19-13770-MAM
                                                                      Chapter 7
**EAGLE ARTS ACADEMY, INC.,**

    Debtor.
_____/

## TRUSTEE, MICHAEL R. BAKST'S EX PARTE MOTION TO APPROVE REIMBURSEMENT TO GREENSPOON MARDER LLP FOR PAYMENT OF RENT ON STORAGE UNITS

Michael R. Bakst, Chapter 7 Trustee of the Bankruptcy Estate of Eagle Arts Academy, Inc., (the "Trustee"), by and through undersigned counsel, files his Ex Parte Motion to Allow Payment to Greenspoon Marder LLP for Payment of Rent on Storage Units, and as good cause for same, states as follows:

1. This case commenced on March 23, 2019 (the "Petition Date"), with the filing of a voluntary Chapter 7 bankruptcy petition by the Debtor, Eagle Arts Academy, Inc., [ECF#1] (the "Petition"). Michael R. Bakst is the duly appointed and acting Chapter 7 Trustee.

2. On May 21, 2019, Greenspoon Marder LLP paid Extra Space Storage the sum of $100.63 representing the June 2019 rent on storage unit 4212 containing the records and various electronics owned by the Debtor. A copy of the invoice and check reflecting said payment is attached hereto as Composite Exhibit "1".

3. On June 20, 2019, Greenspoon Marder LLP paid Extra Space Storage the sum of $100.63 representing the July 2019 rent on storage unit 4212 containing the records and various

1

electronics owned by the Debtor. A copy of the check reflecting said payment is attached hereto as Exhibit "2".

4.  Accordingly, the Trustee seeks an ex parte order from the Court authorizing the Trustee to reimburse Greenspoon Marder LLP the sum of $201.26 for the June and July 2019 rent paid on the storage unit No. 4212 containing the books, records and electronics owned by the Debtor.

**WHEREFORE**, Michael R. Bakst, as Chapter 7 Trustee of the Bankruptcy Estate of Eagle Arts Academy, Inc., by and through undersigned counsel, respectfully requests the Court enter an order granting Trustee's Ex Parte Motion for Order Approving Reimbursement to Greenspoon Marder LLP for Payment of Rent on the Storage Unit No. 4212 in the amount of $201.26, and granting such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. mail to all parties on the attached mailing list this 9th day of September, 2019.

GREENSPOON MARDER LLP

_____
MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No. 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
(561) 838-4523 (561) 514-3423 (fax)

kb/29511-0514

2

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

ESJ SL Goldenrod, LLC,
a Florida Limited Liability Company.
c/o Scott A. Orth, Esq.
Law Offices of Scott Alan Orth, PA
3860 Sheridan Street, Suite A
Hollywood, Fl 33021

**All creditors on the Court matrix attached hereto.**



www.extraspace.com

# INVOICE

Extra Space Storage
1850 Miami Rd
Fort Lauderdale, FL 33312
954-488-2537

| | |
|---|---|
| Invoice Date: | 6/1/2019 |
| Account #: | 1005632705 |
| Due Date: | 6/1/2019 |
| Total Due: | **$100.63** |

Eagle Art Academy/ c/o Michael Bakst, Chapter 7 Trustee
PO Box 407
West Palm Beach, FL 33402

## IMPORTANT INFORMATION from EXTRA SPACE STORAGE

Please pay the Total Due on or before the Due Date above. You can pay online, by mail, over the phone, or at the facility. In store payments can be made by (1) credit card (2) check* (3) cashier's check (4) or cash (except by mail) depending on where you make your payment. A late fee will be assessed to your account if rent is not paid according to the late fee structure outlined in your lease. If you have opted into our Customer Protection Plan, your policy is automatically terminated if a payment is 90 days or more overdue. Refer to the "Termination of Insurance" and "Cancellation" provisions of your policy.

Forget about due dates and potential late charges by using Easy Pay each month your payment is automatically charged to your credit card on the date it's due. This option is FREE OF CHARGE! Just ask us for Easy Pay and we'll do the rest.

| Unit # | Months* | Rent* | Insurance* | Tax* | Fees | Credit | Unit Total |
|---|---|---|---|---|---|---|---|
| 4212 | 1 | $84.00 | $11.00 | $5.63 | | | $100.63 |

* If the unit is delinquent by more than 35 days (will vary by state) checks will not be accepted. The only method of payment accepted is card, cash, money order, or certified funds. Business accounts will still be allowed to pay by check.

