### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
#### www.flsb.uscourts.gov

In re:

**Eagle Arts Academy, Inc.,**

        Debtor.

_____/

**Case No.: 19-13770-MAM**
**Chapter 7**

## SUMMARY OF INTERIM FEE APPLICATION OF COUNSEL

| | | |
|---|---|---|
| 1. | Name of Applicant: | Greenspoon Marder LLP |
| 2. | Role of Applicant: | Attorneys for Chapter 7 Trustee |
| 3. | Name of Certifying Professional: | Michael R. Bakst |
| 4. | Date Case Filed: | March 25, 2019 |
| 5. | Date of Retention Order: | April 19, 2019 |

**IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

| | | |
|---|---|---|
| 6. | Period for this Application: | March 28, 2018 through September 26, 2019 |
| 7. | Amount of Compensation Sought: | **$55,195.00 |
| 8. | Amount of Expense Reimbursement Sought | $ 1,405.81 |

**IF FINAL APPLICATION, COMPLETE 9, 10 AND 11 BELOW; N/A**

9. Period for this Application
10. Total Amount of Compensation Sought During Case:      $
11. Total Amount of Expense Reimbursement Sought During Case:      $
12. Amount of Original Retainer(s). Please disclose both Fee Retainer and Cost Retainer if such Retainer has been received: N/A
13. Current Balance of Retainer(s) remaining N/A
14. Last Monthly Operating Report filed (Month/Year and ECF No.) N/A
15. If case is a Chapter 11, current funds in Chapter 11 case: N/A
16. If case is a Chapter 7, current funds held by Chapter 7 Trustee:      $96,795.29

** Applicant Agrees to the customary 20% hold back on fees, therefore, the amount requested is $55,195.00 plus costs in the amount of $1,405.81 for a total of $56,600.81, less 20% holdback of fees in the amount of $11,039.00 to be paid at a later date, for an interim fee request of $44,156.00, plus costs of $1,405.81, for a total of $45,561.81to be paid immediately.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH
www.flsb.uscourts.gov

CASE NO.: 19-13770-MAM

In Re:

Eagle Arts & Academy, Inc.

Debtor(s).

_____/

### INTERIM FEE APPLICATION

    **Greenspoon Marder, LLP.**, attorneys for the Chapter 7 Trustee , applies for **interim** compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

      Exhibits "1-A and 1-B"- Summary of Professional and Paraprofessional Time.

      Exhibit "2" - Summary of Requested Reimbursements of Expenses.

      Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

      Exhibit "4"- Spreadsheet for previous interim fee applications.

    The applicant believes that the requested fee, of **$55,195.00** for **94.60** hours worked **(applicant agrees to the customary 20% hold back on fees, therefore, the amount requested is $55,195.00, for an interim fee request of $55,195.00 , plus costs of $1,405.81 , for a total of $56,600.81 )** is reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp. of America,</u> 544 F.2d 1291 (5th Cir. 1977), as follows:

1.    **THE TIME AND LABOR REQUIRED:**

    The time expended by the applicant for legal services furnished the Chapter 7 Trustee as appears on Exhibit "A" does not reflect and cannot reflect all of the time actually expended by the applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the Chapter 7 case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the applicant in this case.

2.    <u>**THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED:**</u>

    This Chapter 7 proceeding presented several matters that required the services and skill of

an experienced bankruptcy lawyer.

**3.      THE PRECLUSION OF OTHER EMPLOYMENT BY THE
         PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE:**

The applicant has devoted substantial time in the representation of the Chapter 7 Trustee as more fully appears on Exhibit "A." The applicant is aware of no other specific employment which was precluded as a result of its accepting this case, but had the applicant not accepted this employment, the time spent in this case would have been spent on other matters which would pay an hourly compensation on a current basis.

**4.      THE CUSTOMARY FEE:**

The hourly rate charged by **Greenspoon Marder, LLP.,** reflects the hourly rates the applicant bills to its clients in other similar bankruptcy cases; which is customary for attorneys in the Southern District of Florida of similar skill and experience.

The hourly rate charged for timekeepers who worked on this bankruptcy are as follows:

| Name | Title | Billed Per Hour |
|------|-------|-----------------|
| Michael R. Bakst | Partner | 595.00 |
| Rilyn Carnahan | Associate | 475.00 |

**5.      TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER
         CIRCUMSTANCES:**

The services performed by the applicant were performed under time constraints imposed by the Chapter 7 Trustee. Therefore, considerable time had to be expended within short periods of time to produce the pleadings, responses to other pleadings, and settlement documents, predicated upon the Chapter 7 Trustee's proposed actions to resolve the issues in this bankruptcy estate.

**6.      THE EXPERIENCE, REPUTATION, AND ABILITY OF THE
         APPLICANT:**

**Greenspoon Marder, LLP.** with **Michael R. Bakst** as lead attorney, have substantial bankruptcy experience and have appeared numerous times before this Court on other matters and their reputation and abilities are well known to this Court.

7.    **UNDESIRABILITY OF THE CASE:**

The representation of the Chapter 7 and of this case was not undesirable.

8.    **THE LEGAL STANDARD:**

The applicable legal standard for compensation under 11 U.S.C. Section 330 is based on the time, nature, extent, and value of the applicant's services, as well as the cost of comparable services other than in a case under Title 11. Therefore, it is respectfully required that the Court consider the reasonableness of the fee required by the applicant.

9.    **CASE NARRATIVE:**

This case was commenced by the filing of a Chapter 7 proceeding by Eagle Arts Academy, Inc. ("Debtor") on March 25, 2019. Michael R. Bakst was appointed as the Chapter 7 Trustee ("Trustee"). The Debtor filed its initial Schedules on March 25, 2019 [ECF No. 4] and on April 8, 2019 [ECF Nos. 19-26] and Amended Schedules on April 8, 2019 [ECF No. 27]. The Debtor's 341 Meeting of Creditors was held and concluded on May 1, 2019 [ECF No. 42].

On March 28, 2019, the Trustee filed his Emergency Application to Employ Michael Bakst and Greenspoon Marder as Attorney for Trustee [ECF No. 9] and the Court entered the Interim Order Approving Employment of the Trustee's Attorney on an Emergency Basis Nunc Pro Tunc to March 27, 2019 and Notice of Final Hearing on April 8, 2019 [ECF No. 18]. The Court entered the Order Granting Application to Employ Michael R. Bakst Nunc Pro Tunc to March 27, 2019 on April 19, 2019 [ECF No. 32]. The Trustee also filed his Emergency Application to Employ Soneet R. Kapila as Accountant on April 8, 2019 [ECF No. 10] and Application to Employ William Berger and the law firm of Weiss, Handler & Cornell, PA as Special Counsel on April 8, 2019 [ECF No. 15].

