UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 19-13770-MAM

EAGLE ARTS ACADEMY, INC.

　　　　Debtor.
_____

**MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY**

> **ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 9013-1(D), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION. ANY SCHEDULED HEARING MAY THEN BE CANCELED.**

　　　　**Michael R. Bakst**, Trustee in Bankruptcy for Eagle Arts Academy, Inc., (the "Trustee") by and through undersigned counsel hereby files this Motion to Approve Stipulation to Compromise Controversy and states:

　　　　1.　　Attached hereto is a Stipulation to Compromise Controversy ("Stipulation") that has been entered into between the **Trustee** and **Wellington School Property, Inc., a Florida Limited Liability Company,** ("Wellington")

　　　　2.　　As outlined in the Stipulation, the Trustee and Wellington have reached a settlement to settle the dispute associated with the ownership of the personal property by paying the sum of $7,500.00 to the Trustee within fourteen (14) days of the entry of the order approving the Motion to Compromise Controversy as full and final settlement.

42381185v1

3. All payments shall be paid directly to Trustee, Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., at P.O. Box 407, West Palm Beach, Fl 33402.

4. In the event Wellington School Property LLC, a Florida Limited Liability Company fails to comply with the terms of this agreement, or any check does not clear the proper financial institution, the Trustee would be able to pursue any and all claims and causes of action settled pursuant to the stipulation

5. This stipulation and motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019. The Trustee is of the opinion that this settlement is reasonable because he has spent considerable time investigating which personal property was at the leasehold premises and then had a prospective auctioneer review everything to give him an opinion of value for the amount of money that could be obtained from an auction of the items. Most of what has been located has considerable wear and tear. Further, the administrative expenses of moving everything from the location and conducting an auction would likely not result in the estate receiving more than $7,500.00 for the items. In addition to this analysis, the Trustee has considered the litigation expense of suing over which items are in fact owned by the estate and which items are not owned by the estate. The Trustee had begun to prepare an adversary proceeding that would seek an adjudication of ownership, among other relief, which further crystalized in the Trustee's mind the potential administrative expenses that could arise in not settling this matter.

6. The legal principles to be applied in evaluating a proposed settlement have been enunciated upon within the Southern District of Florida in ***In re Arrow Air, Inc.***, **85 B.R. 886**

42381185v1

<sup>
</sup>
<sub>
</sub>

<sup>
</sup>

**(Bkrtcy.S.D.Fla. 1988)**.  The appropriate test is "whether the compromise falls below the lowest point in the range of reasonableness".  **Id. at 891, citing,** **_In re Teltronics Services, Inc._**, **762 F.2d 185, 189(2nd Cir. 1985);** **_In re W.T. Grant Company_**, **699 F.2d 599, 608(2nd Cir. 1983)**.  The Trustee believes that this settlement agreement complies with the legal principles relied upon within these authorities.  The Trustee believes that the settlement is in the best interest of the estate after factoring in possible means of recovery and potential administrative costs of continuing to litigate this action.

7. The Eleventh Circuit provides that when a bankruptcy court decides whether to approve or disapprove a settlement, it must consider:

(i) the probability of success in the litigation;

(ii) the difficulties, if any, to be encountered in the matter of collection;

(iii) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and

(iv) the paramount interest of the creditors and a proper deference to their reasonable view in the premises.

**_In re Justice Oaks II, Ltd_**, 898 F.2d 1544 (11th Cir. 1990).

8. The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being within the best interest of creditors and the estate.

**WHEREFORE**, Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc. ("Trustee") by and through undersigned counsel, respectfully requests that the Court enter an order in the form accompanying this motion approving stipulation to compromise controversy,

42381185v1

plus grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties on the attached mailing list and all creditors on the court matrix, this the 29 day of January, 2020.

