

**ORDERED in the Southern District of Florida on February 24, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

**In re:**                                                                                          **Case No.: 19-13770-MAM**

**EAGLE ARTS ACADEMY, INC.**

    **Debtor.**
_____/

### ORDER APPROVING STIPULATION TO COMPROMISE CONTROVERSY

THIS MATTER came before the Court in West Palm Beach, Florida, upon the Trustee's Motion to Approve Stipulation to Compromise Controversy, ["Motion"] (ECF#94) and the movant by submitting this form of order having represented that the Motion was served on all parties required by Bankruptcy Rule 2002 or Local Rule 2002-1(H), (I) or (J), that the 21 day response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the Motion, that the form of order was attached as an exhibit to the Motion, that this settlement has been duly noticed to all creditor and is in the best interest of creditors and the estate, and the Court being otherwise fully advised in the premises it is,

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Approve Stipulation to Compromise Controversy is **GRANTED.**

2. The Stipulation to Compromise Controversy is **APPROVED** in its entirety, and its terms are hereby incorporated by reference into this Order in their entirety.

3. The Court hereby approves the Stipulation reached between the Trustee and Wellington School Property, Inc., a Florida Limited Liability Company.

4. Pursuant to the Stipulation to Compromise Controversy, Wellington School Property, Inc., a Florida Limited Liability Company, shall pay to the Trustee, the sum of $7,500.00 within fourteen (14) days of the entry of this order approving the Motion to Compromise Controversy as full and final settlement.

5. All payments shall be paid directly to Trustee, Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc., at P.O. Box 407, West Palm Beach, Fl 33402.

6. In the event Wellington School Property LLC, a Florida Limited Liability Company fails to comply with the terms of this agreement, or any check does not clear the proper financial institution, the Trustee would be able to pursue any and all claims and causes of action settled pursuant to the stipulation

7. The Court reserves jurisdiction to enforce the terms of this order and stipulation.

###

Submitted by:
Michael R. Bakst, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523
Facsimile:  (561) 514-3423

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com
- Charles I Cohen    ccohen@furrcohen.com, atty_furrcohen@bluestylus.com;wschnapp@furrcohen.com;staff1@furrcohen.com
- Adam D Farber    afarber@adamfarberlaw.com, elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com
- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;twolosh@fwblaw.net

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Marcos D. Jimenez, Esq.
255 Alhambra Cir Ste 800
Coral Gables, FL 33134-7412
Office: 305-570-3249
Cell: 305-772-6026
mdj@mdjlegal.com

**All creditors on the creditor's matrix**