EMMA C. FIEBACH<br>
60 Northeast 14th Street<br>
East Tower – Apt. 2121<br>
Miami, FL  33132

March 24, 2020

Clerk
U. S. Bankruptcy Court
Southern District of Florida
West Palm Beach Division
Flagler Waterview Building
1515 N. Flagler Drive – Suite 801
West Palm Beach, FL  33401

In re:   Eagle Arts Academy, Inc., Debtor
         Case No. 19-13770-MAM

Dear Clerk:

Please change my mailing address for mailing of notices in connection with this matter as follows:  Emma C. Fiebach, 60 Northeast 14th Street, East Tower – Apt. 2121, Miami, FL 33132.

Thank you very much.

*[signature]*
Emma C. Fiebach

LEGAL\45277140\1