UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 19-13770-BKC-MAM
                                                    Chapter 7
**EAGLE ARTS ACADEMY, INC.**

       Debtor.
_____/

## NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
## (Documents Request only)

**Michael R. Bakst, Trustee in Bankruptcy for Eagle Arts Academy, Inc.,** by and through undersigned counsel, will examine the Deponent, **PNC Bank, National Association who shall designate the person or persons on behalf of PNC Bank, National Association with the most knowledge as to the books and records of the deponent under oath on August 6, 2020 at 2:00 o'clock p.m.** at the offices of **Greenspoon Marder LLP, 525 Okeechobee Blvd. Suite 900, West Palm Beach, Florida 33401.** The examination may continue from day to day until completed. If the examinee receives this notice less than fourteen (14) days prior to the scheduled examination date the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

**YOU MAY BE EXCUSED FROM APPEARANCE BY PROVIDING COPIES OF THE REQUESTED DOCUMENTATION AND INFORMATION PRIOR TO THE SCHEDULED DATE OF THE DEPOSITION.**

44439973.1

YOU MUST FIRST CONTACT THE ATTORNEY LISTED BELOW FOR ACCEPTANCE OF ANY COSTS IN PROVIDING COPIES BEFORE YOU WILL BE REIMBURSED FOR SAME.

PLEASE CONTACT THE TRUSTEE'S COUNSEL'S OFFICE BEFOREHAND TO ADVISE US IF YOU ARE GOING TO HAND DELIVER DOCUMENTS SO THAT WE CAN MAKE ARRANGEMENTS TO ALLOW YOU TO ACCESS THE OFFICE WITH SECURITY.

IT IS THE DEPONENT'S RESPONSIBILITY TO PROVIDE AND PAY FOR A TRANSLATOR IF ONE IS NEEDED AT THIS DEPOSITION.

Please contact the undersigned counsel's office beforehand to advise us if you are going to hand deliver documents so that we can make arrangements to allow you to access the office with security.

### PRODUCTION OF ELECTRONIC DOCUMENTS

PLEASE DO NOT SEND DOCUMENTS BY EMAIL. We would ask that any electronic documents be produced on a flashdrive or CD in pdf format. Alternatively, you may contact undersigned counsel at least one business day before documents are due for us to send you an invitation to upload documents on a secure network. Due to security concerns, we **cannot** accept documents through Dropbox or similar services. Do not produce anything in jpeg.

All interested parties that plan on attending the examination should contact undersigned counsel's office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.

44439973.1

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing has been furnished this 16 day of July, 2020, to the all parties listed below and has been furnished to the Process Server for service by subpoena on the Registered Agent for PNC Bank, National Association, this 16 day of July, 2020.

GREENSPOON MARDER LLP

_____
MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No.: 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423

emb/29511-0514

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1092@gmlaw.com;efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1435@gmlaw.com;efileu1094@gmlaw.com;efileu1093@gmlaw.com;gregory.stolzberg@gmlaw.com;efileu2299@gmlaw.com

- Charles I Cohen    ccohen@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com;ltitus@furrcohen.com;wschnapp@furrcohen.com

44439973.1

- Adam D Farber    afarber@adamfarberlaw.com, elise@adamfarberlaw.com,adamfarberlaw@gmail.com,5831893420@filings.docketbird.com;farberar77622@notify.bestcase.com

- Ned R Nashban    NNashban@baritzcolman.com, service@baritzcolman.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- David Neal Stern    dnstern@fwblaw.net, mkassower@fwblaw.net;rbyrnes@fwblaw.net;davidnstern@gmail.com

**Manual Notice List**

William J Berger
Weiss, Handler & Cornwell, P.A.
2255 Glades Rd #218
Boca Raton, FL 33431

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

44439973.1

# **EXHIBIT A**

PNC Bank, National Association,
Account Number 1005 under the name of Eagle Arts Academy, Inc.
All bank statements for the period of March, 2015 to June, 2015
All bank statements for August, 2015 to February, 2016
All bank statements for August, 2016

Account number: 7152 PNC Bank, National Association under the name of Eagle Arts Academy, Inc.
All bank statements for March, 2015 to June, 2015
All bank statements for July, 2015 to account close

44439973.1