Questions about your bill? Please call your Extra Space Storage Manager at the telephone number listed above.



EXHIBIT 1

THIS CHECK IS VOID WITHOUT A BLUE AND GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW

# GreenspoonMarder LLP

City National
Fort Lauderdale, FL 33301

**23866**

63-436/660

Checking
100 W. Cypress Creek Rd., Suite 700
Fort Lauderdale, FL 33309

May 21, 2019

AMOUNT

**********************$100.63

Pay to the
Order of  Extra Space Storage

The Sum of  One Hundred and 63/100 Dollar(s)

Void after 180 Days

Extra Space Storage
1850 Miami Road
Ft. Lauderdale, FL 33312

29511.0514 - June 2019 Storage for Unit #4212

BORDER CONTAINS MICROPRINTING

⑈ 23866⑈  ⑆066004367⑆:  195508 2044⑈

---

**Greenspoon Marder, LLP.**
01206 - Extra Space Storage

| Date | INV # | Description | | |
|---|---|---|---|---|
| 05/16/19 | 1005632705 | June 2019 Storage for Unit #4212 | | |

**Check Date:**
05/21/2019

**Check Number:** 23866

| Client.Matter | Amount |
|---|---|
| 29511.0514 | $100.63 |

Account - 1114 City National Client Cost for LLP

**Check Amount:** $100.63

---

**Greenspoon Marder, LLP.**
01206 - Extra Space Storage

| Date | INV # | Description |
|---|---|---|
| 05/16/19 | 1005632705 | June 2019 Storage for Unit #4212 |

**Check Date:**
05/21/2019

**Check Number:** 23866

| Client.Matter | Amount |
|---|---|
| 29511.0514 | $100.63 |

Account - 1114 City National Client Cost for LL

**Check Amount:** $100.63

**GreenspoonMarder LLP**

Checking
100 W. Cypress Creek Rd., Suite 700
Fort Lauderdale, FL 33309

City National
Fort Lauderdale, FL 33301

63-436/660

**25150**

June 20, 2019

AMOUNT: ********************$100.63*

Pay to the Order of: Extra Space Storage

The Sum of: One Hundred and 63/100 Dollar(s)

Void after 180 Days

Extra Space Storage
1850 Miami Road
Ft. Lauderdale, FL 33312

29511.0514 - July 2019 Storage for Unit #4212 Account #1005632705

BORDER CONTAINS MICROPRINTING

⑆25150⑆ ⑈066004367⑈ 195508204⑈

---

**Greenspoon Marder, LLP.**
01206 - Extra Space Storage

| Date | INV # | Description | | | |
|---|---|---|---|---|---|
| 06/01/19 | 4212 | July 2019 Storage for Unit #4212 Account #1005632705 | | 29511.0514 | $100.63 |

Check Date: 06/20/2019
Check Number: 25150
Client.Matter | Amount

Account - 1114 City National Client Cost for LLP

Check Amount: $100.63

---

**Greenspoon Marder, LLP.**
01206 - Extra Space Storage

| Date | INV # | Description | | | |
|---|---|---|---|---|---|
| 06/01/19 | 4212 | July 2019 Storage for Unit #4212 Account #1005632705 | | 29511.0514 | $100.63 |