Prepetition, Debtor had leased real property located at 1000 Wellington Trace, Wellington, Fl 33414 pursuant to a written lease agreement between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc. The Debtor failed to pay rent and vacated the property. ESJ SL Goldenrod, LLC, a Florida Limited Liability Company ("Purchaser") offered to purchase the estate's right, title and interest within the lease, for $7,500.00. The Trustee's Motion to Approve Sale of Estate's Right, Title and interest sought to sell lease rights held by the estate, which may or may not have existed any longer. The sale excluded any claims of right, title, lien or interest in any personal property of the Debtor that may have been located at the leasehold premises, including, but not limited to, furniture, fixtures, equipment, text books and teaching materials. The Trustee sought Court approval to sell estate's interest in the Lease between Charter PB Wellington 2, LLC and Eagle Arts Academy, Inc., a Florida Non Profit Corporation to ESJ SL Goldenrod, LLC, a Florida Limited Liability Company for the sum of $7,500.00.

On May 15, 2019, the Trustee filed his Motion for Sale of Property [ECF No. 44]. The Court entered the Order Granting Trustee's Motion Approving Sale of Estate's Right, Title and Interest in Lease

Agreement Between Charter PB Wellington and Eagle Arts Academy, Inc. on June 13, 2019 [ECF No. 54].

The Trustee received a notice from the School Board of Palm Beach County advising him that The Florida Department of Education had been awarded funds from the federal government through the Temporary Emergency Impact Aid for Displaced Students grant in the amount of $90,138.00. The School Board was in possession of the funds and informed the Trustee that they would turnover the funds upon the Trustee obtaining an agreed order requiring same. The grant funds were to assist eligible school districts with the cost of educating students displaced by Hurricane Harvey, Irma or Maria, or the California wild fires during the 2017-18 school year. Eagle Arts Academy, Inc., was awarded grant funds in the amount of $90,138.00 and had not been provided to Eagle Arts Academy, Inc. The grant was an asset of the bankruptcy estate that needed to be turned over to be administered by the Trustee for the benefit of the bankruptcy estate. The Trustee sought an order from the Court requiring the School Board of Palm Beach County to turn over the $90,138.00 to the Trustee since funds were awarded from the federal government through the Temporary Emergency Impact Aid for Displaced Students grant.

On July 1, 2019, the Trustee filed an Agreed Motion for Turnover of Property from the federal government to The Florida Department of Education in the amount of $90.138.00 [ECF No. 63]. The Court entered the Agreed Order for Turnover on July 2, 2019 [ECF No. 64].

On June 26, 2019, the Trustee filed his Notice of Taking Rule 2004 Examination Duces Tecum of Annette M. Iraola as Registered Agent of Wellington School Property, LLC on July 16, 2019 [ECF No. 61]. The Trustee conducted his Rule 2004 Examination of Annette M. Iraola as Registered Agent of Wellington School Property LLC on August 22, 2019 [ECF No. 71].

The Trustee is still administering assets in this case, reviewing financial records and tax returns as well as possible avoidance actions.

10. **CATEGORIES:**
   I. **ADVERSARY PROCEEDINGS:**
      The facts surrounding the adversary proceedings are explained within the Case Narrative.

   II. **CONTESTED MATTERS:**
      The facts surrounding the contested matters are explained within the Case Narrative above.

   III. **FEE/EMPLOYMENT:**
      Preparation and review of Final Fee Application.

11.    **<u>CASE STATUS:</u>**

The Trustee is still involved in pending investigations into the disposition and recovery of various assets of the Debtor and may be required to bring adversary proceedings in regard to same. There is litigation ongoing with the School Board of Palm Beach County and ongoing avoidance analysis being undertaken by accountants hired by the estate which may lead to the bringing of avoidance actions, among other actions.

**WHEREFORE**, applicant seeks an interim award of fees in the amount of **$55,195.00**, plus costs in the amount of **$1,405.81** for a total of **$56,600.81**, (applicant agrees to the customary 20% hold back on fees) **and immediate payment of fees in the amount of $44,156.00 plus costs of $1,405.81, for a total of $45,561.81**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the application, with all exhibits, has been furnished to all parties listed below in the manner indicated, this 1st day of October 2019.

GREENSPOON MARDER, LLP

MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No.: 866377
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
(561) 838-4523
michael.bakst@gmlaw.com

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael R Bakst    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com

- Michael R. Bakst    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com,
  efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

- Charles I Cohen    ccohen@furrcohen.com,
  rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com

- Adam D Farber    afarber@adamfarberlaw.com,
  elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com

- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com

- Office of the US Trustee        USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern      dnstern@fwblaw.net,
  mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**\*\* All parties on the Court's mailing matrix, a copy attached hereto, shall be noticed with the Notice of Hearing on this Interim Fee Application.  Upon request a complete copy of the Interim Fee Application may be obtained from the Trustee's office.**

Label Matrix for local noticing
113C-9
Case 19-13770-MAM
Southern District of Florida
West Palm Beach
Tue Oct  1 15:17:01 EDT 2019

The School Board of Palm Beach County, Flori
CHARLES I. COHEN, ESQ. FURR COHEN
2255 Glades Rd., Ste 301 E
Boca Raton, FL 33431-7382


Access Receivables Management
PO Box 1377
Cockeysville, MD 21030-6377


Alba Olivera, Juan
2180 White Pine Circle, Apt C
Greenacres, FL 33415-6175


Amtrust North America
PO Box 6939
Cleveland, OH 44101-1939


Apple Financial
PO Box 458
Souderton, PA 18964-0458


Barlett, Maria M.
11775 Laurel Valley Circle
Wellington, FL 33414-5923


Blount Gregory James
760 NE 4th Court
Boca Raton, FL 33432


Broder Stacy
740 Malibu Bay Drive Apt 304
West Palm Beach, FL 33401-8401


Charter PB Wellington 2, LLC
19950 W Country Club Dr., Suite 800
Aventura, FL 33180-4603

Charter PB Wellington 2, LLC
Frank Weinberg & Black, P.L.
David Neal Stern, Esq.
1875 NW Corporate Blvd.
Suite 100
Boca Raton, FL 33431-8550

12140 56th p n
12140 56th pl n
west palm beach, FL 33411-8532


Active Alarms Inc.
7512 Dr. Phillips Blvd Suite 50-503
Orlando, FL 32819-5420


Allen Maxwell & Silver
PO Box 540
Fair Lawn, NJ 07410-0540


Anita K.  Ryerson
12262 Areaca Drive
Wellington, FL 33414-4102


Axelrod, Britany
10403 Carmen Lane
Royal Palm Beach, FL 33411-3013


Berrie, Donna
20563 S. Charleston
Boca Raton, FL 33434-5904


Booster Enterprises
10400 Old Alabama Rd Connector #400
Alpharetta, GA 30022-8270


(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262


Charter PB Wellington 2, LLC
c/o Frank, Weinberg & Black, P.L.
Attention: David Neal Stern
1875 NW Corporate Blvd., Suite 100
Boca Raton, FL 33431-8550