                    GREENSPOON MARDER LLP

                    */s/ Michael R. Bakst*
                    MICHAEL R. BAKST, ESQ.
                    Florida Bar No. 866377
                    Attorney for Trustee
                    CityPlace Tower
                    525 Okeechobee Blvd., Suite 900
                    West Palm Beach, FL 33401
                    T: (561) 838-4523    F:    (561) 514-3423
                    Email: michael.bakst@gmlaw.com

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

- Charles I Cohen    ccohen@furrcohen.com, atty_furrcohen@bluestylus.com;wschnapp@furrcohen.com;staff1@furrcohen.com

42381185v1

- Adam D Farber    afarber@adamfarberlaw.com, elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;twolosh@fwblaw.net

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Marcos D. Jimenez, Esq.
255 Alhambra Cir Ste 800
Coral Gables, FL 33134-7412
Office: 305-570-3249
Cell: 305-772-6026
mdj@mdjlegal.com

**All creditors on the creditor's matrix attached herein**

emb 29511.0514

42381185v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-13770-MAM<br>Southern District of Florida<br>West Palm Beach<br>Mon Jan 27 08:39:35 EST 2020 | Charter PB Wellington 2, LLC<br>Frank Weinberg & Black, P.L.<br>David Neal Stern, Esq.<br>1875 NW Corporate Blvd.<br>Suite 100<br>Boca Raton, FL 33431-8550 | Eagle Arts Academy, Inc.<br>PO Box 1268<br>Boca Raton, Fl 33429-1268 |
| The School Board of Palm Beach County, Flori<br>CHARLES I. COHEN, ESQ. FURR COHEN<br>2255 Glades Rd., Ste 301 E<br>Boca Raton, FL 33431-7382 | 12140 56th p n<br>12140 56th pl n<br>west palm beach, FL 33411-8532 | A & S Transportation<br>649 Fifth Avenue South<br>Naples, FL 34102-6601 |
| Access Receivables Management<br>PO Box 1377<br>Cockeysville, MD 21030-6377 | Active Alarms Inc.<br>7512 Dr. Phillips Blvd Suite 50-503<br>Orlando, FL 32819-5420 | Age of Learning for Schools, Inc.<br>101 N. Brand Blvd 8th Floor<br>Glendale, CA 91203-2639 |
| Alba Olivera, Juan<br>2180 White Pine Circle, Apt C<br>Greenacres, FL 33415-6175 | Allen Maxwell & Silver<br>PO Box 540<br>Fair Lawn, NJ 07410-0540 | AmTrust North America, Inc. on behalf of<br>Technology Insurance Company, Inc.<br>c/o Maurice Wutscher LLP<br>23611 Chagrin Blvd. Suite 207<br>Beachwood, OH 44122-5540 |
| Amtrust North America<br>PO Box 6939<br>Cleveland, OH 44101-1939 | Anita K. Ryerson<br>12262 Areaca Drive<br>Wellington, FL 33414-4102 | Anne Gannon Tax Collector PBC<br>PO Box 3715<br>West Palm Beach, FL 33402-3715 |
| Apple Financial<br>PO Box 458<br>Souderton, PA 18964-0458 | Axelrod, Britany<br>10403 Carmen Lane<br>Royal Palm Beach, FL 33411-3013 | BB&T Huffaker Insurance<br>PO Box 89063<br>Charlotte, NC 28289-0635 |
| Barlett, Maria M.<br>11775 Laurel Valley Circle<br>Wellington, FL 33414-5923 | Berrie, Donna<br>20563 S. Charleston<br>Boca Raton, FL 33434-5904 | Blood, Monique S.<br>1693 Ripley Run<br>Wellington, FL 33414-6180 |
| Blount Gregory James<br>760 NE 4th Court<br>Boca Raton, FL 33432 | Booster Enterprises<br>10400 Old Alabama Rd Connector #400<br>Alpharetta, GA 30022-8270 | Brittany Axelrod<br>800 high street<br>unit 316<br>Palo Alto, CA 94301-2455 |
| Broder Stacy<br>740 Malibu Bay Drive Apt 304<br>West Palm Beach, FL 33401-8401 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Catherine Gonzalez<br>15249 97th Rd N<br>West Palm Beach, FL 33412-1760 |
| Charter PB Wellington 2, LLC<br>19950 W Country Club Dr., Suite 800<br>Aventura, FL 33180-4603 | Charter PB Wellington 2, LLC<br>c/o Frank, Weinberg & Black, P.L.<br>Attention: David Neal Stern<br>1875 NW Corporate Blvd., Suite 100<br>Boca Raton, FL 33431-8550 | Charter School Management Corporation<br>43460 Ridge Park Dr., Suite 100<br>Temecula, CA 92590-3600 |