Check Date: 06/20/2019
Check Number: 25150
Client.Matter | Amount

Account - 1114 City National Client Cost for LL

EXHIBIT 2

Check Amount: $100.63

```
Label Matrix for local noticing              Charter PB Wellington 2, LLC                 Eagle Arts Academy, Inc.
113C-9                                       Frank Weinberg & Black, P.L.                 PO Box 1268
Case 19-13770-MAM                            David Neal Stern, Esq.                       Boca Raton, Fl 33429-1268
Southern District of Florida                 1875 NW Corporate Blvd.
West Palm Beach                              Suite 100
Mon Sep  9 15:35:05 EDT 2019                 Boca Raton, FL 33431-8550

The School Board of Palm Beach County, Flori 12140 56th p n                               A & S Transportation
CHARLES I. COHEN, ESQ. FURR COHEN            12140 56th pl n                              649 Fifth Avenue South
2255 Glades Rd., Ste 301 E                   west palm beach, FL 33411-8532               Naples, FL 34102-6601
Boca Raton, FL 33431-7382


Access Receivables Management                Active Alarms Inc.                           Age of Learning for Schools, Inc.
PO Box 1377                                  7512 Dr. Phillips Blvd Suite 50-503          101 N. Brand Blvd 8th Floor
Cockeysville, MD 21030-6377                  Orlando, FL 32819-5420                       Glendale, CA 91203-2639


Alba Olivera, Juan                           Allen Maxwell & Silver                       AmTrust North America, Inc. on behalf of
2180 White Pine Circle, Apt C                PO Box 540                                   Technology Insurance Company, Inc.
Greenacres, FL 33415-6175                    Fair Lawn, NJ 07410-0540                     c/o Maurice Wutscher LLP
                                                                                          23611 Chagrin Blvd. Suite 207
                                                                                          Beachwood, OH 44122-5540


Amtrust North America                        Anita K.  Ryerson                            Anne Gannon Tax Collector PBC
PO Box 6939                                  12262 Areaca Drive                           PO Box 3715
Cleveland, OH 44101-1939                     Wellington, FL 33414-4102                    West Palm Beach, FL 33402-3715


Apple Financial                              Axelrod, Britany                             BB&T Huffaker Insurance
PO Box 458                                   10403 Carmen Lane                            PO Box 89063
Souderton, PA 18964-0458                     Royal Palm Beach, FL 33411-3013              Charlotte, NC 28289-0635


Barlett, Maria M.                            Berrie, Donna                                Blood, Monique S.
11775 Laurel Valley Circle                   20563 S. Charleston                          1693 Ripley Run
Wellington, FL 33414-5923                    Boca Raton, FL 33434-5904                    Wellington, FL 33414-6180


Blount Gregory James                         Booster Enterprises                          Brittany Axelrod
760 NE 4th Court                             10400 Old Alabama Rd Connector #400          800 high street
Boca Raton, FL 33432                         Alpharetta, GA 30022-8270                    unit 316
                                                                                          Palo Alto, CA 94301-2455


Broder Stacy                                 (p)CAINE & WEINER COMPANY                    Catherine Gonzalez
740 Malibu Bay Drive Apt 304                 12005 FORD ROAD 300                          15249 97th Rd N
West Palm Beach, FL 33401-8401               DALLAS TX 75234-7262                         West Palm Beach, FL 33412-1760


Charter PB Wellington 2, LLC                 Charter PB Wellington 2, LLC                 Charter School Management Corporation
19950 W Country Club Dr., Suite 800          c/o Frank, Weinberg & Black, P.L.            43460 Ridge Park Dr., Suite 100
Aventura, FL 33180-4603                      Attention: David Neal Stern                  Temecula, CA 92590-3600
                                             1875 NW Corporate Blvd., Suite 100
                                             Boca Raton, FL 33431-8550
```

| | | |
|---|---|---|
| Chase, Melinda<br>17143 63rd Road N.<br>Loxahatchee, FL 33470-6014 | Christina Cunningham<br>c/o Scott Wagner and Associates, P.A.<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 | Cintas Corporation<br>PO Box 630910<br>Cincinnati, OH 45263-0910 |
| Colleen Searing<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 | Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | Companion Corporation<br>1831 Fort Union Blvd.<br>Salt Lake City, UT 84121-3041 |
| Cook, Henry<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Cunningham, Christina<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 | Curriculum Associates LLC<br>PO Box 4119<br>Woburn, MA 01888-4119 |
| De Lage Landen Financial Services<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Deborah Scardaccione<br>632 Saxony N<br>Delray Beach, FL 33446-1055 | Dixie Marketing<br>PO Box 634<br>Hartselle, AL 35640-0634 |
| E Rate Advantage, LLC<br>106 Lilac Drive<br>Annandale, NJ 08801-3450 | Eagle Arts Academy Inc.<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Element Management Group Inc.<br>760 NE 4th Court<br>Boca Raton, FL 33432 |
| Emma Fiebach<br>4515 45th way<br>West palm beach, FL 33407-6847 | FPL<br>General Mail Facility<br>Miami, FL 33188-0001 | Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| Feibach, Emma<br>c/o Scott Wagner & Assoc.. PA<br>250 S. Central Blvd. #104-A<br>Jupiter, FL 33458-8812 | Florida Department of Health<br>4052 Bald Cypress Way Bid-Bol<br>Tallahassee, FL 32399-1729 | Florida Department of Health PBC<br>PO Box 29 4th Floor<br>West Palm Beach, FL 33402-0029 |
| Florida Department of Revenue<br>2468 Mentrocentre Blvd<br>West Palm Beach, FL 33407-3105 | Florida Department of Revenue<br>Payroll Taxes<br>PO Box 6510<br>Tallahassee, FL 32314-6510 | Frank, Weinberg & Black, PL<br>David W. Black, Esq.<br>7805 SW 5th Court<br>Plantation, FL 33324 |
| Frog Street Press Inc.<br>800 Industrial Blvd., Suite 100<br>Grapevine, TX 76051-8634 | GG IT Tech<br>13131 55th Road N.<br>West Palm Beach, FL 33411-8353 | Georgopulos, Yvonne<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd. #104-A<br>Jupiter, FL 33458-8812 |
| Gregory James Blount<br>760 NW 4th Court<br>Boca Raton, FL 33432-2502 | Haile Shaw & Pfaffenberg<br>660 U.S. Highway One, 3rd Floor<br>North Palm Beach, FL 33408-4628 | Haile, Shaw & Pfaffenberger, P.A.<br>660 U.S. HIGHWAY ONE<br>THIRD FLOOR<br>Attn: S. Daversa<br>NORTH PALM BEACH, FL 33408-4629 |