Eagle Arts Academy, Inc.
PO Box 1268
Boca Raton, Fl 33429-1268


A & S Transportation
649 Fifth Avenue South
Naples, FL 34102-6601


Age of Learning for Schools, Inc.
101 N. Brand Blvd 8th Floor
Glendale, CA 91203-2639


AmTrust North America, Inc. on behalf of
Technology Insurance Company, Inc.
c/o Maurice Wutscher LLP
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122-5540


Anne Gannon Tax Collector PBC
PO Box 3715
West Palm Beach, FL 33402-3715


BB&T Huffaker Insurance
PO Box 89063
Charlotte, NC 28289-0635


Blood, Monique S.
1693 Ripley Run
Wellington, FL 33414-6180


Brittany Axelrod
800 high street
unit 316
Palo Alto, CA 94301-2455


Catherine Gonzalez
15249 97th Rd N
West Palm Beach, FL 33412-1760


Charter School Management Corporation
43460 Ridge Park Dr., Suite 100
Temecula, CA 92590-3600

Chase, Melinda
17143 63rd Road N.
Loxahatchee, FL 33470-6014

Christina Cunningham
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Cintas Corporation
PO Box 630910
Cincinnati, OH 45263-0910

Colleen Searing
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601

Companion Corporation
1831 Fort Union Blvd.
Salt Lake City, UT 84121-3041

Cook, Henry
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Cunningham, Christina
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Curriculum Associates LLC
PO Box 4119
Woburn, MA 01888-4119

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Deborah Scardaccione
632 Saxony N
Delray Beach, FL 33446-1055

Dixie Marketing
PO Box 634
Hartselle, AL 35640-0634

E Rate Advantage, LLC
106 Lilac Drive
Annandale, NJ 08801-3450

Eagle Arts Academy Inc.
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Element Management Group Inc.
760 NE 4th Court
Boca Raton, FL 33432

Emma Fiebach
4515 45th way
West palm beach, FL 33407-6847

FPL
General Mail Facility
Miami, FL 33188-0001

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Feibach, Emma
c/o Scott Wagner & Assoc.. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Florida Department of Health
4052 Bald Cypress Way Bid-Bol
Tallahassee, FL 32399-1729

Florida Department of Health PBC
PO Box 29 4th Floor
West Palm Beach, FL 33402-0029

Florida Department of Revenue
2468 Mentrocentre Blvd
West Palm Beach, FL 33407-3105

Florida Department of Revenue
Payroll Taxes
PO Box 6510
Tallahassee, FL 32314-6510

Frank, Weinberg & Black, PL
David W. Black, Esq.
7805 SW 5th Court
Plantation, FL 33324

Frog Street Press Inc.
800 Industrial Blvd., Suite 100
Grapevine, TX 76051-8634

GG IT Tech
13131 55th Road N.
West Palm Beach, FL 33411-8353

Georgopulos, Yvonne
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Gregory James Blount
760 NW 4th Court
Boca Raton, FL 33432-2502

Haile Shaw & Pfaffenberg
660 U.S. Highway One, 3rd Floor
North Palm Beach, FL 33408-4628

Haile, Shaw & Pfaffenberger, P.A.
660 U.S. HIGHWAY ONE
THIRD FLOOR
Attn: S. Daversa
NORTH PALM BEACH, FL 33408-4629

Heather Ferrin
5509 Descartes Cir
Boynton Beach, Fl 33472-2410

Henry Cook
1240 Rosegate Blvd
Riviera Beach, FL 33404-1822

Hill York Services Corporation
PO Box 350155
Ft. Lauderdale, FL 33335-0155

IAN BOTTOM
17225 MURCOTT BLVD
LOXAHATCHEE, FL 33470-2768

Ian Bottom
17225 Murcott Bld
Loxahatchee, Fl 33470-2768

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Irizarry, Jeffry
2209 Amesbury Ct.
Wellington, FL 33414-8021

Issurdatt-Hafeez, Ruth Ann
7374 Brunswick Circle
Boynton Beach, FL 33472-2536

James Solomon
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Johnson Controls Fire Protection
50 Technology Dr
Westminster, MA 01441-0001

Juan ali alba Olivera
2180 white pine cir apt C
Greenacres, FL 33415-6175

Kevin Willse
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

King & Walker, CPAs, PL
2803 W. Busch Blvd #106
Tampa, FL 33618-4517

Kirschenbaum, Mark Adam
2170 Polo Gardens Drive #207
Wellington, FL 33414-2030

Kolbenschlag, Kristin
73 Lariat Circle
Boca Raton, FL 33487-1515

Krista Martinelli
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Kristin Kolbenschlag
455 NE 37th Street
Boca Raton, FL 33431-5925

Mari Heinonen
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Maria M. Barlett
11775 Laurel Valley Circle
Wellington, FL 33414-5923

Maria R. Acevedo
1451 The 12th Fairway
Wellington, FL 33414-5708

Marie R. Acevdeo
1451 the 12th Fariway
Wellington, Fl 33414-5708

Marlene Ortiz
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Martinelli, Krista J.
c/o c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Matta, Mira
6857 Hendry Drive
Lake Worth, FL 33463-7468

McCoy, Pamela
127 Victory Circle
Boynton Beach, FL 33436-2894

Mejia Cleaning Service
4366 Minerva Drive
Melbourne, FL 32904

Melinda T. Chase
17143 63rd RD N
Loxahatchee, FL 33470-6014

Mia, Rokshana
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Millard, William
9811 Spanish Isles Drive
Boca Raton, FL 33496-1829

Morse Communications Inc.
393 East Drive
Melbourne, FL 32904

Office Depot
PO Box 1413
Charlotte, NC 28201-1413

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ortiz, Marlene
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Palm Beach County School Board
c/o Charles Cohen, Esq.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Palm Beach Fire Equipment Co
3965 A-10 Investment Lane
Rivera Beach, FL 33404-1775

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4361

Prime Rate Premium Finance Corp.
PO Box 580016
Charlotte, NC 28258-0016

Progressus Therapy
75 Remittance Drive Suite 6221
Chicago, IL 60675-6221

Protective Pest Control
8211 Bama Lane, Suite 2
West Palm Beach, FL 33411-3786

ROKSHANA MIA
12681 WHITE CORAL DR
WELLINGTON, FL 33414-8092

Revenue Systems
PO Box 15257
Clearwater, FL 33766-5257

Rich, Robert Lee
922 SW 11th Terrace
Delray Beach, FL 33444-7737

Robert Lee Rich
922 Southwest 11th Terrance
Delray Beach, FL 33444-7737

Russo, Joseph A.
712 Sunny Pine Way, A-2
Greenacres, FL 33415-8969

Ryerson, Anita
12262 Areaca Drive
Wellington, FL 33414-4102

Scardaccione, Deborah J.
1660 Renaissance Commons, #2504
Boynton Beach, FL 33426-7226

Scott Albano
9561 Majestic Way
Boynton Beach
Florida 33437
9561 Majestic Way, FL 33437-3324