Chase, Melinda
17143 63rd Road N.
Loxahatchee, FL 33470-6014

Christina Cunningham
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Cintas Corporation
PO Box 630910
Cincinnati, OH 45263-0910

Colleen Searing
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601

Companion Corporation
1831 Fort Union Blvd.
Salt Lake City, UT 84121-3041

Cook, Henry
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Cunningham, Christina
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Curriculum Associates LLC
PO Box 4119
Woburn, MA 01888-4119

De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

Deborah Scardaccione
632 Saxony N
Delray Beach, FL 33446-1055

Dixie Marketing
PO Box 634
Hartselle, AL 35640-0634

E Rate Advantage, LLC
106 Lilac Drive
Annandale, NJ 08801-3450

Eagle Arts Academy Inc.
c/o Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Element Management Group Inc.
760 NE 4th Court
Boca Raton, FL 33432

Emma Fiebach
4515 45th way
West palm beach, FL 33407-6847

FPL
General Mail Facility
Miami, FL 33188-0001

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Feibach, Emma
c/o Scott Wagner & Assoc.. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Florida Department of Health
4052 Bald Cypress Way Bid-Bo1
Tallahassee, FL 32399-1729

Florida Department of Health PBC
PO Box 29 4th Floor
West Palm Beach, FL 33402-0029

Florida Department of Revenue
2468 Mentrocentre Blvd
West Palm Beach, FL 33407-3105

Florida Department of Revenue
Payroll Taxes
PO Box 6510
Tallahassee, FL 32314-6510

Frank, Weinberg & Black, PL
David W. Black, Esq.
7805 SW 5th Court
Plantation, FL 33324

Frog Street Press Inc.
800 Industrial Blvd., Suite 100
Grapevine, TX 76051-8634

GG IT Tech
13131 55th Road N.
West Palm Beach, FL 33411-8353

Georgopulos, Yvonne
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd. #104-A
Jupiter, FL 33458-8812

Gregory James Blount
760 NW 4th Court
Boca Raton, FL 33432-2502

Haile Shaw & Pfaffenberg
660 U.S. Highway One, 3rd Floor
North Palm Beach, FL 33408-4628

Haile, Shaw & Pfaffenberger, P.A.
660 U.S. HIGHWAY ONE
THIRD FLOOR
Attn: S. Daversa
NORTH PALM BEACH, FL 33408-4629

Heather Ferrin
5509 Descartes Cir
Boynton Beach, Fl 33472-2410

Henry Cook
1240 Rosegate Blvd
Riviera Beach, FL 33404-1822

Hill York Services Corporation
PO Box 350155
Ft. Lauderdale, FL 33335-0155


IAN BOTTOM
17225 MURCOTT BLVD
LOXAHATCHEE, FL 33470-2768

Ian Bottom
17225 Murcott Bld
Loxahatchee, Fl 33470-2768

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346


Irizarry, Jeffry
2209 Amesbury Ct.
Wellington, FL 33414-8021

Issurdatt-Hafeez, Ruth Ann
7374 Brunswick Circle
Boynton Beach, FL 33472-2536

James Solomon
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812


Johnson Controls Fire Protection
50 Technology Dr
Westminster, MA 01441-0001

Juan ali alba Olivera
2180 white pine cir apt C
Greenacres, FL 33415-6175

Kevin Willse
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812


King & Walker, CPAs, PL
2803 W. Busch Blvd #106
Tampa, FL 33618-4517

Kirschenbaum, Mark Adam
2170 Polo Gardens Drive #207
Wellington, FL 33414-2030

Kolbenschlag, Kristin
73 Lariat Circle
Boca Raton, FL 33487-1515


Krista Martinelli
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Kristin Kolbenschlag
455 NE 37th Street
Boca Raton, FL 33431-5925

Mari Heinonen
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Maria M. Barlett
11775 Laurel Valley Circle
Wellington, FL 33414-5923

Maria R. Acevedo
1451 The 12th Fairway
Wellington, FL 33414-5708

Marie R. Acevdeo
1451 the 12th Fariway
Wellington, Fl 33414-5708


Marlene Ortiz
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Martinelli, Krista J.
c/o c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Matta, Mira
6857 Hendry Drive
Lake Worth, FL 33463-7468