| | | |
|---|---|---|
| Heather Ferrin<br>5509 Descartes Cir<br>Boynton Beach, Fl 33472-2410 | Henry Cook<br>1240 Rosegate Blvd<br>Riviera Beach, FL 33404-1822 | Hill York Services Corporation<br>PO Box 350155<br>Ft. Lauderdale, FL 33335-0155 |
| IAN BOTTOM<br>17225 MURCOTT BLVD<br>LOXAHATCHEE, FL 33470-2768 | Ian Bottom<br>17225 Murcott Bld<br>Loxahatchee, Fl 33470-2768 | Irizarry, Jeffry<br>2209 Amesbury Ct.<br>Wellington, FL 33414-8021 |
| Issurdatt-Hafeez, Ruth Ann<br>7374 Brunswick Circle<br>Boynton Beach, FL 33472-2536 | James Solomon<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 | Johnson Controls Fire Protection<br>50 Technology Dr<br>Westminster, MA 01441-0001 |
| Juan ali alba Olivera<br>2180 white pine cir apt C<br>Greenacres, FL 33415-6175 | Kevin Willse<br>c/o Scott Wagner and Associates, P.A.<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 | King & Walker, CPAs, PL<br>2803 W. Busch Blvd #106<br>Tampa, FL 33618-4517 |
| Kirschenbaum, Mark Adam<br>2170 Polo Gardens Drive #207<br>Wellington, FL 33414-2030 | Kolbenschlag, Kristin<br>73 Lariat Circle<br>Boca Raton, FL 33487-1515 | Krista Martinelli<br>c/o Scott Wagner and Associates, P.A.<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 |
| Kristin Kolbenschlag<br>455 NE 37th Street<br>Boca Raton, FL 33431-5925 | Mari Heinonen<br>c/o Scott Wagner and Associates, P.A.<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 | Maria M. Barlett<br>11775 Laurel Valley Circle<br>Wellington, FL 33414-5923 |
| Maria R. Acevedo<br>1451 The 12th Fairway<br>Wellington, FL 33414-5708 | Marie R. Acevdeo<br>1451 the 12th Fariway<br>Wellington, Fl 33414-5708 | Marlene Ortiz<br>c/o Scott Wagner and Associates, P.A.<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 |
| Martinelli, Krista J.<br>c/o c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd., #104-A<br>Jupiter, FL 33458-8812 | Matta, Mira<br>6857 Hendry Drive<br>Lake Worth, FL 33463-7468 | McCoy, Pamela<br>127 Victory Circle<br>Boynton Beach, FL 33436-2894 |
| Mejia Cleaning Service<br>4366 Minerva Drive<br>Melbourne, FL 32904 | Melinda T. Chase<br>17143 63rd RD N<br>Loxahatchee, FL 33470-6014 | Mia, Rokshana<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 |
| Millard, William<br>9811 Spanish Isles Drive<br>Boca Raton, FL 33496-1829 | Morse Communications Inc.<br>393 East Drive<br>Melbourne, FL 32904 | Office Depot<br>PO Box 1413<br>Charlotte, NC 28201-1413 |

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ortiz, Marlene
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Palm Beach County School Board
c/o Charles Cohen, Esq.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Palm Beach Fire Equipment Co
3965 A-10 Investment Lane
Rivera Beach, FL 33404-1775

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Prime Rate Premium Finance Corp.
PO Box 580016
Charlotte, NC 28258-0016