Scott Albano
9561 Majestic Way
Boynton Beach, Fl 33437-3324

Searing, Colleen
1322 Denlow Lane
Royal Palm Beach, FL 33411-4012

Simplex Ginnell
Dept Ch 10320
Palatine, IL 60055-0320

Sommer Talerico
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Studies Weekly Inc.
1140 North 1430 West
Orem, UT 84057-6405

Summerlin, Amy
3196 N. Jog Road, Apt 6201
West Palm Beach, FL 33411-7434

Sun Life Financial
PO Box 843300
Kansas City, MO 64184-3300

Suntrust Bank
PO Box 404468
Atlanta, GA 30384-4468

Supplyworks
PO Box 404468
Atlanta, GA 30384-4468

SurTec Insurance Company
P.O. Box 5005
Woodland Hills CA 91365-5005

Synter Resource Group LLC
PO Box 63247
North Charleston, SC 29419-3247

Szabo Associates Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1395

Talerico, Sommer D
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Tandem Interactive Inc.
1700 E. Las Olas Blvd., Suite 301
Fort Lauderdale, FL 33301-2407

The Village of Wellington
12300 Forest Hill Blvd.
Wellington, FL 33414-7699

Thyssen Krupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

Toshibia Business Solutions USA
PO Box 402709
Atlanta, GA 30384-2709

Toshibia Financial Services
PO Box 790448
St Louis, MO 63179-0448

US Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179-0448

United Healthcare
PO Box 94017
Palatine, IL 60094-4017

UnitedHealthcare Insurance Company
CDM-ATTN: Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408

Var Technology Finance
PO Box 790448
St. Louis, MO 63179-0448

Vega, Rosa
13131 55th Road N
West Palm Beach, FL 33411-8353

Villegas Santos, Ivonne
1200 Waterway Village Court, #1117
Greenacres, FL 33413-2173

Vivian a Welch
2412 Avenue S
Riviera beach, FL 33404-4035

Voss & Klein
49 N Federal Hwy Suite 316
Pompano Beach, FL 33062-4304

WPTV-Scripps Media Inc.
PO Box 116871
Atlanta, GA 30368-6871

Walsworth
PO Box 310287
Des Moines, IA 50331-0287

Waste Management Inc. of Florida
PO Box 105453
Atlanta, GA 30348-5453

Weiss Handler & Cornwell PA
2255 Glades Road Suite 218-A
Boca Raton, FL 33431-7392

Weiss, Charles L
12140 56th Place N
West Palm Beach, FL 33411-8532

Welch, Vivian
2412 Avenue S
Lake Worth, FL 33404-4035

Wellington Utilities
PO Box 31632
Tampa, FL 33631-3632

William Millard
9811 Spanish Isles Dr
Boca Raton, FL 33496-1829

Willse, Kevin
5183 Pinetree Drive
Delray Beach, FL 33484-1128

Windstream Holdings LLC
PO Box 9001013
Louisville, KY 40290-1013

Yvonne Georgopulos
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Jeffry Irizarry
Law Offices of Adam Farber, P.A.
1500 GATEWAY BLVD., Suite 220
Boynton Beach, CA 33426-7233

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Ned R Nashban
Barits & Colman LLP
1075 Broken Sound Parkway
Suite 102
Boca Raton, FL 33487-3541

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431-7391

## CERTIFICATION

1. I have been designated by **Greenspoon Marder, LLP.** (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for inhouse photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:

**I HEREBY CERTIFY** that the foregoing is true and correct.

**GREENSPOON MARDER, LLP.**
**Attorneys for Chapter 7 Trustee**
**525 Okeechobee Blvd, Suite 900**
**West Palm Beach, FL 33401**

_____

**Michael R. Bakst** , ESQ.
**Florida Bar No. 866377**

Dated: October 1, 2019

**EXHIBIT 1-A**
**SUMMARY OF PROFESSIONAL AND**
**PARAPROFESSIONAL TIME**

**PROFESSIONALS**

| Name | Year Licensed | Total Hours | Hourly Rate | Total Fees |
|------|-----------|-------------|-------------|------------|
| Rilyn Carnahan | 12/31/2002 | 9.10 | 475.00 | 4,322.50 |
| SUBTOTALS | | **9.10** | $475.00 | **$4,322.50** |

**PARAPROFESSIONALS**

| Name | Year Licensed | Total Hours | Hourly Rate | Total Fees |
|------|-----------|-------------|-------------|------------|
| Michael R. Bakst | 12/31/1990 | 85.50 | 595.00 | 50,872.50 |
| SUBTOTALS | | **85.50** | $595.00 | **$50,872.50** |

10

**TOTAL:**

Total Hours by Professional and Paraprofessional:                    94.60

"Blended" Hourly Rate: **                                         $583.46

                                                                 $55,195.00
Total Professional and Paraprofessional Fees:

\* Indicate any changes in hourly rate during this Application and the date of such change: **NONE**

\*\* Hourly Rate Totals Indicate "blended" hourly rate.

**Exhibit "1-B"**
**Summary of Professional and Paraprofessional Time by**
**Activity Code Category for this Time Period Only**

| Task Code | Name | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| **B111 - Contested Matters** | | | | | |
| | Michael R. Bakst | Partner | 595.00 | 80.60 | 47,957.00 |
| | Rilyn Carnahan | Associate | 475.00 | 9.10 | 4,322.50 |
| | SUBTOTALS | | | 89.70 | 52,279.50 |
| **B160 - Fee/Employment Applications** | | | | | |
| | Michael R. Bakst | Partner | 595.00 | 4.90 | 2,915.50 |
| | SUBTOTALS | | | 4.90 | 2,915.50 |

12

**EXHIBIT 2**
**Summary of Requested Reimbursement of Expenses**
**for this Time Period Only**

**(If this is a final application which does not cumulate prior interim applications, a separate**
**summary showing cumulative expenses for all applications is attached as well)**

| | | |
|---|---|---:|
| 1. | Filing Fees | $0.00 |
| 2. | Process Service Fees | $270.70 |
| 3. | Witness Fees | $0.00 |
| 4. | Court Reporter Fees and Transcripts | $0.00 |
| 5. | Lien and Title Searches | $0.00 |
| 6. | Photocopies | |
| | (a) In-house Copies | $106.00 |
| | (b) Outside Copies | $0.00 |
| 7. | Postage | $990.10 |
| 8. | Overnight Delivery Charges (FedEx) | $13.00 |
| 9. | Outside Courier/Messenger Services | $0.00 |
| 10. | Long-Distance Telephone Charges | $6.73 |
| 11. | Long-Distance Fax Transmissions | $0.00 |
| 12. | Computerized Research | $19.28 |
| 13. | Out of Southern District of Florida Travel | |
| | (a) Transportation / Lodging | $0.00 |
| | (b) Meals | $0.00 |
| 14. | Other Permissible Expenses | |
| | Total Expense Reimbursement Requested | **$1,405.81** |

13

# GreenspoonMarder

Trade Centre South - Suite 700
100 West Cypress Creek Road
Fort Lauderdale, Florida 33309
Toll Free (888) 491-1120
Fax (954) 343-6272
Federal Tax ID 59-2402121

09/26/2019

Invoice No. 1153487

File No. 29511.0514

### FOR PROFESSIONAL SERVICES RENDERED

Eagle Arts & Academy, Inc.