McCoy, Pamela
127 Victory Circle
Boynton Beach, FL 33436-2894

Mejia Cleaning Service
4366 Minerva Drive
Melbourne, FL 32904

Melinda T. Chase
17143 63rd RD N
Loxahatchee, FL 33470-6014


Mia, Rokshana
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd #104-A
Jupiter, FL 33458-8812

Millard, William
9811 Spanish Isles Drive
Boca Raton, FL 33496-1829

Morse Communications Inc.
393 East Drive
Melbourne, FL 32904

| | | |
|---|---|---|
| Office Depot<br>PO Box 1413<br>Charlotte, NC 28201-1413 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ortiz, Marlene<br>c/o Scott Wagner & Assoc. PA<br>250 S. Central Blvd #104-A<br>Jupiter, FL 33458-8812 |
| Palm Beach County School Board<br>c/o Charles Cohen, Esq.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 | Palm Beach Fire Equipment Co<br>3965 A-10 Investment Lane<br>Rivera Beach, FL 33404-1775 | Pitney Bowes<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 | Prime Rate Premium Finance Corp.<br>PO Box 580016<br>Charlotte, NC 28258-0016 | Progressus Therapy<br>75 Remittance Drive Suite 6221<br>Chicago, IL 60675-6221 |
| Protective Pest Control<br>8211 Bama Lane, Suite 2<br>West Palm Beach, FL 33411-3786 | ROKSHANA MIA<br>12681 WHITE CORAL DR<br>WELLINGTON, FL 33414-8092 | Revenue Systems<br>PO Box 15257<br>Clearwater, FL 33766-5257 |
| Rich, Robert Lee<br>922 SW 11th Terrace<br>Delray Beach, FL 33444-7737 | Robert Lee Rich<br>922 Southwest 11th Terrance<br>Delray Beach, FL 33444-7737 | Russo, Joseph A.<br>712 Sunny Pine Way, A-2<br>Greenacres, FL 33415-8969 |
| Ryerson, Anita<br>12262 Areaca Drive<br>Wellington, FL 33414-4102 | Scardaccione, Deborah J.<br>1660 Renaissance Commons, #2504<br>Boynton Beach, FL 33426-7226 | Scott Albano<br>9561 Majestic Way<br>Boynton Beach<br>Florida 33437<br>9561 Majestic Way, FL 33437-3324 |
| Scott Albano<br>9561 Majestic Way<br>Boynton Beach, Fl 33437-3324 | Searing, Colleen<br>1322 Denlow Lane<br>Royal Palm Beach, FL 33411-4012 | Simplex Ginnell<br>Dept Ch 10320<br>Palatine, IL 60055-0320 |
| Sommer Talerico<br>c/o Scott Wagner and Associates, P.A.<br>250 S. Central Blvd.<br>Suite 104A<br>Jupiter, FL 33458-8812 | Studies Weekly Inc.<br>1140 North 1430 West<br>Orem, UT 84057-6405 | Summerlin, Amy<br>3196 N. Jog Road, Apt 6201<br>West Palm Beach, FL 33411-7434 |
| Sun Life Financial<br>PO Box 843300<br>Kansas City, MO 64184-3300 | Suntrust Bank<br>PO Box 404468<br>Atlanta, GA 30384-4468 | Supplyworks<br>PO Box 404468<br>Atlanta, GA 30384-4468 |
| SurTec Insurance Company<br>P.O. Box 5005<br>Woodland Hills CA 91365-5005 | Synter Resource Group LLC<br>PO Box 63247<br>North Charleston, SC 29419-3247 | Szabo Associates Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1395 |

Talerico, Sommer D
c/o Scott Wagner & Assoc. PA
250 S. Central Blvd., #104-A
Jupiter, FL 33458-8812

Tandem Interactive Inc.
1700 E. Las Olas Blvd., Suite 301
Fort Lauderdale, FL 33301-2407

The Village of Wellington
12300 Forest Hill Blvd.
Wellington, FL 33414-7699

Thyssen Krupp Elevator Corporation
PO Box 933004
Atlanta, GA 31193-3004

Toshibia Business Solutions USA
PO Box 402709
Atlanta, GA 30384-2709

Toshibia Financial Services
PO Box 790448
St Louis, MO 63179-0448

US Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179-0448

United Healthcare
PO Box 94017
Palatine, IL 60094-4017

UnitedHealthcare Insurance Company
CDM-ATTN: Bankruptcy
185 Asylum Street
03B
Hartford, CT 06103-3408