Progressus Therapy
75 Remittance Drive Suite 6221
Chicago, IL 60675-6221

Protective Pest Control
8211 Bama Lane, Suite 2
West Palm Beach, FL 33411-3786

ROKSHANA MIA
12681 WHITE CORAL DR
WELLINGTON, FL 33414-8092

Revenue Systems
PO Box 15257
Clearwater, FL 33766-5257

Rich, Robert Lee
922 SW 11th Terrace
Delray Beach, FL 33444-7737

Robert Lee Rich
922 Southwest 11th Terrance
Delray Beach, FL 33444-7737

Russo, Joseph A.
712 Sunny Pine Way, A-2
Greenacres, FL 33415-8969

Ryerson, Anita
12262 Areaca Drive
Wellington, FL 33414-4102

Scardaccione, Deborah J.
1660 Renaissance Commons, #2504
Boynton Beach, FL 33426-7226

Scott Albano
9561 Majestic Way
Boynton Beach
Florida 33437
9561 Majestic Way, FL 33437-3324

Scott Albano
9561 Majestic Way
Boynton Beach, Fl 33437-3324

Searing, Colleen
1322 Denlow Lane
Royal Palm Beach, FL 33411-4012

Simplex Ginnell
Dept Ch 10320
Palatine, IL 60055-0320

Sommer Talerico
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Studies Weekly Inc.
1140 North 1430 West
Orem, UT 84057-6405

Summerlin, Amy
3196 N. Jog Road, Apt 6201
West Palm Beach, FL 33411-7434

Sun Life Financial
PO Box 843300
Kansas City, MO 64184-3300

Suntrust Bank
PO Box 404468
Atlanta, GA 30384-4468

Supplyworks
PO Box 404468
Atlanta, GA 30384-4468

SurTec Insurance Company
P.O. Box 5005
Woodland Hills CA 91365-5005

Synter Resource Group LLC
PO Box 63247
North Charleston, SC 29419-3247

Szabo Associates Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1395

Talerico, Sommer D
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Tandem Interactive Inc.
1700 E. Las Olas Blvd., Suite 301
Fort Lauderdale, FL 33301-2407

The Village of Wellington
12300 Forest Hill Blvd.
Wellington, FL 33414-7699

Thyssen Krupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

Toshibia Business Solutions USA
PO Box 402709
Atlanta, GA 30384-2709

Toshibia Financial Services
PO Box 790448
St Louis, MO 63179-0448

US Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179-0448

United Healthcare
PO Box 94017
Palatine, IL 60094-4017

UnitedHealthcare Insurance Company
CDM-ATTN: Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408

Var Technology Finance
PO Box 790448
St. Louis, MO 63179-0448

Vega, Rosa
13131 55th Road N
West Palm Beach, FL 33411-8353

Villegas Santos, Ivonne
1200 Waterway Village Court, #1117
Greenacres, FL 33413-2173

Vivian a Welch
2412 Avenue S
Riviera beach, FL 33404-4035

Voss & Klein
49 N Federal Hwy Suite 316
Pompano Beach, FL 33062-4304

WPTV-Scripps Media Inc.
PO Box 116871
Atlanta, GA 30368-6871

Walsworth
PO Box 310287
Des Moines, IA 50331-0287

Waste Management Inc. of Florida
PO Box 105453
Atlanta, GA 30348-5453

Weiss Handler & Cornwell PA
2255 Glades Road Suite 218-A
Boca Raton, FL 33431-7392

Weiss, Charles L
12140 56th Place N
West Palm Beach, FL 33411-8532

Welch, Vivian
2412 Avenue S
Lake Worth, FL 33404-4035

Wellington Utilities
PO Box 31632
Tampa, FL 33631-3632

William Millard
9811 Spanish Isles Dr
Boca Raton, FL 33496-1829

Willse, Kevin
5183 Pinetree Drive
Delray Beach, FL 33484-1128

Windstream Holdings LLC
PO Box 9001013
Louisville, KY 40290-1013

Yvonne Georgopulos
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Jeffry Irizarry
Law Offices of Adam Farber, P.A.
1500 GATEWAY BLVD., Suite 220
Boynton Beach, CA 33426-7233

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Ned R Nashban
Baritz & Colman LLP
1075 Broken Sound Parkway
Suite 102
Boca Raton, FL 33487-3541

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431-7391

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Heather Ferrin
5509 Descartes Cir.
Boynton Beach, FL 33472-2410

End of Label Matrix
Mailable recipients   148
Bypassed recipients     2
Total                 150