**B111-Contested Matters**

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 03/29/2019 | M.Bakst | 0.80 | 476.00 | Prepare email to William Berger outlining proposed to retain his firm as special counsel; follow up emails as to modification of proposal for employment |
| 03/29/2019 | M.Bakst | 2.90 | 1,725.50 | Review all purported charging lien documents from counsel; legal research as to perfection of same; prepare internal memorandum as to conclusion with same. |
| 04/01/2019 | M.Bakst | 1.40 | 833.00 | Emails with counsel and internally as to pending issues in case; emails with proposed special counsel as to possible terms of employment |
| 04/02/2019 | M.Bakst | 1.70 | 1,011.50 | Emails with Ned Nashban as to follow up from meeting with Mr. Blount; emails with Kapila Mukamal as to same, and other pending attempts to obtain records |
| 04/04/2019 | M.Bakst | 1.80 | 1,071.00 | Review retention agreements and email as to same from William Berger; review additional court orders sent as to pending litigation; discuss matter with William Berger |

14

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| | | | | |
|---|---|---|---|---|
| 04/04/2019 | M.Bakst | 0.30 | 178.50 | Discuss matter with Scott Orth, attorney for landlord; review documents sent |
| 04/05/2019 | M.Bakst | 1.50 | 892.50 | Review recent documents, emails and other information sent as to contracts with Debtor, financials, computer information and other ongoing investigation; prepare multiple follow up emails as to same. |
| 04/08/2019 | M.Bakst | 1.30 | 773.50 | Follow up emails with Ned Nashban upon filing of schedules and court papers as to certain liens not disclosed in court filings and certain property not disclosed; emails with accounting firm and auctioneer associated with same |
| 04/08/2019 | M.Bakst | 2.70 | 1,606.50 | Review UCC-1's on file with State of Florida (locate 6); attempt to match to court filings and information provided by Debtor prior to filing of Schedules; prepare detailed email to Ned Nashban (Debtor's counsel) outlining questions with same, including whether certain property has been returned to certain creditors and location of certain property. |
| 04/09/2019 | M.Bakst | 1.30 | 773.50 | Multiple emails with Debtor's counsel as to verifying ownership of property, liens on property and ability to sell same |
| 04/10/2019 | M.Bakst | 0.40 | 238.00 | Emails with Kapila Mukamal regarding investigation into Debtor's accounting firm and handling of responsibilities by same. |
| 04/10/2019 | M.Bakst | 0.40 | 238.00 | Emails back and forth with Scott Orth, on behalf of landlord, as to requested language being sought by his client in letter to closing agent. |
| 04/11/2019 | M.Bakst | 0.20 | 119.00 | Discuss production of insurance policy information with Debbie Wasserman at BB&T; update file accordingly |
| 04/12/2019 | M.Bakst | 0.20 | 119.00 | Emails with William Berger as to substitution of party information |

15

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 04/12/2019 | M.Bakst | 1.60 | 952.00 | Review all emails of past several days; prepare follow up emails to Ned Nashban; prepare follow up emails with Kapila Mukamal as to additional documents sent and various insider transactions. |
| 04/12/2019 | R.Carnahan | 1.10 | 522.50 | Review email from Trustee regarding Sound Tree Licensing Agreement and issues presented by payments to insiders company ; review attachments including licensing agreement. |
| 04/15/2019 | M.Bakst | 0.40 | 238.00 | Review and respond to emails from William Berger and Ned Nashban as to litigation against board of directors and effects of automatic stay |
| 04/16/2019 | R.Carnahan | 1.10 | 522.50 | Attend hearing on final motion to approve employment of counsel and accountants . |
| 04/16/2019 | R.Carnahan | 0.20 | 95.00 | Review final order approving employment of counsel prior to uploading. |
| 04/22/2019 | M.Bakst | 0.40 | 238.00 | Emails with Ned Nashban as to location of certain data and computers. |
| 04/22/2019 | M.Bakst | 0.50 | 297.50 | Emails with William Berger as to insurance claim rejection letters; review of packages sent regarding same |
| 04/22/2019 | M.Bakst | 3.10 | 1,844.50 | Prepare package of documents, along with summary, to send to Barry Gruher to potentially be special counsel for purposes of insurance causes of action |
| 04/23/2019 | R.Carnahan | 1.10 | 522.50 | Attend hearing on motion to employ special counsel |
| 04/23/2019 | M.Bakst | 0.30 | 178.50 | Emails with William Berger and phone discussion as to his employment and next steps within litigation. |
| 04/25/2019 | M.Bakst | 0.40 | 238.00 | Review and respond to emails from Ned Nashban as to issues in case |

16

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| 04/30/2019 | M.Bakst | 1.80 | 1,071.00 | Multiple emails with accountants and counsel as to 42 boxes of records in storage and narrowing down of which records are needed for which purpose. |
| 04/30/2019 | M.Bakst | 1.70 | 1,011.50 | Review and respond to email from Scott Orth as to lease; emails with and discuss lease issues with Debtor's counsel; review state court litigation with landlord, including specific provisions dealing with items at location; prepare internal memorandum summarizing same. |
| 05/01/2019 | R.Carnahan | 0.20 | 95.00 | Receive/review email from W. Berger regarding Debtor's documents and which docs he may require. |
| 05/01/2019 | M.Bakst | 1.80 | 1,071.00 | Prepare motion for supplemental order on approval of special counsel; prepare order on same; emails with special counsel as to same. |
| 05/02/2019 | R.Carnahan | 0.20 | 95.00 | Correspondence from W. Berger regarding additional documents he may require; review chain of emails; discuss with trustee. |
| 05/02/2019 | M.Bakst | 0.90 | 535.50 | Review and respond to multiple emails with counsel as to position of School Board on various issues. |
| 05/03/2019 | M.Bakst | 0.20 | 119.00 | Emails with Scott Orth negotiating possible sale of lease rights |
| 05/08/2019 | R.Carnahan | 0.60 | 285.00 | Review Sound Tree Licensing documents. |
| 05/08/2019 | R.Carnahan | 1.10 | 522.50 | Receive/review schedule of potential transfers from Debtor; review files regarding each category of transfers. |
| 05/08/2019 | R.Carnahan | 2.10 | 997.50 | Receive/review shareable with board minutes. |
| 05/08/2019 | M.Bakst | 0.20 | 119.00 | Emails with special counsel as to supplemental order approving employment |