Var Technology Finance
PO Box 790448
St. Louis, MO 63179-0448

Vega, Rosa
13131 55th Road N
West Palm Beach, FL 33411-8353

Villegas Santos, Ivonne
1200 Waterway Village Court, #1117
Greenacres, FL 33413-2173

Vivian a Welch
2412 Avenue S
Riviera beach, FL 33404-4035

Voss & Klein
49 N Federal Hwy Suite 316
Pompano Beach, FL 33062-4304

WPTV-Scripps Media Inc.
PO Box 116871
Atlanta, GA 30368-6871

Walsworth
PO Box 310287
Des Moines, IA 50331-0287

Waste Management Inc. of Florida
PO Box 105453
Atlanta, GA 30348-5453

Weiss Handler & Cornwell PA
2255 Glades Road Suite 218-A
Boca Raton, FL 33431-7392

Weiss, Charles L
12140 56th Place N
West Palm Beach, FL 33411-8532

Welch, Vivian
2412 Avenue S
Lake Worth, FL 33404-4035

Wellington Utilities
PO Box 31632
Tampa, FL 33631-3632

William Millard
9811 Spanish Isles Dr
Boca Raton, FL 33496-1829

Willse, Kevin
5183 Pinetree Drive
Delray Beach, FL 33484-1128

Windstream Holdings LLC
PO Box 9001013
Louisville, KY 40290-1013

Yvonne Georgopulos
c/o Scott Wagner and Associates, P.A.
250 S. Central Blvd.
Suite 104A
Jupiter, FL 33458-8812

Jeffry Irizarry
Law Offices of Adam Farber, P.A.
1500 GATEWAY BLVD., Suite 220
Boynton Beach, CA 33426-7233

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Ned R Nashban
Baritz & Colman LLP
1075 Broken Sound Parkway
Suite 102
Boca Raton, FL 33487-3541

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431-7391

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Heather Ferrin
5509 Descartes Cir.
Boynton Beach, FL 33472-2410

End of Label Matrix
Mailable recipients    149
Bypassed recipients      2
Total                  151

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 19-13770-MAM

EAGLE ARTS ACADEMY, INC.

Debtor.
_____

## STIPULATION TO COMPROMISE CONTROVERSY

MICHAEL R. BAKST, Trustee in Bankruptcy for Eagle Arts Academy, Inc., (the "Trustee") and Wellington School Property LLC, a Florida Limited Liability Company, ("Wellington"), by and through undersigned counsel, hereby stipulate and agree as follows:

This Settlement Agreement is entered into on the date set forth below between the Trustee, **MICHAEL R. BAKST, Trustee in Bankruptcy for Eagle Arts Academy, Inc.** (the Trustee and Wellington shall hereinafter collectively be referred to as the "Parties").

**WHEREAS**, in order to settle payment for specific disclosed assets above exemptions and causes of action specified below between the parties, the parties have entered into this Stipulation.

## RECITALS

1. This voluntary Chapter 7 proceeding was filed on March 25, 2019. Michael R. Bakst has been appointed as the Chapter 7 Trustee.

2. The Debtors Meeting of Creditors was held and concluded on May 10, 2019 (ECF# 42)

42356331v1

3. On November 1, 2018 Charter PB Wellington 2, LLC ("Charter PB"), as seller, and on October 31, 2018, School Development HC, LLC ("School Development"), as purchaser executed a contract for sale of real property located at 1000 Wellington Trace, Wellington, Florida 33414. ("Real Property").

4. Subsequently, School Development assigned the purchase contract (Bill of Sale and Assignment) to Wellington School Property LLC, a Florida limited liability company ("Wellington"), which closed on the purchase as assignee of School Development on April 17, 2019.

5. On April 17, 2019 a Bill of Sale and Assignment was entered into between Charter PB and Wellington.

6. The Trustee has sought turnover of certain personal property that he claims is owned by the estate which is located at the Real Property. Wellington denies that any personal property at the location is owned by the estate, but instead is owned by Wellington based upon their purchase of the Real Property. This stipulation is being entered into to resolve such dispute.