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 05/09/2019 | R.Carnahan | 0.30 | 142.50 | Review list of files recovered from Debtor's laptops. |
| 05/14/2019 | M.Bakst | 2.00 | 1,190.00 | Prepare motion to approve sale of leasehold interest |
| 05/14/2019 | M.Bakst | 0.70 | 416.50 | Review changes to motion to approve sale provided by Scott Orth; emails in response; revise motion accordingly. |
| 05/16/2019 | M.Bakst | 0.30 | 178.50 | Emails with David Stern, as counsel for prior landlord, where he was asking questions about motion to approve sale of interests within lease |
| 05/16/2019 | M.Bakst | 0.30 | 178.50 | Emails with William Berger as to pending litigation and attempts to pursue $85,000.00 transportation claim |
| 05/16/2019 | M.Bakst | 0.40 | 238.00 | Emails with Scott Orth regarding pending motion to approve sale of interests in lease |
| 05/17/2019 | M.Bakst | 0.40 | 238.00 | Emails back and forth with Scott Orth as to scope of sale motion involving lease. |
| 05/21/2019 | R.Carnahan | 1.10 | 522.50 | Telephone conference with B. Gruher and G. Garno regarding insurance issues and whether a claim exists; conference with Trustee regarding same. |
| 05/21/2019 | M.Bakst | 0.20 | 119.00 | Emails with Scott Orth as to location of certain personal property of Debtor |
| 05/22/2019 | M.Bakst | 0.60 | 357.00 | Emails and conferences as to complying with and coordinate turnover of certain records to the School Board of Palm Beach County |
| 05/28/2019 | M.Bakst | 0.30 | 178.50 | Emails back and forth relating to demands by School Board for certain files |
| 05/29/2019 | M.Bakst | 0.20 | 119.00 | Discuss demands of School Board with Charles Cohen as to assertion of public funds purchasing items that have already been abandoned. |
| 05/31/2019 | M.Bakst | 0.40 | 238.00 | Review and respond to emails from William Berger as to secured claim filed by School Board |

18

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| 06/04/2019 | M.Bakst | 1.30 | 773.50 | Prepare motion to allow turnover of records and electronics to School Board; prepare order on same. |
|---|---|---|---|---|
| 06/04/2019 | M.Bakst | 0.70 | 416.50 | Review email from Ned Nashban as to Pitney Bowes machine; follow up emails as to same. |
| 06/05/2019 | M.Bakst | 0.50 | 297.50 | Multiple emails regarding turn over of items to School Board. |
| 06/06/2019 | M.Bakst | 0.50 | 297.50 | Review email from accountants outlining missing documents; emails with Ned Nashban, debtor's counsel, back and forth as to same. |
| 06/11/2019 | M.Bakst | 1.40 | 833.00 | Prepare for and attend hearings on motion to approve sale of lease rights as well as motion to extend time to assume or reject; revise proposed orders based on rulings. |
| 06/11/2019 | M.Bakst | 0.80 | 476.00 | Review email from Robert Furr as to Displaced Student Grant funds; internal conferences and emails as to same; prepare email in response. |
| 06/11/2019 | M.Bakst | 0.70 | 416.50 | Receive email from Bill Berger as to litigation issues with School Board; phone conversation as to same; review follow up email as to statutory question; review same and prepare email in response. |
| 06/11/2019 | M.Bakst | 0.30 | 178.50 | Review and respond to email from Ned Nashban as to his client's position on a teacher's claim; internal emails as to same |
| 06/12/2019 | M.Bakst | 0.40 | 238.00 | Emails with various parties as to providing access to storage location to School Board |
| 06/12/2019 | M.Bakst | 0.30 | 178.50 | Review related emails; prepare email to former property manager of Debtor as to knowledge of personal property left at premises. |

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| | | | | |
|---|---|---|---|---|
| 06/12/2019 | M.Bakst | 0.30 | 178.50 | Follow up email to Scott Orth as to contact information for current owner with knowledge of personal property left at premises, also in regard to sale of estate's interest in lease |
| 06/13/2019 | M.Bakst | 0.80 | 476.00 | Review email with attached chart updating information from accountants as to missing bank and financial documents; internal emails as to subpoenas for same. |
| 06/13/2019 | M.Bakst | 0.40 | 238.00 | Review email response from Denissa Rivero from ABM Building Solutions, LLC regarding questions about location of personal property of the Debtor left at location; prepare email in response; prepare email to attorneys for School Board seeking information they may have. |
| 06/14/2019 | M.Bakst | 0.30 | 178.50 | Review follow up email from Denisssa Rivero as to items as rental property; prepare follow up email to Robert Furr and Charles Cohen as to information being sought from their client, the Palm Beach County School Board. |
| 06/14/2019 | M.Bakst | 0.70 | 416.50 | Prepare letter with enclosures to Wellington School Property LLC seeking information as to property of Debtor left at school location pre-petition. |
| 06/14/2019 | M.Bakst | 0.10 | 59.50 | Review and respond to email from Robert Furr as to questions about location of certain personal property |
| 06/15/2019 | M.Bakst | 0.20 | 119.00 | Review and respond to Scott Orth as to order approving sale of certain lease rights. |
| 06/18/2019 | M.Bakst | 0.20 | 119.00 | Review and respond to email from Scott Orth as to lease assignment. |
| 06/21/2019 | M.Bakst | 0.40 | 238.00 | Review and revise proposed lease assignment from Scott Orth; emails as to same |

20

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| 06/26/2019 | M.Bakst | 0.30 | 178.50 | Prepare email to Robert Furr and Charles Cohen regarding information being obtained from the School Board as to items remaining at the prior leased premises of the Debtor |
| 06/26/2019 | M.Bakst | 0.70 | 416.50 | Review matter as to service of process on School Board, as well as pending litigation on School Board; emails with William Berger, special counsel, regarding litigation status and issues. |
| 06/26/2019 | M.Bakst | 1.00 | 595.00 | Prepare notice of intent to serve subpoena upon Wellington School Property, LLC; prepare subpoena; prepare notice of Rule 2004 examination duces tecum. |
| 06/27/2019 | M.Bakst | 0.20 | 119.00 | Discuss pending issues in case with Charles Cohen |
| 06/27/2019 | M.Bakst | 0.20 | 119.00 | Emails with Ned Nashban as to subpoena upon purchaser of real property previously leased by the Debtor. |
| 06/28/2019 | M.Bakst | 0.20 | 119.00 | Review email from David Stern as to case; discuss matter with him |
| 06/28/2019 | M.Bakst | 0.70 | 416.50 | Emails with Charles Cohen, attorney for School Board, as to information on personal property of the Debtor left at leased location, as well as with Ned Nashban, Debtor's counsel; follow up emails as to same. |
| 06/28/2019 | M.Bakst | 0.80 | 476.00 | Receive and review IRS notice of levy for 2016 tax year, in violation of the automatic stay; emails with accountants and internally as to same. |
| 07/01/2019 | M.Bakst | 1.40 | 833.00 | Prepare agreed motion for turnover of student grant funds, with order on same |
| 07/05/2019 | M.Bakst | 0.80 | 476.00 | Emails with Bill Berger as to 4th DCA status order; emails to special counsel as to same; follow up emails as to same. |