**NOW, THEREFORE**, in light of the foregoing, and in consideration of the mutual promises and covenants of the Parties contained herein, as well as other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

8. The above recitals are true and correct.

9. Without any admission of liability by either Wellington or the Trustee, The Parties agree to settle any dispute associated with ownership of the personal property as follows:

(a). The Trustee and Wellington have agreed to settle this matter for the sum of $7,500.00 to be paid by Wellington to the Trustee within fourteen (14) days of the entry of the order approving the Motion to Compromise Controversy as full and final settlement. Any check shall be made payable to Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., and shall be

42356331v1



delivered to the Trustee at P.O. Box 407, West Palm Beach, Fl 33402.

(b). In the event Wellington fails to comply with the terms of this agreement, or any check does not clear the proper financial institution, the Trustee would be able to pursue any and all claims and causes of action settled pursuant to the stipulation.

10. The Parties are aware that this settlement must be noticed to all creditors and must be approved by the Bankruptcy Court. In the event that it is not approved, this agreement shall be deemed null and void. Upon the Court approving this settlement, the Court shall enter an order approving the settlement. The Court shall be entitled to reserve jurisdiction to enforce the terms and covenants contained within this stipulation.

## NO OTHER AGREEMENTS; MODIFICATION

11. This agreement contains the entire understanding and agreement of the Parties, and there are no prior or contemporaneous promises, representations, agreements, warranties, or undertakings by either party to the other, either oral or written of any character or nature, except as set forth in this agreement. This agreement may be altered, amended, or modified only by an instrument in writing, executed and acknowledged by the parties to this agreement, with the same formality as this agreement, and by no other means. Each party waives any right to claim that this agreement was modified, canceled, superseded, or changed by an oral agreement, course of conduct, or estoppel.

## APPLICABLE LAW

12. All matters affecting the execution, interpretation, validity, and enforceability of this agreement shall be subject to, and interpreted under, Federal Bankruptcy Law, as well as the laws of the State of Florida to whatever extent Bankruptcy Law relies upon state law.

## NO PRESUMPTIONS ARISING FROM DRAFTING

42356331v1

13. The fact that any draft of this agreement was prepared by counsel for one of the Parties shall create no presumptions, and, specifically, shall not cause any ambiguities to be construed against that party. The Parties acknowledge that each has contributed toward the drafting of this agreement, and that this agreement is the result of negotiations between the Parties.

## WAIVERS

14. The failure of either party at any time to require the performance of the other of any of the terms, provisions, or conditions hereof shall in no way affect the right thereafter to enforce the same, nor shall the waiver by either party of the breach of any of the terms, provisions, and conditions hereof, be construed or be deemed a waiver of any succeeding breach of any term, provision, or condition hereof.

## ADDITIONAL ACKNOWLEDGMENTS AND UNDERSTANDINGS

15. The Parties acknowledge that each fully understands all of the terms and obligations of this agreement, and each believes the same to be fair, just, equitable, reasonable, fully acceptable, and not unconscionable.

16. The Parties enter into this agreement freely and voluntarily. Neither party has been the subject of any duress, undue influence, fraud, or coercion in entering into this agreement.

17. The Parties to this agreement acknowledge that they have had the benefit and assistance of the representation of their own separate and independent attorneys to advise them of their rights and obligations under this agreement, and they are also aware of what their rights would be in the absence of this agreement.

18. This agreement shall be binding upon the parties hereto and shall also be binding upon and enure to the benefit of the heirs and successors of the respective parties.

19. This settlement agreement may be executed in two or more counterparts, including

42356331v1

4

emailed or facsimile counterparts, none of which need contain signatures of all of the Parties hereto, each of which will constitute an original, and all of which, taken together, shall constitute one and the same agreement.

20. The date of this agreement is the date on which the last of the parties executes a copy of the agreement.

## CAPTIONS

21. The captions of the various paragraphs in this agreement are for convenience only, and none of them is intended to be any part of the text of this agreement, or intended to be referred to in construing any provision of it.

## INCORPORATION OF RECITALS

22. The recitals to this agreement are incorporated into this agreement and accepted and agreed to by all parties as though fully set forth in the body of this agreement. The fact that a particular provision of the body of this agreement is not mentioned in the recitals shall not affect the validity or enforceability of such provision. The facts stated in the recitals shall conclusively be presumed to be true for all purposes between the Parties and any other party bound by this agreement.