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| 07/11/2019 | M.Bakst | 0.90 | 535.50 | Emails with School Board as to necessary forms required to obtain turnover of funds; review and finalize certain forms |
| 07/16/2019 | M.Bakst | 0.80 | 476.00 | Review Florida statutes as to service on an LLC, including Florida Statute Section 605.0117; Emails back and forth with process server as to attempts to serve Wellington School Property, LLC |
| 07/16/2019 | M.Bakst | 0.50 | 297.50 | Prepare revised Notice of Intent to Serve Subpoena, Subpoena and 2004 notice duces tecum as to Wellington School Property, LLC to provide new date based upon inability to serve prior subpoena. |
| 07/16/2019 | M.Bakst | 0.20 | 119.00 | Review and respond to email from School Board representative as to delivery of check; internal emails as to same |
| 07/18/2019 | M.Bakst | 1.20 | 714.00 | Review multiple 4th DCA Orders as to status updates on appeal; emails as to same and filing of court paper |
| 07/19/2019 | M.Bakst | 1.20 | 714.00 | Review recent 4th DCA court order as to requirement to provide status report; emails with Ned Nashban as to same; revise and finalize proposed status report to file with the 4th DCA |
| 07/23/2019 | M.Bakst | 0.30 | 178.50 | Emails with process server as to attempts to serve Wellington School Property, LLC and alternate actions to take. |
| 07/25/2019 | M.Bakst | 0.30 | 178.50 | Discuss matter of 4th DCA appeal status request with Debtors' counsel; internal emails as to same |
| 07/25/2019 | M.Bakst | 0.60 | 357.00 | Emails with counsel and Debtor as to 4th DCA status report; internal conferences as to same. |

22

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| 07/25/2019 | M.Bakst | 1.40 | 833.00 | Review information as to employee wage claims and necessary tax information; prepare letters to numerous employees seeking information necessary for tax purposes. |
|---|---|---|---|---|
| 08/01/2019 | M.Bakst | 0.30 | 178.50 | Additional emails with process server as to attempts to serve Wellington School Property, LLC |
| 08/07/2019 | M.Bakst | 0.40 | 238.00 | Review return of service demonstrated that service has been obtained upon Wellington School Property, LLC; emails with Greg Blount as to whether or not deposition will take place tomorrow. |
| 08/07/2019 | M.Bakst | 0.40 | 238.00 | Emails with attorney Kevin MacWilliam regarding Welllinton School Property, LLC subpoena |
| 08/20/2019 | M.Bakst | 1.40 | 833.00 | Review all prior emails with Debtor's counsel, School Board, and any prior persons with knowledge to compile documents and information for Wellington School Property deposition; internal emails as to same. |
| 08/20/2019 | M.Bakst | 0.60 | 357.00 | Emails with counsel for School Board and School Board representative that responded to me as to any type of inventory or photographs of items at location. |
| 08/20/2019 | M.Bakst | 0.80 | 476.00 | Review file as to transportation claim of $85,000.00; emails and telephone call with Bill Berger as to same; internal emails as to same. |
| 08/20/2019 | M.Bakst | 0.20 | 119.00 | Prepare email to Marcos Jimenez as to upcoming deposition of Wellington School Property, LLC in an attempt to ascertain disposition of personal property left a premises when Debtor vacated. |

23

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| 08/20/2019 | M.Bakst | 0.80 | 476.00 | Emails with accountants as missing bank records, subpoenas for same, and ability to complete avoidance analysis |
| 08/20/2019 | M.Bakst | 0.60 | 357.00 | Additional emails with School Board as to obtaining photographs of leasehold premises upon their inspection. |
| 08/21/2019 | M.Bakst | 0.70 | 416.50 | Review and respond to emails from Marcos Jimenez regarding deposition of Wellington School. |
| 08/21/2019 | M.Bakst | 0.30 | 178.50 | Emails with Greg Blount regarding Wellington School deposition. |
| 08/22/2019 | M.Bakst | 3.30 | 1,963.50 | Prepare for and take Rule 2004 examination of Wellington School Property, LLC.; review related emails and documents beforehand; review documents produced at deposition after conclusion of examination. |
| 08/22/2019 | M.Bakst | 0.40 | 238.00 | Emails and telephone discussion with Marcos Jimenez regarding deposition set for today of his client |
| 08/23/2019 | M.Bakst | 0.50 | 297.50 | Emails with Marcos Jimenez regarding ownership of personal property and representative of Academica to contact. |
| 08/23/2019 | M.Bakst | 0.90 | 535.50 | Review emails from Greg Blount with attachments as to personal property at prior leasehold location; review file; prepare email in response. |
| 08/23/2019 | M.Bakst | 0.30 | 178.50 | Review and respond to email from Bill Berger regarding transportation claim |

24

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| Date | Attorney | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 08/26/2019 | M.Bakst | 2.10 | 1,249.50 | Review multiple photos sent by School Board as to property of the Debtor at the leasehold premises; review deposition notes and documents from depo of current owner; emails back and forth with Furr Cohen as to position of School Board on ownership of personalty; emails with William Berger as to same; review multiple follow up emails with more photos |
| 08/29/2019 | M.Bakst | 0.30 | 178.50 | Emails with Charles Cohen regarding personalty at leasehold location |
| 09/05/2019 | M.Bakst | 0.20 | 119.00 | Review and respond to email from Charles Cohen as to position of School Board as to property at leasehold location. |
| 09/06/2019 | M.Bakst | 1.70 | 1,011.50 | Review latest bank reconciliation and transfer analysis from Kapila Mukamal; emails as to same. |
| 09/09/2019 | M.Bakst | 0.40 | 238.00 | Review matter as to lack of response from Marcos Jimenez; follow up emails back and forth as to same. |
| 09/10/2019 | M.Bakst | 0.20 | 119.00 | Follow up emails with Charles Cohen as to position of School Board on ownership of personal property at prior leasehold location. |
| 09/17/2019 | M.Bakst | 0.40 | 238.00 | Review of email from School Board as to not claiming an ownership interest in personal property at former leaseholder premises; discuss same with potential auctioneer to evaluate whether to bring suit |
| 09/17/2019 | M.Bakst | 1.20 | 714.00 | Review all pending matters in case to prepare for; participate in internal conference as to case status and possible litigation claims |