## NOTICES

23. Any notices required by this agreement must be given either in writing by U.S. Mail, certified/return receipt requested, express mail service, or facsimile to the parties as follows:

To the Trustee: c/o
Michael R. Bakst, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, Fl 33401
(561) 838-4523
E-mail: michael.bakst@gmlaw.com

42356331v1

To Wellington School Property LLC c/o
Marcos D. Jimenez, Esq.
Marcos D. Jimenez, P.A.
255 Alhambra Cir Ste 800
Coral Gables, FL 33134-7412
Office: 305-570-3249
Cell: 305-772-6026
mdj@mdjlegal.com

24. The parties agree to the Bankruptcy Court retaining jurisdiction over them and over the cause for the purpose of enforcing, approving, and ratifying this agreement.

25. Facsimile signatures or emailed signatures in pdf format shall be acceptable for filing with the Court and for purposes of enforcing, approving and ratifying this agreement.

**IN WITNESS WHEREOF**, the parties hereto have set their hands to this settlement agreement on the date specified below.

| | |
|---|---|
| **MARCOS D. JIMENEZ, P.A.** | **GREENSPOON MARDER LLP** |
| *[signature]* | *[signature]* |
| Marcos D. Jimenez, Esq. | Michael R. Bakst, Esq. |
| 255 Alhambra Cir Ste 800 | 525 Okeechobee Blvd., Suite 900 |
| Coral Gables, FL 33134-7412 | West Palm Beach, Fl 33401 |
| Office: 305-570-3249 | Phone: (561) 838-4523 |
| Cell: 305-772-6026 | Fax: (561) 514-3423 |
| mdj@mdjlegal.com | michael.bakst@gmlaw.com |
| Dated: 1/27/20 | Dated: 1/28/2020 |

*[signature]*
**ANNETTE M. IRAOLA**
REGISTERED AGENT FOR WELLINGTON SCHOOL
PROPERTY LLC, a Florida Limited Liability Company

Dated: 1/27/20

29511.0514 cmb

42356331v1



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                   Case No.: 19-13770-MAM

**EAGLE ARTS ACADEMY, INC.**

   Debtor.
_____/

### ORDER APPROVING STIPULATION TO COMPROMISE CONTROVERSY

THIS MATTER came before the Court in West Palm Beach, Florida, upon the Trustee's Motion to Approve Stipulation to Compromise Controversy, ["Motion"] (ECF#     ) and the movant by submitting this form of order having represented that the Motion was served on all parties required by Bankruptcy Rule 2002 or Local Rule 2002-1(H), (I) or (J), that the 21 day response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the Motion, that the form of order was attached as an exhibit to the Motion, that this settlement has been duly noticed to all creditor and is in the best interest of creditors and the estate, and the Court being otherwise fully advised in the premises it is,

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Approve Stipulation to Compromise Controversy is **GRANTED.**

2. The Stipulation to Compromise Controversy is **APPROVED** in its entirety, and its terms are hereby incorporated by reference into this Order in their entirety.

3. The Court hereby approves the Stipulation reached between the Trustee and Wellington School Property, Inc., a Florida Limited Liability Company.

4. Pursuant to the Stipulation to Compromise Controversy, Wellington School Property, Inc., a Florida Limited Liability Company, shall pay to the Trustee, the sum of $7,500.00 within fourteen (14) days of the entry of this order approving the Motion to Compromise Controversy as full and final settlement.

5. All payments shall be paid directly to Trustee, Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., at P.O. Box 407, West Palm Beach, Fl 33402.

6. In the event Wellington School Property LLC, a Florida Limited Liability Company fails to comply with the terms of this agreement, or any check does not clear the proper financial institution, the Trustee would be able to pursue any and all claims and causes of action settled pursuant to the stipulation

7. The Court reserves jurisdiction to enforce the terms of this order and stipulation.

###

Submitted by:
Michael R. Bakst, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com, atty_furrcohen@bluestylus.com;wschnapp@furrcohen.com;staff1@furrcohen.com
- Adam D Farber    afarber@adamfarberlaw.com, elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;twolosh@fwblaw.net

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Marcos D. Jimenez, Esq.
255 Alhambra Cir Ste 800
Coral Gables, FL 33134-7412
Office: 305-570-3249
Cell: 305-772-6026
mdj@mdjlegal.com

**All creditors on the creditor's matrix**