25

Michael R. Bakst AS TRUSTEE
Invoice No. 1153487

| 09/20/2019 | M.Bakst | 0.30 | 178.50 | Review and respond to email from Marcos Jimenez seeking additional information about personal property at leasehold premises |
| 09/20/2019 | M.Bakst | 0.20 | 119.00 | Internal emails as to follow up as to demand for turnover of personal property at leasehold premises |
| 09/20/2019 | M.Bakst | 0.20 | 119.00 | Emails with auctioneer as to value of personal property at leasehold premises |
| 09/20/2019 | M.Bakst | 0.60 | 357.00 | Review status of emails with Marcos Jimenez, attorney for owner of leasehold premises, regarding personal property at leasehold premises; prepare email seeking turnover of same. |
| 09/23/2019 | M.Bakst | 0.20 | 119.00 | Emails with Marcos Jimenez as to items at leasehold premises. |
| 09/25/2019 | M.Bakst | 0.70 | 416.50 | Emails internally as well as with Marcos Jiminez as to photographs of personal property at leasehold premises |

**Task Subtotal**       **89.70**   **52,279.50**

**B160-Fee/Employment Applications**

| 03/28/2019 | M.Bakst | 1.70 | 1,011.50 | Prepare emergency application to employ counsel, with affidavit and order; underlying emails as to same |
| 03/28/2019 | M.Bakst | 1.40 | 833.00 | Prepare emergency application to employ accountant, with order; underlying emails involving same |
| 04/02/2019 | M.Bakst | 1.30 | 773.50 | Prepare for and attend hearings on emergency employment of counsel and accountants; prepare proposed interim order based on Court's ruling. |
| 04/18/2019 | M.Bakst | 0.50 | 297.50 | Prepare final orders approving employment of counsel and employment of accountant, based on ruling of Court. |

**Task Subtotal**       **4.90**   **2,915.50**

HOURS                                        **94.60**

TOTAL FOR SERVICES                  **55,195.00**

26

Michael R. Bakst AS TRUSTEE

Invoice No. 1153487

DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 03/31/2019 | Westlaw - Online legal research - 1 | 19.28 |
| 04/08/2019 | Document Reproduction - 424 | 106.00 |
| 04/09/2019 | Postage - 1 | 233.60 |
| 04/11/2019 | Postage - 1 | 56.00 |
| 04/22/2019 | Postage - 26 | 13.00 |
| 04/22/2019 | Postage - 14 | 7.00 |
| 04/22/2019 | Postage - 73 | 36.50 |
| 04/23/2019 | Postage - 1 | 0.95 |
| 04/24/2019 | Postage - 4 | 2.00 |
| 04/24/2019 | Postage - 26 | 13.00 |
| 04/24/2019 | Postage - 85 | 42.50 |
| 05/01/2019 | Long Distance/Telephone Expense | 6.73 |
| 05/02/2019 | Postage - 115 | 74.75 |
| 05/08/2019 | Postage - 114 | 57.00 |
| 05/15/2019 | Postage - 28 | 26.60 |
| 05/15/2019 | Postage - 31 | 40.30 |
| 05/15/2019 | Postage - 25 | 23.75 |
| 05/15/2019 | Postage - 2 | 1.00 |
| 05/15/2019 | Postage - 9 | 10.80 |
| 05/15/2019 | Postage - 7 | 3.50 |
| 05/15/2019 | Postage - 25 | 32.50 |
| 05/21/2019 | Postage - 1 | 0.50 |
| 05/28/2019 | Postage - 20 | 13.00 |
| 05/28/2019 | Postage - 1 | 0.50 |
| 05/28/2019 | Postage - 103 | 66.95 |
| 06/10/2019 | Postage - 3 | 1.50 |
| 06/10/2019 | Postage - 2 | 1.00 |
| 06/10/2019 | Postage - 112 | 56.00 |
| 06/10/2019 | Postage - 13 | 6.50 |
| 06/13/2019 | Postage - 145 | 72.50 |
| 06/14/2019 | Postage - 1 | 6.95 |
| 06/14/2019 | Postage - 1 | 0.50 |
| 06/18/2019 | Postage - 144 | 72.00 |
| 06/20/2019 | Delivery/Courier - 1 | 13.00 |
| 06/21/2019 | Postage - 1 | 0.50 |

Michael R. Bakst AS TRUSTEE

Invoice No. 1153487

| Date | Description | Amount |
|---|---|---|
| 06/24/2019 | Postage - 1 | 0.50 |
| 06/25/2019 | Postage - 3 | 1.50 |
| 06/26/2019 | Postage - 2 | 2.60 |
| 06/27/2019 | Postage - 1 | 0.50 |
| 07/01/2019 | Postage - 3 | 1.50 |
| 07/03/2019 | Postage - 3 | 1.50 |
| 07/16/2019 | Postage - 2 | 2.60 |
| 07/17/2019 | Postage - 1 | 0.50 |
| 07/17/2019 | Postage - 2 | 1.30 |
| 07/23/2019 | Service of Process | 74.10 |
| 08/07/2019 | Postage - 3 | 1.95 |
| 08/08/2019 | Postage - 3 | 1.50 |
| 08/14/2019 | Postage - 1 | 0.50 |
| 08/21/2019 | Service of Process | 196.60 |
| 09/13/2019 | Postage - 1 | 0.50 |
| | **TOTAL FOR DISBURSEMENTS** | **$1,405.81** |
| | **AMOUNT DUE THIS INVOICE** | **$56,600.81** |

## TIME SUMMARY

| Name | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Rilyn Carnahan | Associate | 475.00 | 2.10 | 997.50 |
| Michael R. Bakst | Partner | 595.00 | 0.20 | 119.00 |
| **Total** | | | **94.60** | **$55,195.00** |

28

Michael R. Bakst AS TRUSTEE

Invoice No. 1153487

## TASK CODE SUMMARY

| Task Code | Description | Total Hours | Total Fees |
|-----------|-------------|-------------|------------|
| **B111** | Contested Matters | 89.70 | 52,279.50 |
| **B160** | Fee/Employment Applications | 4.90 | 2,915.50 |
| **Total** | | **94.60** | **$55,195.00** |

## TASK CODE SUMMARY PER TIMEKEEPER

| Name | Title | Hourly Rate | Total Hours | Total Fees |
|------|-------|-------------|-------------|------------|
| **B111-Contested Matters** | | | | |
| Michael R. Bakst | Partner | $595.00 | 80.60 | $47,957.00 |
| Rilyn Carnahan | Associate | $475.00 | 9.10 | $4,322.50 |
| Subtotal | | | 89.70 | $52,279.50 |
| **B160-Fee/Employment Applications** | | | | |
| Michael R. Bakst | Partner | $595.00 | 4.90 | $2,915.50 |
| Subtotal | | | 4.90 | $2,915.50 |

## COST SUMMARY

| Code | Description | Amount Billed |
|------|-------------|---------------|
| LDIST | Long Distance/Telephone Expense | 6.73 |
| SDEL | Delivery/Courier | 13.00 |
| SDOC | Document Reproduction | 106.00 |
| SERV | Service of Process | 270.70 |
| SRES | Online Legal Research | 19.28 |

## FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date of Order | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| 10/1/19 | | 3/28/2018-9/256/2019 | $55,195.00 | $1,405.81 | | | $55,195.00 | $1,405.81 | | | $11,039.00 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

EXHIBIT "4"